UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.

### DECLARATION OF DONNA M. EVANS, ESQ.

I, Donna M. Evans, declare:

1. I am a Shareholder of Greenberg Traurig, LLP, and act as counsel for TD Bank, N.A. ("TD Bank") in this action. I am in good standing as a member of the bar of the Commonwealth of Massachusetts and am admitted to practice before this Court *pro hac vice*. I submit this Declaration in support of TD Bank's Opposition to Coquina Investments' Motion to Compel and for Sanctions. The statements contained herein are based on personal knowledge.

2. Based on TD Bank's corporate records, neither Scott Rothstein nor Rothstein Rosenfeldt Adler, P.A. opened any TD Bank account prior to November 8, 2007.

3. In June and August, 2010, TD Bank's counsel began discussing with Plaintiff's counsel the need for a confidentiality agreement and protective order to govern discovery in this litigation.

4. Attached as **Exhibit A** is a true and accurate copy of Coquina Investments' Interrogatories to TD Bank, dated August 27, 2010, which were served before the parties negotiated a protective order.

5. Attached as **Exhibit B** is a true and accurate copy of an email from Glenn Goldstein to Jason Savitz, dated September 3, 2010, wherein Mr. Goldstein requested that Mr. Savitz review and revise a propose protective order in a related bankruptcy proceeding for use in this action. Plaintiff's counsel did not respond substantively to Mr. Goldstein's request during the month of September, 2010.

6. Attached as **Exhibit C** is a true and accurate copy of email communications between Donna Evans and Nina Mandel, dated October 5, 2010.

7. Attached as **Exhibit D** is a true and accurate copy of email communications between Mr. Goldstein and Ms. Mandel, dated October 7 and 11, 2010.

8. Attached as **Exhibit E** is a true and accurate copy of email communications between Ms. Evans and Ms. Mandel, dated October 8, 2010.

9. Attached as **Exhibit F** is a true and accurate copy of an email from Ms. Mandel to Ms. Evans and Mr. Goldstein, dated October 12, 2010.

10. **Exhibit G** (filed under seal) is a true and accurate copy of TD Bank's Objections and Answers to Plaintiff's Interrogatories, dated October 14, 2010.

11. Attached as **Exhibit H** is a true and accurate copy of a letter from Ms. Mandel to Ms. Evans, dated October 14, 2010.

12. Attached as **Exhibit I** is a true and accurate copy of email communications between Ms. Evans and Ms. Mandel, dated October 18, 2010.

13. Attached as **Exhibit J** is a true and accurate copy of letter from Ms. Evans to Ms. Mandel dated October 28, 2010.

14. Attached as **Exhibit K** is a true and accurate copy of letter from Mr. Savitz to Ms. Evans and Mr. Goldstein, dated October 29, 2010.

15. Attached as **Exhibit L** is a true and accurate copy of letter from Ms. Evans to Mr. Savitz, dated November 2, 2010.

16. Attached as **Exhibit M** is a true and accurate copy of letter from Mr. Savitz to Ms. Evans, dated November 4, 2010.

17. Attached as **Exhibit N** is a true and accurate copy of letter from Ms. Evans to Mr. Savitz, dated November 5, 2010.

18. **Exhibit O** (filed under seal) is a true and accurate copy of letter from Ms. Evans to Mr. Savitz, dated November 9, 2010.

19. Attached as **Exhibit P** is a true and accurate copy of an email from Ms. Evans to Ms. Mandel, dated November 12, 2010.

20. **Exhibit Q** (filed under seal) is a true and accurate copy of letter from Ms. Evans to Ms. Mandel, dated November 15, 2010.

21. Prior to the Plaintiff's filing of the Motion to Compel, TD Bank and its counsel intended to supplement TD Bank's interrogatory answers, and had informed Plaintiff's counsel that, on November 9, 2010, it would do so (i) as a result of some of the questions raised in Plaintiff's October 29th Letter and to, in good faith, resolve any discovery disputes, and (ii) after the Court's entry of an appropriate protective order. In addition, TD Bank and its counsel intended to (and did) produce documents after the Court's entry of an appropriate protective order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of December, 2010.

_____
Donna M. Evans

BOS46,693,487v1 093872.012300