# EXHIBIT C

## Evans, Donna (Shld-Bos-LT)

| | |
|---|---|
| **From:** | Evans, Donna (Shld-Bos-LT) |
| **Sent:** | Tuesday, October 05, 2010 4:15 PM |
| **To:** | 'Nina Stillman Mandel' |
| **Cc:** | Goldstein, Glenn (Shld-FTL-LT) |
| **Subject:** | RE: Confidentiality Agreement |
| **Attachments:** | 46618723_v_1_TD Bank Stipulation 4 9 10 final clean.DOC |

Nina,

You asked me for a WORD version of the agreement we used with Emess in the bankruptcy matter and I have attached that agreement, although I have not reviewed it again and would likely want to edit the terms in the attached agreement to suit the needs of the cases in federal court   We would also want an agreement to be entered by the Court as a Protective Order, which is what we have done in the Razorback litigation.  Once you have had a chance to look at this (and I will do the same), let's talk about any changes we want to make and we can finalize.

Regards, Donna

11/30/2010