# EXHIBIT D

### Evans, Donna (Shld-Bos-LT)

**From:** Goldstein, Glenn (Shld-FTL-LT)
**Sent:** Monday, October 11, 2010 3:40 PM
**To:** 'Nina Stillman Mandel'
**Cc:** Evans, Donna (Shld-Bos-LT); 'David S. Mandel'; 'Jason B. Savitz'
**Subject:** RE: Coquina

Nina:
As a follow-up to our exchange of emails below from last Thursday, this confirms that we still have not received your marked up draft of the confidentiality agreement/order that Donna sent to you last Tuesday. Please advise when we will receive same. As you know, we want to have a confidentiality agreement in place with you before we provide substantive answers to the interrogatories on this Thursday, and we will to respond to the draft you send us.
Thanks for your anticipated cooperation regarding this issue, and we look forward to seeing your draft.
Regards,
Glenn

---

**From:** Goldstein, Glenn (Shld-FTL-LT)
**Sent:** Thursday, October 07, 2010 11:04 AM
**To:** 'Nina Stillman Mandel'
**Cc:** Evans, Donna (Shld-Bos-LT); David S. Mandel; Jason B. Savitz
**Subject:** RE: Coquina

Nina:

Thank you for your prompt response. It is my understanding that Donna represented to you that we wanted the initial one week extension so that we would not merely only serve objections, but also provide substantive answers to many of the interrogatories. So there is no misunderstanding, we are not waiving objections to some of the interrogatories that we think are improper, and we will object to same. However, we will also be providing substantive answers to many of the interrogatories.

With regard to the confidentiality order, I know Donna emailed you this last Tuesday with the form of agreement we negotiated with your Emess bankruptcy co-counsel, and that we wanted an order entered by the court as we did in the Razorback litigation. Please provide your mark-up of the confidentiality agreement/order to Donna and me, and we will provide you comments back ASAP. If you get them to us today, we can respond back to you on an immediate basis. We see no reason why we cannot reach agreement on the form of the agreement/order, and submit same to the court on or before next Thursday. Bottom line, we will not delay the responses to the interrogatories on next Thursday. However, we would like both the service of the responses, and the entry of the confidentiality order by the court to be accomplished no later than next Thursday.

With regard to your request for us to email you the responses to the interrogatories, that is no problem and we will do same.

I assume the foregoing answers and clarifies the issues raised your email below, and we will proceed in the foregoing manner. Thank you all again for this further short extension.

Regards,
Glenn

---

**From:** Nina Stillman Mandel [mailto:nsmandel@mandel-law.com]
**Sent:** Thursday, October 07, 2010 9:41 AM
**To:** Goldstein, Glenn (Shld-FTL-LT)

11/30/2010