# EXHIBIT E

## Evans, Donna (Shld-Bos-LT)

**From:** Nina Stillman Mandel [nsmandel@mandel-law.com]
**Sent:** Friday, October 08, 2010 3:52 PM
**To:** Evans, Donna (Shld-Bos-LT)
**Subject:** Re: Draft Protective Order

I'll get it to you soon. I had computer melt-down yesterday. Hope you're feeling better.
Nina Stillman Mandel

----- Original Message -----
From: evansd@gtlaw.com <evansd@gtlaw.com>
To: Nina Stillman Mandel
Cc: GoldsteinG@GTLAW.com <GoldsteinG@GTLAW.com>
Sent: Fri Oct 08 15:47:59 2010
Subject: Draft Protective Order

Nina,

I am checking in with you as I had understood you would be getting back to us with a marked-up version of a Protective Order. As we mentioned, TD Bank would like to have a Court-ordered Protective Order in place, so we hope to receive your comments soon and we will endeavor to turn it around with any comments we have. Have a good weekend.

Thanks, Donna

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com <mailto:postmaster@gtlaw.com> .

---

<http://www.gtlaw.com/>