# EXHIBIT F

### Goldstein, Glenn (Shld-FTL-LT)

| | |
|---|---|
| **From:** | Nina Stillman Mandel [nsmandel@mandel-law.com] |
| **Sent:** | Tuesday, October 12, 2010 6:18 PM |
| **To:** | Goldstein, Glenn (Shld-FTL-LT); Evans, Donna (Shld-Bos-LT) |
| **Cc:** | David S. Mandel; Jason B. Savitz |
| **Subject:** | Proposed Confidentiality Stipulation and Order |
| **Attachments:** | stip and order 10-12-10.wpd; [ Confidentiality order-Exhibit A.docx |

Dear Donna and Glenn,

Attached is our proposed confidentiality stipulation and order. We hope to streamline discovery in the two pending cases, and drafted toward that goal. I'm not sure how to set up the signature page for two judges to sign – maybe you have a suggestion?

Thanks,
Nina

PS – I used wordperfect, which I still prefer. If you have trouble opening it in Word, let me know and I'll convert it.

## MANDEL & MANDEL LLP

Nina Stillman Mandel

1200 Alfred I. duPont Building

169 East Flagler Street

Miami, Florida 33131

| | |
|---|---|
| Telephone: | 305 374 7771 |
| Facsimile: | 305 374 7776 |
| E-Mail: | nsmandel@mandel-law.com |

www.mandel-law.com

**NOTICE:** This e-mail is from a law firm, Mandel & Mandel LLP ("M&M"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of M&M, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to M&M in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of M&M, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.