# EXHIBIT H



# MANDEL & MANDEL LLP
COUNSELORS AT LAW

1200 Alfred I duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone 305.374.7771
Facsimile 305.374.7776

**FAX TRANSMITTAL COVER SHEET**

**DATE:** October 14, 2010

## PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:** Donna Evans and Glenn Goldstein

**FIRM:** Greenberg Traurig

**FAX TELEPHONE NUMBER:** 617-310-6001; 954-765-1477

**FIRM TELEPHONE NUMBER:** 617-310-6000; 954-765-0500

**OUR FILE NUMBER:** 10557.01

**FROM:** Nina Stillman Mandel

**TOTAL NUMBER OF PAGES:** 2    (INCLUDING THIS COVER SHEET)

**ATTACHMENT/COMMENTS:**

If you encounter any difficulty in receiving this transmittal or only receive a portion of the total pages, please call our main office number: 305.374.7771 as soon as possible. The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone.

# MANDEL & MANDEL LLP
COUNSELORS AT LAW

1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone 305.374.7771
Facsimile 305.374.7776
www.mandel-law.com

**Nina Stillman Mandel**
nsmandel@mandel-law.com

October 14, 2010

Via Facsimile -

Donna Evans
Glenn Goldstein
Greenberg Traurig
Miami, FL

Re:   *Coquina Investments v. TD Bank, N.A.*, Case No. 10-60786-Civ-Cooke/Bandstra
      *Emess Capital LLC v. TD Bank, N.A.*, Case No. 10-60882-Civ-Lenard/Turnoff

Dear Donna and Glenn,

On behalf of our clients in both of the above-referenced cases, we confirm and agree that we will promptly negotiate with you to reach a mutually acceptable confidentiality agreement. We will red-line our draft and attempt in good faith to address your comments and concerns, with the goal of jointly reaching a proposed Confidentiality Order to be submitted to each division of the court separately by Thursday, October 21.

In the meantime, we agree not disclose TD Bank's Interrogatory Answers, including the substance thereof, to our clients or anyone else until the court has put in place a Confidentiality Order in each case, except that we may share the answers with counsel and staff at our firm, and our experts related to the cases. We also agree that those who review the interrogatory answers will keep the information confidential and will sign a certification agreeing not to disclose that information in any manner to anyone else, acknowledging it is confidential and will be treated as such, and acknowledging that unauthorized disclosure of such would be subject to contempt in these court actions.

Sincerely,

Nina Stillman Mandel