# EXHIBIT I

## Evans, Donna (Shld-Bos-LT)

**From:** Evans, Donna (Shld-Bos-LT)
**Sent:** Monday, October 18, 2010 5:29 PM
**To:** 'Nina Stillman Mandel'
**Cc:** 'jsavitz@mandel-law.com'; David S. Mandel; Goldstein, Glenn (Shld-FTL-LT)
**Subject:** Confidentiality Agreement

Nina, could you kindly let us know when we can expect to receive your red-lined revisions to the confidentiality order? Regards, Donna