# EXHIBIT K

# MANDEL & MANDEL LLP
COUNSELORS AT LAW

1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone 305.374.7771
Facsimile 305.374.7776
www.mandel-law.com

**Jason B. Savitz**
jsavitz@mandel-law.com

October 29, 2010

Glenn E. Goldstein, Esq.
Donna M. Evans, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301

<u>Via Email</u>
goldsteing@gtlaw.com
evansd@gtlaw.com

RE: Meet and Confer Regarding Coquina's Initial IT Interrogatories
*Coquina Investments vs. TD Bank, N.A.*
10-60786-Civ-Cooke/Bankdstra

Dear Glenn and Donna:

Pursuant to Federal Rule of Civil Procedure 37(a) and Southern District of Florida Local Rule 7.1(a)(3), I am writing to confer with you regarding T.D. Bank, N.A.'s ("T.D. Bank") response to *Plaintiff's Initial Interrogatories on Information Technology Directed at Defendant TD Bank, N.A.* ("IT Interrogatories").

We are disappointed with the content (or lack thereof) of TD Bank's responses given our good faith efforts to work with TD Bank regarding the IT Interrogatories. As a professional courtesy, we twice extended the interrogatory response deadline per your requests. We also worked hard to accommodate TD Bank's last-minute confidentiality demands. We made these efforts based upon TD Bank's representations that it would, in turn, provide good faith responses while preserving its rightful objections.

Yet, many of TD Bank's responses appear evasive or incomplete. Below we outline our specific concerns with several interrogatory responses. The attached list is not exhaustive. We reserve the right to raise additional objections as the facts and case develop further. In the meantime, we ask that TD Bank respond with its position by November 3, 2010, so the parties might be able to avoid motion practice.

October 29, 2010
Page 2

### TD Bank's General Objection #4:

(1) Please confirm the time period for which TD Bank responded to the IT Interrogatories. Given Judge Cohn's factual finding that the Ponzi scheme commenced from at least 2005, and lasted over four years, Coquina finds TD Bank's general objection inappropriate to the extent it suggests TD Bank has only responded to Coquina's IT Interrogatories for the period of March 2009 through October 2009.

### TD Bank's General Objection #12:

(1) Please confirm whether TD Bank conducted any inquiries or searches for responsive information relating to any of the other entities listed in Definition #1 of Coquina's IT Interrogatories.

### Interrogatory #1:

(1) Please confirm whether any other individual, besides Ms. Tarquinio and counsel, assisted in the preparation of TD Bank's responses to the IT Interrogatories.

(2) Please identify what "TS" stands for in "TS Business Management & Governance."

(3) As requested in the interrogatory, please fully identify Ms. Tarquinio.

### Interrogatory #2:

(1) Please confirm whether the graphical representation *exists*.

(2) TD Bank's non-disclosure is inconsistent with the agreement reached between the parties providing that TD Bank would fully respond to the IT Interrogatories, and those responses would be kept confidential, pending a final confidentiality order by the Court.

(3) TD Bank's non-disclosure fails to meet all the requirements of Local Rule 26.1(g)(4) in order to produce documents in lieu of providing an interrogatory response.

(4) Even if TD Bank remedies its noncompliance with Local Rule 26.1(g)(4), TD Bank has already violated Local Rule 26.1(g)(4)(D) by failing to produce or make available the relevant records by October 28, 2010.

October 29, 2010
Page 3

**Interrogatory #3:**

(1) Please clarify the apparent discrepancy between the three individuals specifically identified by TD Bank in its answer and the alleged "hundreds" of IT specialists and technicians discussed in TD Bank's interrogatory objection.

(2) As requested in the interrogatory, please fully identify Mssrs. Westfall and Scott and Ms. Bissonnette.

**Interrogatory #4:**

(1) As requested in the interrogatory, please describe the use of routers, switches, or hubs that allow connectivity of computers used in the normal course of business.

(2) As requested in the interrogatory, please describe the use and connectivity of email servers.

(3) As requested in the interrogatory, please describe the use and connectivity of backup tapes or devices.

(4) As requested in the interrogatory, please describe the use and connectivity of voicemail systems.

**Interrogatory #5:**

(1) Please confirm whether any TD Bank employees, other than those listed in TD Bank's Fed. R. Civ. P. 26(a)(1) disclosures and as limited by Instruction #1 of Coquina's IT Interrogatories, had remote access described in the interrogatory.

**Interrogatory #6:**

(1) As requested in the interrogatory, please identify the computers used at TD Bank.

(2) As requested in the interrogatory, please identify the electronic devices used at TD Bank.

(3) As requested in the interrogatory, please confirm that absolutely no peripheral equipment was attached to the computers used at TD Bank.

(4) As requested in the interrogatory, please identify the "log" or "logon" information as to users of specific or general use computers.

October 29, 2010
Page 4

    (5)    As requested in the interrogatory, please fully identify the individuals listed in TD Bank's response.

**Interrogatory #7:**

    (1)    As requested in the interrogatory, please identify the operating system.

