# EXHIBIT L



Donna M. Evans
Tel. 617.310.6054
Fax 617.310.6001
evansd@gtlaw.com

November 2, 2010

**BY EMAIL (jsavitz@mandel-law.com)**
**AND FIRST-CLASS MAIL**

Jason B. Savitz, Esq.
Mandel & Mandel, LLP
1200 Alfred I. duPont Building
169 East Flager Street
Miami, Florida 33131

      Re:    <u>Coquina Investments v. Scott Rothstein et al., U.S.D.C. Case No. 10-60786-</u>
              <u>Civ-Cooke/Banstra</u>

Dear Jason:

      We received your "meet and confer" letter, dated October 29, 2010, by e-mail on Friday afternoon, which requests a response by November 3, 2010. Please be advised that, although we appreciate your professional courtesies in granting requested extensions, we do not appreciate the assertion in your letter that we have not acted in good faith. We have. Among other things, your interrogatories are, in part, extremely broad, vague, and seek discovery of information that has no bearing whatsoever to the parties' claims or defenses in this action. As we expect you know, litigating parties and their counsel commonly have differences of opinion concerning what is appropriate discovery. Needless recriminations will not further your client's cause or instill a productive dialog between counsel. Nor will arbitrary deadlines.

      Nevertheless, we appreciate your efforts to resolve the parties' discovery disputes before unnecessarily involving the Court. We too would like to do so. Accordingly, we plan on reviewing your concerns about TD Bank, N.A.'s Objections and Answers to Plaintiff's Interrogatories (Nos. 1-22) with our client this week and will respond to those concerns in writing by November 9, 2010. Based on a preliminary review of your letter, we believe that we should be able to come to consensual agreements on some matters and may need to resolve other matters with the Court's assistance. We should, however, schedule an actual "meet and confer" conference call *after* you receive and consider our written response to your letter, so that we may attempt to resolve any outstanding issues or, at the very least, narrow them for the Court's review. Generally, we are available to have that conference call on November 11 and 12, 2010. Please provide us with your availability.

Jason B. Savitz, Esq.
November 2, 2010
Page 2


        If you have any questions in the interim, please do not hesitate to contact me at the direct-dial number referenced above.

                                        Sincerely,

                                        Donna M. Evans

cc:     Nina Stillman Mandel, Esq.
        Glenn Goldstein, Esq.
        David G. Thomas, Esq.