# EXHIBIT M

# MANDEL & MANDEL LLP
COUNSELORS AT LAW

1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone 305.374.7771
Facsimile 305.374.7776
www.mandel-law.com

**Jason B. Savitz**
jsavitz@mandel-law.com

November 4, 2010

Via Email
goldsteing@gtlaw.com
evansd@gtlaw.com

Glenn E. Goldstein, Esq.
Donna M. Evans, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301

RE: Meet and Confer Regarding Coquina's Initial IT Interrogatories
*Coquina Investments vs. TD Bank, N.A.*
10-60786-Civ-Cooke/Bandstra

Dear Donna:

We are unwilling to wait a full month from TD Bank's original interrogatory responses to schedule a conference call that "may attempt to resolve" TD Bank's deficient responses. Please contact me by 5 p.m. tomorrow to resolve outstanding concerns. For any unresolved matters, Coquina will seek appropriate court relief.

Sincerely,

Jason B. Savitz