# EXHIBIT N


# GT GreenbergTraurig

Donna M. Evans
Tel. 617.310.6054
Fax 617.310.6001
evansd@gtlaw.com

November 5, 2010

**BY EMAIL (jsavitz@mandel-law.com)**
**AND FIRST-CLASS MAIL**

Jason B. Savitz, Esq.
Mandel & Mandel, LLP
1200 Alfred I. duPont Building
169 East Flager Street
Miami, Florida 33131

    Re:    **Coquina Investments v. Scott Rothstein et al., U.S.D.C. Case No. 10-60786-Civ-Cooke/Bandstra**

Dear Jason:

    In response to your letter, dated November 4, 2010, please be advised that we are not able to speak with you about the issues raised in your earlier letter by 5:00 p.m. today. We, however, are able to do so anytime on Tuesday, Wednesday, or Thursday of next week. Pursuant to Local Rules 7.1 and 26.1, we request that you provide us with a time on one of those days for our "meet and confer" conference.

    Your suggestion that you have waited a month to obtain responses from us is simply incorrect. We provided a form of confidentiality agreement to cover document production to your office in advance of serving our interrogatory responses. Just *yesterday*, we received approval from your firm to present to the Court a Confidentiality Order. In addition, we received your letter regarding our interrogatory responses 7 days ago -- more than two weeks after we served our responses.

    Of course, you are free to seek whatever relief from the Court you deem appropriate; however, we believe that failure to confer with us as we have requested before doing so does not meet the language or spirit of the Local Rules.

                                     Sincerely,

                                     Donna M. Evans

cc:    Glenn E. Goldstein, Esq.
        David G. Thomas, Esq.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
One International Place ■ Boston, MA 02110 ■ Tel 617.310.6000 ■ Fax 617.310.6001