# EXHIBIT O

# FILED SEPARATELY UNDER SEAL