# EXHIBIT P

## Evans, Donna (Shld-Bos-LT)

**From:** Evans, Donna (Shld-Bos-LT)
**Sent:** Friday, November 12, 2010 3:30 PM
**To:** 'Nina Stillman Mandel'
**Cc:** Jason B. Savitz; Thomas, David G. (Shld-Bos-LT); Goldstein, Glenn (Shld-FTL-LT)
**Subject:** Coquina Investment v. Rothstein et al

Nina and Jason,

As the Court entered the Agreed Upon Protective Order today, we will collect and produce documents next week which are referenced in TD Bank, N.A.'s responses to Plaintiff's Interrogatories and in my letter of November 9, 2010. We will also supplement my letter of November 9, 2010 with additional information.

Regards,

Donna

11/30/2010