**EXHIBIT Q**

**FILED SEPARATELY UNDER SEAL**