UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.



FILED by ADS D.C.

MAY 12 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO FILE UNDER SEAL (1) RULE 7.5(C) STATEMENT OF FACTS; (2) MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW AND (3) MOTION *IN LIMINE* TO PRECLUDE EVIDENCE NOT PREVIOUSLY DISCLOSED

Defendant, TD Bank, N.A., ("TD Bank"), pursuant to the Southern District of Florida Local Rule 5.4, hereby submits this motion to file under seal the following documents with accompanying exhibits: Rule 7.5(C) Statement of Facts; Motion for Summary Judgment and Incorporated Memorandum of Law; Motion *In Limine* To Preclude Evidence Not Previously Disclosed, and states as follows:

1. TD Bank's Rule 7.5(C) Statement of Facts, Motion for Summary Judgment and Motion *In Limine* to Preclude Evidence Not Previously Disclosed reference and attach exhibits that, pursuant to the Agreed Protective Order (DE 56), were designated "Confidential" by Plaintiff.

2. The parties agreed in their Agreed Protective Order (DE 56) to keep such documents confidential. Thus, Court should depart from the general policy of a public filing for this reason.

3. As required by Local Rule 5.4, the foregoing documents are being delivered to the Clerk's office, clearly marked as "sealed document" with the case number and style of the present action noted on the outside of the envelope. This Motion to Seal is also accompanied by a completed sealed document tracking form.

4. Defendant respectfully request that the foregoing documents be maintained under seal by the Clerk's Office until conclusion of this action on direct appeal. Upon the expiration of the time specific in the Court's sealing order, Defendant request that the Clerk's office destroy the documents.

WHEREFORE, Defendant, TD Bank, N.A., respectfully request that this Court grant Defendant's Motion to File Under Seal and for such other and further relief as this Court deems just and proper.

Dated: May 11, 2011

Respectfully submitted,

By: /s/ Mark P. Schnapp
MARK P. SCHNAPP
Florida Bar No. 501689
schnappm@gtlaw.com
HOLLY R. SKOLNICK
Florida Bar No. 390860
skolnickh@gtlaw.com
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

And

> GLENN E. GOLDSTEIN
> Florida Bar No. 435260
> *goldsteing@gtlaw.com*
> GREENBERG TRAURIG, P.A.
> 401 East Las Olas Boulevard
> Suite 2000
> Fort Lauderdale, FL 33301
> Telephone: (954) 765-0500
> Facsimile: (954) 765-1477
>
> And
>
> DONNA M. EVANS, Admitted *Pro Hac Vice*
> Massachusetts Bar No. 554613
> *evansd@gtlaw.com*
> GREENBERG TRAURIG, LLP
> One International Center
> Boston, MA 02110
> Telephone: (617) 310-6000
> Facsimile: (617) 310-6001
>
> *Attorneys for Defendant, TD Bank, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2011, the foregoing document was served via electronic mail and U.S. Mail (a courtesy copy will be hand delivered on May 12, 2011) to all counsel of record identified on the attached Service List.

_____
MARK P. SCHNAPP

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## SERVICE LIST

David Scott Mandel, Esq.
Nina Stillman Mandel, Esq.
Jason Brent Savitz, Esq.
Mandel & Mandel LLP
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile: (305) 374-7776
*dmandel@mandel-law.com*
*nsmandel@mandel-law.com*
*jsavitz@mandel-law.com*

*Counsel for Plaintiff*

4

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com