# EXHIBITS TO MOTION IN LIMINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.

**DECLARATION OF HOLLY R. SKOLNICK IN SUPPORT
OF DEFENDANT TD BANK, N.A.'S MOTION *IN LIMINE*
TO PRECLUDE EVIDENCE NOT PREVIOUSLY DISCLOSED**

I, HOLLY R. SKOLNICK, declare and state as follows:

1. I am an attorney licensed to practice law before all of the Courts in the State of Florida. I am a shareholder in the law firm of Greenberg Traurig, P.A., the attorneys of record for Defendant TD Bank, N.A. ("TD Bank" or the "Bank"). I submit this declaration in support of TD Bank's Motion *in Limine* to Preclude Evidence Not Previously Disclosed. I have personal knowledge of the following facts, and if called to testify in this action, could and would testify as to the truth of such facts.

2. On November 30, 2010, TD Bank served its First Set of Interrogatories on Plaintiff. A true and accurate copy of TD Bank's First Set of Interrogatories is attached hereto as Exhibit A.

3. On January 18, 2011, Plaintiff served its Responses and Objections to TD Bank's First Set of Interrogatories. A true and accurate copy of Plaintiff's Responses and Objections to TD Bank's First Set of Interrogatories is attached hereto as Exhibit B.

4. On March 31, 2011, TD Bank took the deposition of Barrie Damson, a Coquina investor. A true and accurate copy of the relevant deposition testimony provided by Mr. Damson is attached hereto as Exhibit C (Deposition Transcript of Barrie Damson, pp. 156:18 through 160:14).

5. On April 1, 2011, TD Bank took the deposition of Melvyn Klein, a Coquina investor. A true and accurate copy of the relevant deposition testimony provided by Mr. Klein is attached hereto as Exhibit D (Deposition Transcript of Melvyn Klein, pp. 72:7 through 73:8).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 11th day of May, 2011 at Miami, Florida

_____
Holly R. Skolnick