# EXHIBIT "C"

Confidential

Page 1

```
1        IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF FLORIDA
2
         CASE NO. 0:10-cv-60786-Cooke/Bandstra
3
4   COQUINA INVESTMENTS,
5                Plaintiff,
6        v.
7   SCOTT W. ROTHSTEIN and
    TD BANK, N.A.,
8
9                Defendants.
10  - - - - - - - - - - - - - - - - - - - x
11
12                         333 Avenue of the Americas
                           Suite 4400
13                         Miami, Florida
                           Thursday, March 31, 2011
14                         9:43 a.m.- 5:28 p.m.
15
16
17
18
19           VIDEO DEPOSITION OF BARRIE DAMSON
20
21       Taken before Edward Varkonyi, Registered
22  Professional Reporter and Notary Public for the State
23  of Florida at Large, pursuant to Notice of Taking
24  Deposition filed in the above cause.
25
```

1       question.
2   BY MR. SCHNAPP:
3       Q.   About this call.
4       A.   Of course.
5       Q.   And what did Mr. Rothstein tell you?
6       A.   He said that he would -- he would be
7   prepared to make the call to Mr. Spinosa and if
8   Mr. Klein wanted to listen to it, he would agree to
9   it.  And I said I'll check with Mr. Klein and
10  Mr. Klein said that he agreed to just listen and
11  that's what occurred.
12      Q.   Could you give me details of what
13  happened in the call?
14           MR. MANDEL:  Objection, asked and
15      answered.
16           THE WITNESS:  I think I did.
17  BY MR. SCHNAPP:
18      Q.   Let's start.  Mr. Rothstein placed the
19  call; is that correct?
20      A.   Correct.
21      Q.   And you and Mr. Klein were on the phone;
22  is that correct?
23      A.   Correct.
24      Q.   And you don't know if you were speaking
25  to a real Mr. Spinosa at that time, correct?

Confidential

Page 157

1    MR. MANDEL: Objection, form, asked and
2    answered.
3    THE WITNESS: I don't know if I wasn't.
4    Mr. Spinosa introduced himself and Mr. Rothstein
5    and Mr. Spinosa had a very nice little chat.
6    "Hello, Frank. Hello, Scott. You know
7    Mr. Damson is on the call? Yes. Do you know
8    that he's an investor with Coquina? Yes. Do
9    you know the Coquina account? Yes. There is
10   $22 million in the account? Yes."
11   This is what went on in that conversation
12   and then I asked Mr. Spinosa some questions,
13   because I wasn't prohibited from asking him
14   questions. "Is this protected?" Because by
15   that time we had secured the locked letter --
16   the lock letter and we also invested 15 millions
17   and we had also received from the bank the
18   confirmation of the account that showed $22
19   million, which was the money that the defendant
20   was -- had wired to our locked account at
21   Toronto Dominion Bank.
22 BY MR. SCHNAPP:
23   Q. What did Mr. Spinosa say?
24   A. Mr. Spinosa told me and Mr. Rothstein
25 that he had had a long relationship with

Confidential

Page 158

1   Mr. Rothstein, this was one of their most valued
2   accounts and that they were very pleased that we were
3   a part of this group and that the account was, as
4   indicated in the lock letter, secure and that we were
5   the only recipients of the money that were in that
6   account. Excuse me, let me shut this off. I'm
7   sorry.
8        Q.   Now, this is a call that you say took
9   place after a restriction had been placed on an
10  account at TD Bank?
11       A.   Yes. Yes.
12       Q.   And you discussed the amount of money
13  that was in the account?
14       A.   Yes. I didn't. Yes, when I say
15  discussed it, it was just mentioned that we had
16  received a confirmation of the account, of the $22
17  million.
18       Q.   And Mr. Spinosa said that or
19  Mr. Rothstein said that?
20       A.   I don't recall who said it. I think I
21  may have said it, but 22 million was mentioned.
22       Q.   What did you say?
23       A.   That our account was -- that the locked
24  account was in the range of $22 million, because we
25  had gotten from -- excuse me.

1   Q.  Go ahead.
2   A.  We had gotten a confirmation from the
3   bank at that point.
4   Q.  Do you know if the confirmation that you
5   had received from the bank was false?
6   A.  You keep asking the same question. I had
7   no reason to believe it was false. I thought it was
8   absolutely true. I relied on it. We all relied on
9   it.
10  Q.  You received that confirmation on or
11  about August 17?
12  A.  When we received the lock letter, yes.
13  Q.  And you received the confirmation that
14  said that there was $23 million in the account?
15  A.  Whatever the amount, 23, 22. Whatever it
16  was, yes.
17  Q.  And is it the case that you don't know if
18  the document that you received regarding the amount
19  of money that was in the account was true or false?
20       MR. MANDEL: Objection, form, asked and
21     answered.
22       THE WITNESS: Sir, you can ask me this a
23     hundred more times and I am telling you that we
24     absolutely believed that it was correct and
25     true, because it was verified by Mr. Szafranski

Confidential

Page 160

1  and it was -- and it was discussed with
2  Mr. Spinosa on the phone, so there was no reason
3  in the world for us to believe that this was a
4  false document.
5  BY MR. SCHNAPP:
6  Q. What exactly did Mr. Spinosa say when
7  you --
8  A. I cannot recall his exact words. I only
9  know that we discussed it, as we discussed the locked
10 account itself and how it operated and that there
11 were other locked accounts and that Mr. Rothstein, as
12 I said, was one of his most valued accounts and that
13 he and Mr. Rothstein had an excellent business
14 relationship.
15 Q. And do you know why this is not in the
16 complaint or RICO statement?
17 A. I don't know.
18 Q. It's a pretty significant fact, wouldn't
19 you say?
20 A. I would say so.
21 MR. MANDEL: Objection, form.
22 THE WITNESS: I would say it's
23 significant.
24 BY MR. SCHNAPP:
25 Q. Did you discuss the fact that you had