# EXHIBIT "D"

1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2          CASE NO. 10-60786-CIV-COOKE/BANDSTRA
3    COQUINA INVESTMENTS
4        Plaintiff,
5    vs.
6    SCOTT W. ROTHSTEIN and TD BANK, N.A.
7        Defendants.
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /
8
             CASE NO.: 10-60882-CIV-LENARD/GOODMAN
9

     EMESS CAPITAL
10
         Plaintiff,
11
     vs.
12
     SCOTT W. ROTHSTEIN and TD
13   BANK, N.A.
14       Defendants.
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /
15
                        333 Avenue of The Americas
16                      Suite 4100
                        Miami, Florida
17                      Friday, April 1, 2011
                        9:37 a.m. to 3:07 p.m.
18
19                      CONFIDENTIAL
20       VIDEOTAPE DEPOSITION OF MELVYN KLEIN
21       Taken on behalf of the Defendants before Carol Hill
22   Williams, FPR, RMR, CRR, CMRS, CPE, CRI, a Notary Public
23   in and for the State of Florida at Large, pursuant to
24   Defendants' Notice of Taking Deposition in the above
25   cause.

72

1      Q.     He was connected to the phone call by Scott

2  Rothstein.

3      A.     Yes.

4      Q.     And we also now know that Scott Rothstein ran

5  one of the largest Ponzi schemes in Florida history.

6      A.     Yes.

7      Q.     So he -- tell me, to the best of your

8  recollection, what Mr. Rothstein said, what the person

9  who purported to be Mr. Spinosa said, and what Barrie

10  said, if he said anything, and what you said, if you

11  said anything.

12      A.     I listened.  The initial part of the

13  conversation was personal bantering between Frank

14  Spinosa and Scott Rothstein, who certainly appeared and

15  sounded like they were very close to each other.

16            Then either Scott Rothstein or Barrie Damson

17  said we want to confirm a number of matters in this

18  phone call.  Number one, Barrie asked Frank Spinosa

19  what is your relationship with Scott Rothstein.  He

20  said he's a highly valued customer and client of TD

21  Bank.  That he knew him well.

22            Spinosa was asked to confirm a specific

23  account as being a segregated account.  A number was

24  given and he confirmed it was a segregated account of

25  Coquina Investments.

1        Spinosa confirmed that.  Then Spinosa was

2   asked how much money was in that account.  Spinosa said

3   22 million dollars.

4        Spinosa -- those were clear points.  Then

5   Spinosa said a number of other things which continued

6   to corroborate his working relationship with Scott

7   Rothstein, TD Bank's close relationship with Scott

8   Rothstein, and that was the essence of it.

9        Q.    Why didn't you speak?

10       A.    Scott Rothstein, I think, indicated that for

11  the conversation to be most productive, there were only

12  a few questions that were really important, and we did

13  not either get it complicated or confusing or keep it

14  right on point.

15            I think he had particularly either introduced

16  Barrie to Spinosa or Barrie's name to Spinosa.  It just

17  kept it all simple and straight and on the point.

18            I really wanted to listen.  I would have

19  spoken -- I would have spoken had the questions not

20  been asked or the answers given that I was looking for

21  in that conversation.

22       Q.    Were you introduced as being on the call?

23       A.    No.

24       Q.    How did the call come about?  I mean, was

25  there somebody who requested that it happen?  Was it