UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.

JUL 01 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.

### DEFENDANT TD BANK, N.A.'S *EMERGENCY* MOTION TO STRIKE PLAINTIFF'S REBUTTAL EXPERT REPORTS

Defendant TD Bank, N.A. ("TD Bank" or the "Bank") hereby moves the Court, on an emergency basis, for an order striking Plaintiff Coquina Investments' Rebuttal Report of Catherine A. Ghiglieri (dated June 16, 2011) and its Rebuttal Report Prepared by Maria M. Yip (dated June 27, 2011) (collectively, the "Rebuttal Reports"), and states as follows:

1. On September 2, 2010, the Court issued an Order Setting Civil Jury Trial Date and Pre-trial Deadlines [DE 42] (the "Scheduling Order").

2. Pursuant to the Scheduling Order, the parties were required to furnish to each other expert witness lists "along with the summaries/reports required by Local Rule 16.1.K." The Court directed that "only those expert witnesses shall be permitted to testify," and further directed that, within 14 days after the submission of their expert reports, the parties make their experts available for deposition.

3. The Scheduling Order does not provide for the submission of rebuttal reports. The Scheduling Order refers to Local Rule 16.1.K, but this Local Rule is concerned with the

timing of expert report disclosure. *See* 1994 and 1996 Comments to Local Rule 16.1.K. (noting changes regarding the "timing of disclosing expert witness information"). Although Local Rule 16.1.K does contemplate the possibility of rebuttal reports, the Scheduling Order does not.

4. TD Bank respectfully requests that this Court strike the Rebuttal Reports. In the alternative, TD Bank requests that this Court require Plaintiff to make its experts available for a deposition concerning the new opinions expressed in the expert's Rebuttal Reports. Plaintiff, to date, has refused to do so. However, these experts were deposed in this matter concerning their first reports before Plaintiff submitted the Rebuttal Reports; TD Bank is entitled to depose these experts regard the new opinions expressed in their recently filed Rebuttal Reports. Moreover, TD Bank is entitled to depose them before the expert discovery deadline of July 12, 2011 imposed by this Court. [DE 42.]

**WHEREFORE**, TD Bank respectfully requests that this Court respectfully requests that this Court enter an order striking Plaintiff Coquina Investments' Rebuttal Reports, or, in the alternative, that this Court enter an order requiring Plaintiff to make their experts available for a deposition regarding the Rebuttal Reports before July 12, 2011.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

CASE NO. 10-60786-Civ-Cooke/Bandstra

Respectfully submitted this 1st day of July, 2011.

By _____
MARK P. SCHNAPP
Florida Bar No. 501689
*schnappm@gtlaw.com*
HOLLY R. SKOLNICK
Florida Bar No. 390860
*skolnickh@gtlaw.com*
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

And

GLENN E. GOLDSTEIN
Florida Bar No. 435260
*goldsteing@gtlaw.com*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

And

DONNA M. EVANS, Admitted *Pro Hac Vice*
Massachusetts Bar No. 554613
*evansd@gtlaw.com*
GREENBERG TRAURIG, LLP
One International Center
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

*Attorneys for Defendant, TD Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2011, the foregoing document was served via electronic mail and hand-delivered to all counsel of record identified on the attached Service List.

/s/ Holly Skolnick
HOLLY SKOLNICK

## SERVICE LIST

David Scott Mandel, Esq.
Nina Stillman Mandel, Esq.
Jason Brent Savitz, Esq.
Mandel & Mandel LLP
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida  33131
Telephone:  (305) 374-7771
Facsimile:  (305) 374-7776
dmandel@mandel-law.com
nsmandel@mandel-law.com
jsavitz@mandel-law.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 0:10-cv-60786-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

## ORDER GRANTING TD BANK, N.A.'S *EMERGENCY* MOTION TO STRIKE PLAINTIFF'S REBUTTAL EXPERT REPORTS

THIS CAUSE having come before the Court on Defendant TD Bank, N.A.'s ("TD Bank") *Emergency* Motion to Strike Plaintiff's Rebuttal Expert Reports, the Court having considered the motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED THAT:

1.     TD Bank's Motion is **GRANTED**.
2.     Plaintiff's Rebuttal Report of Catherine A. Ghiglieri (dated June 16, 2011) and its Rebuttal Report Prepared by Maria M. Yip (dated June 27, 2011) (collectively, the "Rebuttal Reports") are hereby stricken. The Rebuttal Reports will not be considered in deciding summary judgment, nor shall the new opinions expressed in the Rebuttal Reports be allowed at trial. Specifically, Plaintiff's experts shall not be permitted to testify at trial concerning any new opinions expressed in the Rebuttal Reports that were not expressed in their original reports or depositions.

**Case Number: 0:10-cv-60786-Cooke/Bandstra**

DONE and ORDERED in Chambers, Miami, Florida, this _____ day of June, 2011.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Ted E. Bandstra, United States Magistrate Judge
Counsel of record

Case Number: 0:10-cv-60786-Cooke/Bandstra

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 0:10-cv-60786-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

**ORDER GRANTING TD BANK, N.A.'S *EMERGENCY* MOTION TO STRIKE PLAINTIFF'S REBUTTAL EXPERT REPORTS**

THIS CAUSE having come before the Court on Defendant TD Bank, N.A.'s ("TD Bank") *Emergency* Motion to Strike Plaintiff's Rebuttal Expert Reports, the Court having considered the motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED THAT:

1.     TD Bank's Motion is **GRANTED**.

2.     Plaintiff shall make available Catherine A. Ghigliero and Maria M. Yip for deposition concerning the Rebuttal Reports before July 12, 2011.

DONE and ORDERED in Chambers, Miami, Florida, this _____ day of June, 2011.

                                              MARCIA G. COOKE
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Ted E. Bandstra, United States Magistrate Judge
Counsel of record