UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

## NOTICE REGARDING COMPLIANCE WITH LOCAL RULE 7.1(A)(3)(A)

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the Plaintiff has conferred with counsel for Defendant TD Bank regarding the relief sought in Plaintiff's Motions To Exclude Defendant's Expert Reports and Testimony of Thomas Blake, Ivan Garces, Craig Lessner and Samuel Rubin, filed under seal today, in a good faith effort to resolve the issues in the motions, but has been unable to do so.

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By:   /s/ David S. Mandel
      DAVID S. MANDEL
        Florida Bar No. 38040

*Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

/s/ David S. Mandel