UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS

       Plaintiff,

vs.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

## NOTICE REGARDING JOINT PRETRIAL STIPULATION

       Plaintiff Coquina Investments, by and through undersigned counsel, hereby submits its notice regarding its efforts to complete the joint pretrial stipulation with counsel for Defendant TD Bank, and Defendant's incorrect earlier representations to the Court:

       1.     Based on the pending joint motion for a brief extension of time to file the joint pretrial stipulation [DE 454], and in a good faith effort to meet its obligations in this litigation, at 5:07 p.m. today, September 20, 2011, undersigned counsel forwarded to counsel for Defendant TD Bank a draft proposed joint pretrial stipulation and draft exhibit list.

       2.     Less than five minutes later, this Court granted the parties' joint motion [454], giving the parties until to Friday, September 23, 2011, to complete the pretrial stipulation.

       3.     At the same time that the Court's endorsed order was entered into the docket, Defendant filed its notice [D.E. 455], apparently not seeing the draft stipulation undersigned counsel had provided by email moments earlier and without conferring at that point with Plaintiff's counsel.

       4.     At approximately 6 p.m., counsel for TD Bank provided its draft of the joint pretrial stipulation to Plaintiff's counsel.

Page 2

5.  In sum, notwithstanding an apparent lack of communication at the close of business today, the parties are complying with the Court's Orders and are diligently and actively engaged in the process of preparing a joint pretrial stipulation, to be filed on September 23, 2011, per this Court's Order.

Dated September 20, 2011.

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
nsmandel@mandel-law.com

By:  /s/ Nina Stillman Mandel
DAVID S. MANDEL
   Florida Bar No. 38040
NINA STILLMAN MANDEL
   Florida Bar No.: 843016
JASON B. SAVITZ
   Florida Bar No. 36444

*Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2011, a true and correct copy of the foregoing was electronically filed with the clerk of the Court using CM/ECF.

/s/ Nina Stillman Mandel