## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

      Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

      Defendants.

_____

## DEFENDANT TD BANK, N.A.'S NOTICE OF FILING PAGE AND LINE DESIGNATIONS FROM DEPOSITION TRANSCRIPTS THAT TD BANK INTENDS TO USE AT TRIAL

Defendant, TD Bank, N.A. ("TD Bank" or "the Bank"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3), hereby file its Notice of Filing Page and Line Designations[1] of the following deposition transcripts that TD Bank intends to use at trial in the above-entitled matter:[2][3]

    1.    Deposition of Barrie Damson taken on March 31, 2011:

- 7:20-21[4]
- 8:18-19
- 9:15-21
- 10:6-17
- 10:23-25

---

[1] By these designations, TD Bank is also designating corresponding video of these deponents.

[2] TD Bank reserves the right to file the page and line designations for any deposition not yet taken or transcribed as of the date of this filing.

[3] These designations are designations that TD Bank may seek to present to the jury at trial. However, TD Bank reserves the right not to use any or all deposition designations at trial.

[4] Depositions are designated by (page:line).

- 11:1-5
- 15:14-25
- 16:1-5
- 17:11-23
- 20:23-25
- 21:1
- 21:4-23
- 23:19-21
- 23:24-25
- 24:21-23
- 28:10-25
- 29:1
- 29:5-25
- 30:1-18
- 30:23-25
- 31:1-3
- 31:12-25
- 32:1-25
- 33:15-25
- 34:1-25
- 35:1-11
- 35:13-25
- 36:25
- 37:1-2
- 38:12-25
- 39:1-8
- 39:13-15
- 39:19-25
- 40:1-17
- 41:18-21
- 42:25
- 43:1-25
- 44:1-6
- 44:9-25
- 45:1
- 45:4-13
- 45:16
- 46:3-25
- 47:1-10
- 47:13-25
- 48:1-14
- 48:16-17
- 48:21-23

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 48:25
- 49:1-3
- 49:20-21
- 49:24-25
- 50:2
- 50:5-10
- 50:12-15
- 50:18-24
- 51:2-3
- 51:5-6
- 51:8-25
- 52:1-2
- 52:4-9
- 52:11-12
- 53:16-25
- 54:1-4
- 54:6-17
- 54:19-24
- 57:2-6
- 57:10-17
- 57:19
- 59:8-11
- 59:14-25
- 60:1-6
- 60:8
- 60:10-11
- 60:13-25
- 61:1-6
- 61:15-24
- 62:1-14
- 63:11-25
- 64:2-12
- 64:14-21
- 64:24-25
- 65:1-13
- 65:15-25
- 66:1-3
- 66:5-25
- 67:2-9
- 67:11-25
- 68:1
- 68:21-23
- 69:1-14

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 69:16-17
- 70:3-21
- 70:23-24
- 71:1-5
- 71:23-25
- 72:1-6
- 72:9-18
- 73:11-20
- 74:6-14
- 74:17-25
- 75:1-4
- 75:7-9
- 75:11-19
- 75:21-25
- 76:1-6
- 76:9-14
- 79:23-25
- 80:1-12
- 80:16-21
- 81:3-18
- 81:19-20
- 81:25
- 82:1-4
- 82:7-15
- 84:8-10
- 84:12-23
- 84:25
- 85:1-14
- 85:17-22
- 86:6-7
- 86:9-10
- 86:12-13
- 86:15
- 86:18-25
- 87:15-25
- 88:1-7
- 88:12-25
- 89:1-4
- 90:8-25
- 91:1-25
- 92:4-10
- 3:1-5
- 93:7-13

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 93:15-17
- 93:19
- 94:3-4
- 94:6
- 94:8-9
- 94:11
- 94:13-15
- 94:17
- 94:19-20
- 94:22
- 94:24-25
- 95:1
- 95:15-17
- 95:20-21
- 96:16-17
- 96:20
- 96:22-25
- 97:1-2
- 97:14-16
- 98:4-6
- 98:9
- 98:12-17
- 98:18-19
- 98:21-25
- 99:1-5
- 99:7-13
- 99:15
- 100:22-25
- 101:1-10
- 102:14-25
- 103:1-25
- 104:1-6
- 104:8-12
- 105:1-25
- 106:1-8
- 108:18-25
- 109:1-4
- 109:7-15
- 109:18-25
- 110:1-5
- 110:6-12
- 110:14-17
- 111:8-25