    (2)    As requested in the interrogatory, please identify the version number of the software used.

    (3)    As requested in the interrogatory, please identify the email software and version used.

    (4)    As requested in the interrogatory, please identify the word processing program used.

    (5)    As requested in the interrogatory, please identify the voicemail messaging system used.

**Interrogatory #8:**

    (1)    As requested in the interrogatory, please identify the hardware modifications.

    (2)    As requested in the interrogatory, please identify the software modifications.

    (3)    As requested in the interrogatory, please identify the persons performing the modifications.

    (4)    As requested in the interrogatory, please identify the data migrated.

    (5)    As requested in the interrogatory, please provide the location of data backups made prior to modification.

    (6)    As requested in the interrogatory, please identify the data TD Bank was unable to migrate.

    (7)    As requested in the interrogatory, please identify the methods used to preserve non-migrated data.

October 29, 2010
Page 5

**Interrogatory #9:**

(1) Please confirm whether the policies and procedures *exist*.

(2) TD Bank's non-disclosure is inconsistent with the agreement reached between the parties providing that TD Bank would fully respond to the IT Interrogatories, and those responses would be kept confidential, pending a final confidentiality order by the Court.

(3) TD Bank's non-disclosure fails to meet all the requirements of Local Rule 26.1(g)(4) in order to produce documents in lieu of providing an interrogatory response.

(4) Even if TD Bank remedies its noncompliance with Local Rule 26.1(g)(4), TD Bank has already violated Local Rule 26.1(g)(4)(D) by failing to produce or make available the relevant records by October 28, 2010.

**Interrogatory #10:**

(1) As requested in the interrogatory, please identify the removable media used by TD Bank employees.

(2) As requested in the interrogatory, please identify TD Bank employees, other than those listed in TD Bank's Initial Disclosures and as limited by Instruction #1 of Coquina's IT Interrogatories, who used removable media.

**Interrogatory #11:**

(1) As requested in the interrogatory, please identify all user accounts and the corresponding user.

(2) As requested in the interrogatory, please identify the search capability of stored and backed up e-mail.

**Interrogatory #12:**

(1) TD Bank's cross-reference to its answer to Interrogatory #6 fails to fully respond to the interrogatory.

(2) As requested in the interrogatory, please identify the components and design implementation or distribution of the items listed in the interrogatory.

(3) As requested in the interrogatory, please identify the voice messaging system.

October 29, 2010
Page 6

    (4)    As requested in the interrogatory, please identify the voice messaging hardware.

    (5)    As requested in the interrogatory, please identify the voice messaging software.

    (6)    As requested in the interrogatory, please identify third-party service providers.

**Interrogatory #13:**

    (1)    TD Bank's cross-reference to its answer to Interrogatory #6 fails to fully respond to the interrogatory.

    (2)    As requested in the interrogatory, please identify the "model, serial number, and if applicable, the telephone number, service provider, account holder, and telephone or data service account number" for each device.

**Interrogatory #15:**

    (1)    TD Bank's cross-reference to its answers to Interrogatories #4 and #6 are irrelevant or otherwise fail to fully respond to the interrogatory.

    (2)    As requested in the interrogatory, please identify and describe "any logging, saving, or monitoring" of the items listed in the interrogatory.

**Interrogatory #17:**

    (1)    Please confirm whether the policies and procedures *exist*.

    (2)    TD Bank's non-disclosure is inconsistent with the agreement reached between the parties providing that TD Bank would fully respond to the IT Interrogatories, and those responses would be kept confidential, pending a final confidentiality order by the Court.

    (3)    TD Bank's non-disclosure fails to meet all the requirements of Local Rule 26.1(g)(4) in order to produce documents in lieu of providing an interrogatory response.

    (4)    Even if TD Bank remedies its noncompliance with Local Rule 26.1(g)(4), TD Bank has already violated Local Rule 26.1(g)(4)(D) by failing to produce or make available the relevant records by October 28, 2010.

Mandel & Mandel LLP

October 29, 2010
Page 7

**Interrogatory #19:**

    (1)    TD Bank's cross-reference to its answer to Interrogatory #3 fails to fully respond to the interrogatory.

    (2)    As requested in the interrogatory, please confirm whether the individuals listed in TD Bank's response to Interrogatory #3 are the *same and only* individuals "who are or were responsible for conducting data and electronic information backup, archiving, recovery, restoration, destruction, deletion."

    (3)    As requested in the interrogatory, please provide the "dates of employment" of all relevant individuals.

**Interrogatory #20:**

    (1)    As requested in the interrogatory, please identify the hardware and software used to preserve the data

    (2)    As requested in the interrogatory, please identify the format used to preserve the data and its current format (if different).

    (3)    As requested in the interrogatory, please identify the recovery and restore process.

    (4)    As requested in the interrogatory, please identify the location(s) of the data.

We are available to speak with you regarding the above. We look forward to receiving a response on or before November 3, 2010.

Very truly yours,

Jason B. Savitz