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 112:1-4
- 114:11-12
- 114:14-25
- 115:1-25
- 116:2-6
- 116:8-13
- 116:15-24
- 117:1-25
- 118:1-10
- 118:20-22
- 120:11-13
- 120:15-25
- 121:1-13
- 122:7-8
- 122:10-24
- 122:16-24
- 123:1-13
- 123:15-25
- 124:1-2
- 124:4-25
- 125:1-25
- 126:1-8
- 126:11-25
- 127:1-3
- 127:12-15
- 127:25
- 128:1-20
- 130:7-25
- 131:1-12
- 132:10-15
- 132:17-18
- 133:25
- 134:1-10
- 134:12-18
- 134:20-25
- 136:1-3
- 137:10-25
- 138:1-2
- 138:4-25
- 149:9-17
- 149:19
- 150:10-25
- 151:1-17

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 152:19-25
- 153:1-23
- 155:10-22
- 156:12-13
- 156:16-25
- 157:3-25
- 158:1-25
- 159:1-9
- 160:6-25
- 161:1-9
- 161:12-21
- 162:12-14
- 162:17-18
- 162:20-24
- 163:1-8
- 163:10-16
- 163:18-21
- 165:10-12
- 165:14-21
- 167:14-20
- 169:14-23
- 171:1-9
- 171:11-13
- 172:13-14
- 172:16-25
- 173:2-3
- 173:8-9
- 181:6-13
- 181:15-25
- 182:1-3
- 182:5-19
- 182:21-25
- 183:1
- 183:5-8
- 183:11-13
- 184:1-17
- 184:24-25
- 185:1-4
- 185:19-25
- 186:4-25
- 187:1-3
- 188:7-25
- 189:1-4

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 189:7
- 191:14-25
- 192:1-7
- 192:25
- 193:1-11
- 193:15
- 193:17
- 193:19-23
- 195:6-25
- 196:1-3
- 196:6-12
- 196:14-24
- 197:8-10
- 197:21-25
- 198:1-7
- 198:17-18
- 198:21-22
- 201:16-25
- 202:1-11
- 202:17-25
- 203:1
- 203:9-11
- 204:24-25
- 205:1
- 205:4-19
- 205:21-24
- 208:7-25
- 209:1-5
- 209:7-9
- 209:11-19
- 216:6-20
- 216:22-25
- 217:1-3
- 217:5-16
- 217:18-25
- 218:1-22
- 218:24-25
- 219:1-25
- 220:1-6
- 220:8-23
- 221:14-25
- 222:1-24
- 223:7-25

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 224:1-3
- 224:6-11
- 224:14-25
- 225:1-25
- 226:1-15
- 226:18
- 229:2-25
- 230:1-25
- 233:20-25
- 239:5-21
- 239:24-25
- 240:1-8
- 240:11-25
- 241:1-10
- 243:20-25
- 244:1-5
- 244:7
- 244:18-25
- 245:1-4
- 245:15-17
- 245:19-25
- 246:1-3
- 246:25
- 247:1-12
- 247:14-18
- 247:21-25
- 248:1-19
- 248:22-25
- 249:1-25
- 250:2-25
- 251:1
- 251:17-25
- 252:1-25
- 253:1-11
- 253:14-25
- 254:3-19
- 255:16-25
- 256:1-6
- 256:8-22
- 256:24-25
- 258:13-23
- 258:25
- 259:1-25

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 260:1
- 260:3-4
- 260:16-25
- 261:1-15

2.    Deposition of Melvyn Klein taken on April 1, 2011:

- 4:23-24
- 12:7-14
- 12:18
- 12:23-13:3
- 26:9-20
- 26:22-27:14
- 28:8-28:25
- 30:1-3
- 46:23-47:2
- 48:21-50:16
- 58:23-59:11
- 60:18-61:10
- 83:4-9
- 83:11-24
- 84:1-8
- 84:10-11
- 112:18-113:13
- 113:15-113:23
- 114:9-10
- 114:13-115:19
- 116:3-6
- 119:14-17
- 119:19-23
- 121:24-122:3
- 122:5
- 122:13-15
- 122:17-22
- 129:21-24
- 130:1
- 138:9-10
- 138:12
- 143:18-21
- 143:23-144:14
- 144:16-17
- 151:13-15
- 152:5-8

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 152:10-13
- 153:3-11

3. Deposition of Kathleen White as a Rule 30(b)(6) witness for Plaintiff taken on April 7, 2011:

- 18:11-18:23
- 26:24-27:10
- 41:20-42:4
- 50:22-51:8
- 59:16-59:20
- 60:18-60:23
- 62:22-62:24
- 63:1-63:6
- 63:8-64:7
- 64:13-65:8
- 65:10-65:17
- 65:19-66:6
- 66:9-66:13
- 66:15-66:16
- 66:19-66:24
- 71:24-71:25
- 72:4-72:8
- 72:11-72:12
- 78:8-78:14
- 78:16-81:8
- 81:10-81:15
- 81:17-82:11
- 82:13-82:16
- 90:25-91:13
- 91:21-92:3
- 97:10-97:18
- 97:20-97:25
- 98:2-98:12
- 98:14-98:17
- 98:19-99:6
- 99:8-99:23
- 99:25-100:6
- 100:8-100:11
- 100:13-100:20
- 101:11-101:14
- 101:16-101:17
- 103:20-104:6

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 104:9-104:21
- 104:24-104:25
- 106:19-107:14
- 107:16-107:18
- 107:21-108:12
- 108:14-108:16
- 108:18-108:22
- 108:24-109:3
- 109:21-110:21
- 10:24-111:4
- 113:12-114:12
- 115:23-116:4
- 116:6-116:12
- 116:14
- 117:18-118:2
- 118:4-118:5
- 118:7-118:19
- 118:21-119:20
- 119:22-119:23
- 121:14-122:12
- 122:14-124:21
- 124:23-124:25
- 125:4-125:21
- 125:23-126:12
- 126:14-126:20
- 126:22-127:6
- 127:9-127:13
- 127:15-127:18
- 131:10-132:20
- 134:23-135:5
- 135:13-137:1
- 139:8-139:15
- 140:24-141:15
- 141:19-143:12
- 145:15-146:1
- 147:17-149:12
- 150:15-150:17
- 151:7-151:9
- 151:11-151:16
- 151:18-151:22
- 152:2-152:10
- 152:12-152:21
- 152:23-152:25

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 153:9-153:14
- 153:24-154:8
- 154:10-154:11
- 159:4-160:15
- 160:17-161:10
- 161:13-161:18
- 162:1-162:6
- 163:19-165:3
- 165:9-166:5
- 166:10-166:23
- 167:12-169:7
- 169:15-171:6
- 172:11-173:2
- 174:14-175:5
- 175:7-175:13
- 176:18-176:22
- 177:19-177:20
- 177:22-178:9
- 179:9-179:14
- 179:20-180:17
- 180:19-181:11
- 181:14-182:4
- 182:7-182:11
- 182:19-183:6
- 185:19-186:14
- 191:18-192:9
- 192:12-192:15
- 192:18-192:23
- 195:9-195:12
- 195:14-195:15
- 195:18-196:18
- 196:21-196:24
- 197:2
- 197:11-197:16
- 197:19-197:24
- 198:18-199:4
- 202:17-203:19
- 208:4-208:11
- 208:14-208:17
- 208:19-208:21
- 208:24-209:3
- 210:17-210:19
- 210:24-211:7

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 211:9
- 211:11-211:18
- 211:20
- 211:22-214:14
- 217:9-217:13
- 221:10-225:13
- 225:16-225:20
- 226:21-226:25
- 227:4-227:8
- 227:11-229:4
- 229:7-229:9
- 229:11-229:15
- 231:11-231:20
- 235:11-235:16
- 235:18-235:20
- 235:23-235:24
- 236:2-236:12
- 236:19-238:20
- 239:8-239:20
- 240:13-240:19
- 244:12-245:12
- 246:7-247:11
- 249:23-252:18
- 253:6-255:5
- 255:9-256:6
- 256:9-256:18
- 256:20-257:13
- 258:2-258:8
- 258:25-259:14
- 260:5-261:20
- 277:4-279:16
- 280:22-281:10
- 281:13-282:9
- 282:11-282:17
- 282:19-282:23
- 282:25-283:2
- 283:8-283:13
- 283:19-283:21
- 286:22-287:6
- 288:7-290:5
- 290:25-293:15
- 294:25-296:4
- 300:14-301:1

14 of 27

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 302:7-302:15
- 303:12-303:15
- 303:18-303:22

4.     Deposition of Kathleen White (as an individual) taken on April 8, 2011:

- 9:18-25-26:4
- 22:22-23:8
- 23:10
- 25:17-22
- 28:3-8

5.     Deposition of George Hawn taken on April 5, 2011:

- 16:6-7
- 16:10-25
- 17:21-18:2
- 34:23-35:11
- 36:21-23
- 36:25
- 37:1
- 45:2-3
- 53:18-20
- 57:2-7
- 57:10
- 57:17-18
- 57:22-58:7
- 67:13-24
- 68:2-4
- 68:8-9
- 68:11-14
- 74:2-3
- 74:7-19
- 75:1-7
- 78:4-10
- 80:1-6
- 84:17-24
- 85:1-86:4
- 98:19-99:6

6.     Deposition of Benjamin Wallace taken on April 4, 2011:

- 5:8-9
- 28:7-11

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 28:25-29:2
- 30:6-7
- 30:9-18
- 30:20-22
- 31:4-11
- 34:20-25
- 35:1-14
- 36:24-37:13
- 36:16-19
- 40:1-7
- 40:24-25
- 41:1-4
- 42:5-25
- 43:1-7
- 44:4-9
- 44:12-13
- 44:15-22
- 44:25
- 45:1-10
- 45:12-13
- 45:17-19
- 46:16-25
- 47:1-4
- 47:6-8
- 47:10-23
- 48:1-4
- 53:2-11
- 55:3-4
- 55:6-10
- 57:17-25
- 58:1-25
- 59:1-4
- 60:3-14
- 60:16-20
- 60:22-61:4
- 61:6-11
- 62:19-24
- 73:20-25
- 74:14-19
- 75:2-14
- 75:17-18
- 75:20-25
- 76:1-5

- 76:7
- 76:25
- 77:1-11
- 77:16-17
- 77:20
- 97:4-13
- 97:15-98:25
- 98:2-6
- 98:10-11
- 107:6-11
- 107:13-16
- 111:16-19
- 111:22-25
- 112:1-4
- 112:6
- 115:24-116:2
- 116:5-7
- 116:9-13
- 116:15-18

7.   <u>Deposition of Alfred Jones taken on April 6, 2011</u>:

- 5:3-6
- 28:10-15
- 28:18-20
- 60:13-18
- 61:18-20
- 61:22-25
- 62:1-21
- 63:1-2
- 63:5-7
- 63:24-64:15
- 81:22-23
- 81:25
- 82:1-7
- 98:2-20

8.   <u>Deposition of Michael Szafranski taken on April 11, 2011</u>:

- 10:21-11:6
- 12:1-10
- 13:14-17
- 14:1-12

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 17:2-14
- 18:22-20:3
- 20:8-21
- 22:2-23:1
- 24:10-11
- 24:25-5
- 25:15-23
- 26:2-27:5
- 27:11-19
- 28:3-13
- 29:7-22
- 30:5-32:1
- 32:9-22
- 33:2-24
- 35:6-7
- 35:13
- 35:15-16
- 35:19
- 35:21-36:3
- 38:17-22
- 39:3-4
- 39:7
- 39:15-18
- 39:23-25
- 41:5-9
- 41:11
- 41:13-22
- 42:2-4
- 42:12-43:15
- 44:2-46:17
- 46:23-47:13
- 47:16-48:12
- 48:14-49:19
- 49:22-25
- 50:2-53:14
- 53:24-55:11
- 55:14-56:9
- 56:19-20
- 56:24-57:2
- 57:7-58:12
- 58:17-59:3
- 59:8-61:12
- 61:14-62:14

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 62:16-19
- 62:21
- 64:6-22
- 67:3-7
- 67:10-68:7
- 68:12-70:21
- 70:23-71:2
- 71:4-8
- 71:10-17
- 71:19-24
- 72:1-12
- 72:25-73:23
- 73:25
- 74:17-75:17
- 75:19-76:19
- 78:22-80:4
- 80:6-15
- 81:2-10
- 81:12-16
- 81:18-83:3
- 83:6-8
- 83:11-13
- 83:16-19
- 83:21-88:1
- 88:13-89:11
- 89:13-19
- 89:21-23
- 90:2-3
- 90:5-8
- 90:10-18
- 90:20
- 91:5-6
- 91:8-19
- 92:22-93:19
- 93:20
- 94:12-14
- 94:17-96:24
- 97:1-10
- 97:12-24
- 98:1-4
- 98:6-11
- 98:13-15
- 98:17

19 of 27

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 98:24-25
- 99:12-13
- 99:20-100:3
- 100:6-15
- 100:7-25
- 101:5-102:13
- 103:7-9
- 103:12
- 103:17
- 103:19-21
- 103:23-104:1
- 104:5-17
- 104:19-22
- 104:25-105:7
- 105:18-106:1
- 106:8-107:2
- 107:4-17
- 107:19-24
- 108:2-4
- 108:6-9
- 108:12-16
- 108:18-22
- 108:24-109:7
- 109:9-110:8
- 110:13-23
- 110:25-111:12
- 111:14-112:1
- 112:13-113:2
- 113:4-114:7
- 114:17-115:14
- 115:20-116:5
- 116:7-14
- 116:16-19
- 116:22-117:6
- 117:8-13
- 117:15-118:6
- 118:8-18
- 118:20-23
- 118:25-120:4
- 120:7-14
- 120:24-125:16
- 125:22
- 126:2-5

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

- 126:15-25
- 127:2
- 127:13-128:14
- 128:16-129:17
- 129:19-130:4
- 130:7-16
- 130:18-131:23
- 132:2-8
- 132:10-20
- 132:22-134:7
- 134:9-20
- 134:22-135:22
- 136:9-139:4
- 139:8-141:25
- 142:7-16
- 142:19-145:5
- 145:8-146:5
- 146:9
- 146:17-19
- 146:22-25
- 147:2-10
- 147:14-148:25
- 149:2-5
- 149:8-152:20
- 153:10-155:2
- 155:13-157:11
- 157:13-19
- 157:24-158:4
- 158:15-159:22
- 160:1-162:8
- 162:10-13
- 162:15-163:21
- 163:25-166:23
- 167:4-169:4
- 169:13-22
- 169:25
- 170:2-4
- 170:9-16
- 171:2-172:8
- 173:3-174:11
- 175:7-176:15
- 176:18-177:23
- 178:5-180:3

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 180:6
- 180:16-21
- 180:23-24
- 181:2-7
- 181:9-12
- 181:14
- 182:21-184:21
- 185:6-13
- 185:15-186:3
- 186:6-187:21
- 187:23-188:13
- 188:17-20
- 188:23-189:2
- 189:4-9
- 189:11-15
- 189:17-190:16

9.   Deposition of William Corte taken on September 6, 2011, in the case of *Razorback Funding, LLC, et al. v. Scott W. Rothstein, et al.*, Case No. 09-062943(07), in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida:

- 11:17-24
- 13:4-24
- 14:8-15:14
- 18:25-19:7
- 19:15-23:13
- 23:22-24:14
- 24:21-25
- 26:4-9
- 26:12-27:10
- 27:12-28:9
- 28:13-29:18
- 29:21-30:11
- 30:17-31:9
- 31:18-32:22
- 33:6-34:3
- 34:6-12
- 34:15-23
- 35:7-17
- 36:5-37:24
- 44:25-45:13
- 47:18-25
- 54:7-56:25

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 58:12-59:11

10. <u>Deposition of Debra Villegas taken on April 6, 2011</u>:

- 9:1-10:23
- 12:18-23
- 13:11-15:7
- 18:17-22
- 19:1-22
- 19:25-20:11
- 21:3-20
- 22:1-4
- 22:13-15
- 23:4-21
- 30:11-31:1
- 31:18-32:12
- 34:10-34:20
- 37:21-38:9
- 38:21-39:9
- 39:17-45:1
- 45:12-24
- 46:10-24
- 47:7-10
- 48:5-49:1
- 49:7-15
- 49:21-50:2
- 50:7-51:9
- 51:17-53:3
- 53:13-56:14
- 56:18-57:9
- 57:14-59:5
- 59:7-11
- 60:4-13
- 61:8-62:2
- 62:19-63:20
- 64:4-65:8
- 65:18-25
- 66:7-66:18
- 66:23-68:16
- 68:24-69:14
- 69:15-70:5
- 70:8-71:1
- 71:4-20

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 72:2-24
- 73:2-23
- 74:1-16
- 74:20-79:17
- 79:23-80:19
- 81:14-82:10
- 84:3-85:18

11. Deposition of Ira Sochet taken on April 11, 2011:

- 6:1-8
- 8:1-9:16
- 9:22-10:15
- 10:21-11:6
- 11:22-15:23
- 17:3-19:24
- 20:6-21:6
- 23:4-11
- 26:25-27:16
- 30:13-31:22
- 33:20-34:24
- 35:10-36:19
- 37:8-16
- 37:22-38:8
- 39:1-13
- 39:19-40:25
- 41:15-43:18
- 44:1-9
- 45:20-48:15
- 49:15-55:11
- 59:10-60:4
- 60:7
- 60:9-22
- 67:2-21
- 69:5-70:11
- 8:1-9:16
- 9:22-10:15
- 10:21-11:6
- 11:22-15:23
- 17:3-19:24
- 20:6-21:6
- 23:4-11
- 26:25-27:16

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

- 30:13-31:22
- 33:20-34:24
- 35:10-36:19
- 37:8-16
- 37:22-38:8
- 39:1-13
- 39:19-40:25
- 41:15-43:18
- 44:1-9
- 45:20-48:15
- 49:15-55:11
- 59:10-60:4
- 60:7
- 60:9-22
- 67:2-21
- 69:5-70:11
- 6:1-8
- 8:1-9:16
- 9:22-10:15
- 10:21-11:6
- 11:22-15:23
- 17:3-19:24
- 20:6-21:6
- 23:4-11
- 26:25-27:16
- 30:13-31:22
- 33:20-34:24
- 35:10-36:19
- 37:8-16
- 37:22-38:8
- 39:1-13
- 39:19-40:25
- 41:15-43:18
- 44:1-9
- 45:20-48:15
- 49:15-55:11
- 59:10-60:4
- 60:7
- 60:9-22
- 67:2-21
- 69:5-70:11

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

CASE NO. 10-60786-Civ-Cooke/Bandstra

GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida  33131
Telephone:  (305) 579-0500
 Facsimile:  (305) 579-0717

/s/ *Holly R. Skolnick*
MARK P. SCHNAPP
Florida Bar No. 501689
*schnappm@gtlaw.com*
HOLLY R. SKOLNICK
Florida Bar No. 390860
*skolnickh@gtlaw.com*


GREENBERG TRAURIG, P.A.
GLENN E. GOLDSTEIN
Florida Bar No. 435260
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301
Telephone:  (954) 765-0500
Facsimile:   (954) 765-1477

and

GREENBERG TRAURIG, LLP
DONNA M. EVANS
Massachusetts Bar No. 554613
(admitted *pro hac vice*)
One International Center
Boston, MA  02110
Telephone:  (617) 310-6000
Facsimile:   (617) 310-6001

*Attorneys for TD Bank, N.A.*

26 of 27

CASE NO. 10-60786-Civ-Cooke/Bandstra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Holly R. Skolnick*
HOLLY R. SKOLNICK

## SERVICE LIST

David Scott Mandel, Esq.
Nina Stillman Mandel, Esq.
Jason Brent Savitz, Esq.
Mandel & Mandel LLP
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida  33131
Telephone:  (305) 374-7771
Facsimile:  (305) 374-7776
*dmandel@mandel-law.com*
*nsmandel@mandel-law.com*
*jsavitz@mandel-law.com*

*Counsel for Plaintiff*

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com