UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra



COQUINA INVESTMENTS,

        Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

        Defendants.

_____/

## SEALED DOCUMENT

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone:  305.374.7771
Facsimile:   305.374.7776
dmandel@mandel-law.com

DAVID S. MANDEL
  Florida Bar No. 38040
NINA STILLMAN MANDEL
  Florida Bar No. 843016
JASON B. SAVITZ
  Florida Bar. No. 36444

*Attorneys for Coquina Investments*

GREENBERG TRAURIG, P.A.
333 S.E. Second Ave., Suite 4400
Miami, Florida 33131
Telephone: 305.579.0735
Facsimile:  305.961.5735
schnappm@gtlaw.com

*/s/ Mark P. Schnapp*
MARK P. SCHNAPP
  Florida Bar No. 501689
DONNA EVANS
  Admitted Pro Hac Vice
GLENN GOLDSTEIN
  Florida Bar No. 435260

*Attorneys for TD Bank, N.A.*

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PL'F. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-1 | | | R, UP MIL COMPOSITE EX. | TD BANK AML BSA HANDBOOK | 000001-001167 | | EXPECT |
| P-2 | | | R, UP MIL | TD BANK CODE OF CONDUCT | 000001-000061 | | EXPECT |
| P-3 | | | R, UP MIL | TD BANK HANDBOOK | 000001-000134 | | MAY |
| P-4 | | | R | COMMERCE BANK MASTER AGREEMENTS FOR BANKING SERVICES FOR RRA | TD BANK GEN 000033-000048 | | MAY |
| P-5 | | | R, H, COMPOSITE EX. INCOMPLETE | E-MAILS DATED 01/09/2008 REGARDING BUSINESS DIRECT AND THE NEED TO EXPEDITE THE SET UP | TD BANK GEN 000131-000161 | | MAY |
| P-6 | | | R, H | E-MAIL DATED 01/18/2008 BETWEEN PAOLO CASABONE AND IRENE SHANNON AND BILL BROCK REGARDING SETTING UP E-MAILS ALERTS ON THE TRUST AND OPERATING ACCOUNTS | TD BANK GEN 000183 | | EXPECT |
| P-7 | | | R, H, UP | E-MAILS DATED 02/21/2008 BETWEEN POALO CASABONE AND FRANK SPINOSA REGARDING REVERSING/WAIVING FEES | TD BANK GEN 000247-000257 | | EXPECT |
| P-8 | | | R, H | E-MAIL DATED 02/25/2008 FROM PAOLO CASABONE REGARDING CALLING BANKSERV AND INDICIATING THE PROPER TITLES OF THE ACCOUNTS | TD BANK GEN 000309 | | EXPECT |

[1] The parties have agreed to, and TD Bank hereby explicitly reserves the right to object at trial, on the basis of lack of foundation, to any and all of Plaintiffs exhibits.

1

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-9 | | | R, H | E-MAIL DATED 03/28/2008 BETWEEN ROSEANNE CARETSKY AND JERROD JONES REQUESTING TO CHECK RRA BALANCES AND ADVISE | TD BANK GEN 000363 | | EXPECT |
| P-10 | | | R, H, UP | E-MAILS DATED 03/28/2008 BETWEEN ROSEANNE CARETSKY AND JERROD JONES REQUESTING TO CHECK RRA BALANCES AND ADVISE | TD BANK GEN 000375-000379 | | EXPECT |
| P-11 | | | R, H | E-MAILS DATED 04/04/2008 BETWEEN PAOLO CASABONE AND IRENE SHANNON REGARDING COMPLIANCE AREA LOOKING INTO UCC LIENS | TD BAK GEN 000397-000399 | | EXPECT |
| P-12 | | | R, H<br>INCOMPLETE | E-MAIL DATED 04/14/2008 FROM PAOLO CASABONE TO ROSEANNE CARETSKY AND FRANK SPINOSA REGARDING LIENS FROM COMPLIANCE | TD BAK GEN 000448 | | MAY |
| P-13 | | | R, H, UP | E-MAILS DATED 05/22/2008 FROM IRENE SHANNON TO VARIOUS BANK EMPLOYEES REGARDING REQUEST TO OPEN IOTA ACCOUNT | TD BANK GEN 000497-000510 | | MAY |
| P-14 | | | R, H, UP<br>INCOMPLETE | E-MAILS DATED 05/27/2008 FROM ROSEANNE CARESTKY TO JERROD JONES REQUESTING TO DEPOSIT A PENNY TO MAKE SURE ACCOUNT IS OPENED AND ALSO CHECK IF IT HAS BEEN ADDED TO TREASURY DIRECT | TD BANK GEN 000553-000562 | | MAY |
| P-15 | | | R, H, UP | E-MAILS DATED 05/23/2008 FROM ANTHONY SCIARRETTA TO IRENE SHANNON REGARDING SENDING DOCUMENTATION FOR SIGNATURES AND OPENING OF NEW ACCOUNTS | TD BANK GEN 000566-000573 | | MAY |
| P-16 | | | R, H, UP<br>COMPOSITE EX. | E-MAILS DATED 07/16/2008 BETWEEN PAOLOCASABONE, FRANK SPINOSA, AND ROSEANNE CARETSKY REGARDING WAIVING OF FEES (WHICH OVERDRUE ACCOUNT) AND REQUESTING APPROVAL OF JOHN TOLOMER | TD BANK GEN 000685-000707 | | EXPECT |
| P-17 | | | R, H, UP<br>COMPOSITE EX. | VARIOUS E-MAILS DATED 10/29/2008 BETWEEN BILL BROCK, JENNIFER KERSTTETTER, AND ROSEANNE CARETSKY REGARDING AVAILABLE BALANCES AND SCOTT ROTHSTEIN ARRIVING IN THE AFTERNOON | TD BANK GEN 000841-000853 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-18 | | | R, H, UP<br>COMPOSITE EX. | VARIOUS E-MAILS DATED 10/29/2008 BETWEEN BILL BROCK, ROSEANNE CARETSKY, AND JENNIFER KERSTETTER REGARDING BALANCES IN TRUST ACCOUNTS AND SCOTT ROTHSTEIN ARRVIING IN THE AFTERNOON | TD BANK GEN 000858-000869 | | EXPECT |
| P-19 | | | R, H<br>INCOMPLETE | E-MAIL DATED 10/15/2008 FROM ROSEANNE CARETSKY TO RICHARD CARETSKY REGARDING HER LUNCH WITH SCOTT | TD BANK GEN 000896 | | MAY |
| P-20 | | | R, H, UP<br>COMPOSITE EX.<br>INCOMPLETE | E-MAILS DATED 11/18/2008 BETTWEEN IRENE STAY, BILL BROCK, AND ROSEANNE CARETSKY REGARDING PAYING CHARGES AND FEES FOR OPERATING ACCOUNT | TD BANK GEN 000993-0001091 | | MAY |
| P-21 | | | R, H, UP<br>COMPOSITE EX. | E-MAILS DATED 12/10/2008 BETWEEN RICARDO MEJIA, BILL BROCK, ROSEANNE CARETSKY, AND JENNIFER KERSTTER REGARDING DOING THE SHOW AGAIN | TD BANK GEN 001168-001184 | | EXPECT |
| P-22 | | | R, H, UP<br>COMPOSITE EX. | E-MAILS DATED 12/17/2008 BETWEEN BILL BROCK, JENNIFER KERSTETTER, ROSEANNE CARESTLY, AND BILL BROCK REGARDING SCOTT ROTHSTEIN VISIT AND USE OF CONFERENCE ROOM AS WELL AS PROVIDING BALANCE LETTERS AND PRINOUTS | TD BANK GEN 001346-001363 | | EXPECT |
| P-23 | | | R, H, UP | E-MAIL DATED 01/13/2009 FROM BILL BROCK TO ROSEANNE CARETSKY, JENNIFER KERSTETTER, AND RICARDO MEJIA REGARDING BALANCE REPORTS ON ACCOUNTS X1258, X3489, X0923, X9146, AND X5104 ALONG WITH LETTER AND PLEASE IN AN UNSEALED ENVELOPE | TD BANK GEN 001373 | | EXPECT |
| P-24 | | | R, H, UP | E-MAIL DATED 02/18/2009 FROM JENNIFER KERSTETTER TO BILL BROCK ADVISING SCOTT ROTHSTEIN JUST PULLED UP | TD BANK GEN 001588-001590 | | EXPECT |
| P-25 | | | R, H, UP | E-MAIL DATED 02/18/2009 FROM JENNIFER KERSTETTER TO ROSEANNE CARETSKY STATING BILL REQUESTED PRINT OUTS AND LETTERS AND SHE SENT JERROD TO DELIVER THEM | TD BANK GEN 001602 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-26 | | | R, H | E-MAIL DATED 04/30/2009 FROM WENDE LITTERIO TO CREDIT FILE TEAM REGARDING SEVERAL RRA ACCOUNTS OPENED AS A RESULT OF FRANK SPINOSA AND WANTS TO MAKE SURE HE IS THE SERVICING OFFICER ON THEM | TD BANK GEN 001740 | | EXPECT |
| P-27 | | | R, H | E-MAILS FROM SCOTT ROTHSTEIN TO DEBRA VILLEGAS AND FRANK SPINOSA WHERE HE ADVISES THAT THE FIRST BANK LISTED AS A RRA CLIENT IS TD BANK | TD BANK GEN 001746-001747 | | MAY |
| P-28 | | | R, H INCOMPLETE | E-MAIL BETWEEN ROSEANNE CARESTKY AND FRANKS SPINOSA DISCUSSING ANYWHERE FROM $5MM TO $15MM COMING IN FROM RRA | TD BANK GEN 001771-001773 | | MAY |
| P-29 | | | R, H, UP | E-MAIL DATED 04/24/2009 FROM ROSANNE CARETSKY TO FRANKS SPINOSA REGARDING SCOTT ROTHSTEIN COMING INTO BRANCH AND INTRODUCING HER TO A HEDGE FUND MANAGER FROM NEW YORK | TD BANK GEN 001831 | | MAY |
| P-30 | | | R, H, UP | E-MAILS DATED 04/16/2009 BETWEEN ROSEANNE CARETSKY AND JENNIFER KERSTTER REGARDING WHAT DOCUMENTS USED FOR A RRA SHOW SCHEDULED FOR 04/17/2009 | TD BANK GEN 001885-001886 | | EXPECT |
| P-31 | | | R, H, UP | COMMERCIAL PAYMENT DECISIONS DETAIL DATED 05/28/2009 (SUMMARY OVERDRAFT TRANSACTION FOR ACCOUNT X1274) SENT VIA E-MAIL FROM KEVIN ENGELBERT TO FRANK SPINOSA | TD BANK GEN 001968-001969 | | MAY |
| P-32 | | | R, H, UP | E-MAIL REGARDING RRA'S ACCOUNT IS OVERDRAWN - $21,314.99 AND TO CONTACT UNCLE BILL TO MAKE A TRANSFER; HAVE DECISION TO PAY, NO CHARGE PER FRANK SPINOSA | TD BANK GEN 001970 | | EXPECT |
| P-33 | | | R, H, UP | VARIOUS E-MAILS DATED 05/28/2009 BETWEEN SCOTT EROTHSTEIN AND VARIOUS TD BANK EMPLOYEES REGARDING A HOLD ON A CHECK FOR $2,209,000 FROM GIBRALTAR BANK | TD BANK GEN 001971-001982 | | EXPECT |
| P-34 | | | R, H, UP COMPOSITE EX. | COMMERCIAL PAYMENT DECISIONS DETAIL DATED 06/03/2009 (SUMMARY OVERDRAFT COMMERCE BANK OVERDRAFTS TRANSACTION DETAIL – X1274) SENT VIA E-MAIL FROM KEVIN ENGELBERT TO FRANK SPINOSA | TD BANK GEN 002003-002004 | | EXPECT |

4

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-35 | | | R, H, UP | 05/28/2009 LETTER FROM ROSEANNE CARETSKY TO SCOTT ROTHSTEIN ATTACHING BALANCE STATEMENT FOR TRUST X3489 | TD BANK GEN 002007-002008 | | MAY |
| P-36 | | | R, H, UP INCOMPLETE | E-MAILS DATED 05/27/2009 BETWEEN SCOTT ROTHSTEIN, FRANK SPINOSA AND OTHER BANK EMPLOYEES REGARDING A CHECK WAS DRAWN ON GIBRALTAR AND DEPOSITED INTO RRA'S IOTA FOR $2,029,000 AND REQUESTING THE HOLD BE REMOVED | TD BANK GEN 002009-002010 AND TD BANK GEN 002014-002034 | | EXPECT |
| P-37 | | | R, H, UP | LETTER DATED 05/28/2009 FROM ROSEANNE CARETSKY TO SCOTT ROTHSTEIN (SENT VIA E-MAIL BY RICARDO MEJIA TO BILL BROCK) REGARDING BALANCE STATEMENT FOR TRUST ACCOUNT X3489 | TD BANK GEN 002039-002040 | | MAY |
| P-38 | | | R, H, UP | E-MAIL DATED 05/06/2009 FROM IRENE STAY OF RRA REQUESTING A $1.5 MILLION DEPOSIT BE GIVEN IMMEDIATE CREDIT FOR USE | TD BANK GEN 002041-002042 | | EXPECT |
| P-39 | | | R, H, UP INCOMPLETE | E-MAIL DATED 06/01/2009 FROM IRENE STAY TO ROSEANNE CARETSKY REGARDING A PERSONAL LOAN FOR DEBRA VILLEGAS | TD BANK GEN 002043-002049 | | MAY |
| P-40 | | | R, H, UP | E-MAIL DATED 05/28/2009 REGARDING BILL OF RRA SPEAKING TO RICARDO MEJIA ABOUT CHECK DEPOSITED FROM GIBRALTAR BANK | TD BANK GEN 002055 | | EXPECT |
| P-41 | | | R, H, UP | VARIOUS E-MAILS DATED 05/16/2009 BETWEEN IRENE STAY AND BANK EMPLOYEES REGARDING $2.6 MILLION CHECK IS SHOWING ON-LINE AND CONFIRMATION CHECKS WILL BE PAID | TD BANK GEN 002065-002080 | | EXPECT |
| P-42 | | | R, H, UP COMPOSITE EX. | E-MAIL DATED 05/14/2009 FROM BIL BROCK TO CARETSKY AND KERSTTER THAT DEBRA VILLEGAS WILL BE BY THE BRANCH IN THE MORNING TO PICK UP LETTER AND PRINTOUTS | TD BANK GEN 002102 | | EXPECT |

5

Plaintiff Coquina Investments
Trial Exhibit List Chart

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-43 | | | R, H, UP COMPOSITE EX. | VARIOUS E-MAILS DATED 05/14/2009 BETWEEN IRENE STAY, BILL BROCK, AND KERSTETTER AND CARETSKY REGARDING RRA RETURNED CHECK FOR $90K | TD BANK GEN 002103-002104 AND 002115 | | EXPECT |
| P-44 | | | R, H, UP COMPOSITE EX. | VARIOUS E-MAILS DATED 05/06/20098 BETWEEN CARESTKY AND THE EMPLOYEES AT THE WESTON STORE REGARDING RRA ACCOUNTS AND GIVEN THEM IMMEDIATE AVAILABILITY | TD BANK GEN 002133-002148 | | EXPECT |
| P-45 | | | R, H, UP INCOMPLETE | E-MAILS DATED 05/05/09 BETWEEN IRENE STAY AND CARETSKY AND BANK EMPLOYEES REGARDING RRA DEPOSITS AND AVAILABILITY | TD BANK GEN 002152-002159 | | EXPECT |
| P-46 | | | R, H, UP COMPOSITE EX. | VARIOUS E-MAILS DATED 05/05/2009 REGARDING RRA DEPOSIT FOR $1,500,000.00 AND BEING MADE AVAILABLE PER BILL BROCKS REQUEST | TD BANK GEN 002161-002166 | | EXPECT |
| P-47 | | | R, H, UP | VARIOUS E-MAULS DATED 05/04/2009 BETWEEN CARETSKY AND CASABONE REGARDING OVERDRAFT IN THE AMOUNT OF $305,855.95 AND CONVERSATION WITH BILL BROCK AS TO HOW IT IS TO BE HANDLED | TD BANK GEN 002167-002172 | | EXPECT |
| P-48 | | | R, H, UP COMPOSITE EX. | E-MAILS DATED 07/01/2009 FROM CARETSKY TO SPINOSA REGARDING BILL BROCK FORGOT TO MAKE TRANSFER AND ON HIS WAY TO BRANCH WITH DEPOSIT TO COVER OVERDRAFT IN THE AMOUNT OF $430S,855.95 | TD BANK GEN 002186-002189 AND 002193-002194 | | EXPECT |
| P-49 | | | R, H, UP | E-MAIL DATED 07/01/2009 FROM JERROD JONES TO ROSEANNE CARETSKY REGARDING RRA NEGATIVE - $855,355.95 | TD BANK GEN 002195 | | EXPECT |
| P-50 | | | R, H, UP | E-MAIL DATED 06/29/2009 BETWEEN CARETSKY AND STAY REGARDING STOP PAYMENTS ON IRA SOCHET CHECKS | TD BANK GEN 002196-002200 | | MAY |
| P-51 | | | R, H, UP COMPOSITE EX. | E-MAIL DATED 06/17/2009 FROM CARETSKY TO BROCK ASKING WHAT TIME HE WILL BE IN AND ADVISING THAT JERROD IS TAKING CARE OF LETTERS AND PRINTOUTS | TD BANK GEN 002217-002228 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-52 | | H | | E-MAILS DATED 08/17/2009 FROM BILL BROCK TO BANK EMPLOYEES REQUESTING A NEW ACCOUNT CALLED RRA COQUINA 11 | TD BANK GEN 002396 AND 002410-002411 | | EXPECT |
| P-53 | | | COMPOSITE EX. INCOMPLETE | VARIOUS E-MAILS DATED 09/11/2009 BETWEEN SCOTT ROTHSTEIN AND BANK EMPLOYEES REGARDING SCOTT ROTHSTEIN ADVISING BANK IN NEW YORK ACCEPTED A $600 DEPOSIT AND PROVIDED BALANCE INFORMATION WITHOUT HIS APPROVAL, AND REQUEST TO INVESTIGAGE AND GET TRANSACTION INFORMATION | TD BANK GEN 002415-002435 AND 002459-002464 | | EXPECT |
| P-54 | | | R, H, UP | E-MAILS DATED 09/16/2009 FROM SCOTT ROTHSTEIN TO FRANK SPINOSA REGARDING MEETING A CLIENT | TD BANK GEN 002448-002458 | | EXPECT |
| P-55 | | | R COMPOSITE EX. | E-MAIL DATED 09/17/2209 FROM BRENNAN RO BROCK ENCLOSING BALANCE STATEMENTS FOR X1556, X1622, X5567, AND X6906 | TD BANK GEN 002468-002471 | | EXPECT |
| P-56 | | | R, H, UP | E-MAIL DATED 09/15/2009 FROM BILL BROCK TO CARETSKY REQUESTING A BALANCE LETTER FOR RRA-EC X1622 | TD BANK GEN 002480-002482 | | EXPECT |
| P-57 | | | R, H, UP | E-MAIL DATED 09/15/2009 FROM CARETSKY TO MEJIA STATING THAT BILL BROCK MOVED $1.6 MILLION FROM ANOTHER ACCOUNT BECAUSE RRA IS ON OVERDRAFT LIST | TD BANK GEN 002483-002484 | | EXPECT |
| P-58 | | | R, H, UP INCOMPLETE | E-MAIL DATED 09/02/2009 FROM KERSTTER TO BROCK ADVISING THAT JOSE CAME IN WITH A DEPOSIT AND IT WAS MADE AVAILABLE | TD BANK GEN 002485-002488 | | EXPECT |
| P-59 | | | R, H, UP | E-MAIL DATED 09/17/2009 FROM BROCK TO CARETSKY AND BRENNAN REQUESTING FIRST AND SECOND LETTERS FOR TRUST ACCOUNTS X1556, X5567, X6906, & X1622 | TD BANK GEN 002492-002493 | | EXPECT |
| P-60 | | | R, H, UP | E-MAIL DATED 09/15/2009 FROM BROCK TO CARETSKY AND MEJIA REQUESTING SAME LETTER AS LAST TIME ON RRA-EC X1622 | TD BANK GEN 002501 | | EXPECT |

7

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-61 | | | R, H, UP | E-MAIL DATED 09/11/2009 FROM BROCK TO CARETSKY REQUESTING SHE PREPARE A LETTER FROM TD BANK/ROSEANNE CARETSKY REGARDING ONCE FUNDS ARE PLACED INTO TREASURY DIRECT QUE, NO LONGER CONSIDERED AVAILABLE FUNDS BY TD BANK | TD BANK GEN 002503 | | EXPECT |
| P-62 | | | R, H, UP | E-MAIL DATED 09/11/2009 FROM BROCK TO CARETSKY ADVISING ROTHSTEIN WILL BE IN AROUND 9:15AM AND NEEDS PRINT OUT AND LETTER FOR X1622 | TD BANK GEN 002504 | | EXPECT |
| P-63 | | | R, H, UP | E-MAIL FROM CARETSKY TO BROCK DATED 09/10/2009 ATTACHING LETTER TO SCOTT ROTHSTEIN REGARDING AVAILABLE AND CURRENT BALANCES | TD BANK GEN 002522-002523 | | EXPECT |
| P-64 | | | R, H, UP | E-MAIL DATED 09/10/2009 BETWEEN WENDE LITTERIO AND CARETSKY REGARDING WRITING A LETTER TO SCOTT ROTHSTEIN AND CHANGING ADDRESS TO LIST THE CORRECT STORE | TD BANK 002524-002526 | | MAY |
| P-65 | | | R, H, UP | E-MAILS DATED 09/09/2009 FROM SCOTT ROTHSTEIN TO BANK EMPLOYEES REGARDING SOMEONE ATTEMPTING TO ILLEGALLY ACCESS BANKING INFORMATION AT VARIOUS BANKS | TD BANK GEN 002527-002533 | | EXPECT |
| P-66 | | | R, H, UP | E-MAIL DATED 09/08/2009 FROM BROCK TO CARETSKY REGARDING LETTERS AND CHANGE OF TIME OF SHOW | TD BANK GEN 002556-002558 | | EXPECT |
| P-67 | | | R, H, UP | E-MAIL DATED 09/15/2009 FROM BROCK TO CARETSKY REQUESTING SAME LETTER AS LAST TIME ON RRA-AC X1622 | TD BANK GEN 002560-002561 | | EXPECT |
| P-68 | | | R, H, UP | RRA ACCOUNT X1274 ON OVERDRAFT LIST – 09/15/2009 | TD BANK GEN 002563-002566 | | EXPECT |
| P-69 | | | R, H, UP COMPOSITE EX. INCOMPLETE | VARIOUS E-MAILS DATED 10/13/2009 BETWEEN BANK EMPLOYEES REGARDING MAKING SURE FRANK SPINOSA'S INITIALS ARE ATTACHED TO RRA ACCOUNTS | TD BANK GEN 002567-002575 | | EXPECT |

8

Plaintiff Coquina Investments
Trial Exhibit List Chart

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-70 | | | R, H, UP | E-MAIL DATED 10/05/2009 BETWEEN BANK EMPLOYEES STATING A TRANSFER IN THE AMOUNT OF $6 MILLION HAS BEEN MADE AND SHOWING $9,809.64 AVAILABLE | TD BANK GEN 002577 | | EXPECT |
| P-71 | | | R, H, UP / COMPOSITE EX. INCOMPLETE | E-MAILS DATED 10/01/2009 BETWEEN WENDE LITERRIO TO SPINOSA STATING CHRISTOPHER PODARAS CALLED TO CONFIRM FRANK SPINOSA HAS SIGNED A LETTER ANDSHE SAID YES | TD BANK GEN 002578-002580 | | EXPECT |
| P-72 | | | H | E-MAILS DATED 09/24/2009 FROM FRANKS SPINOSA TO WENDE LITTERIO STATING THEY ARE HAVING GUESTS | TD BANK GEN 002582-002586 | | EXPECT |
| P-73 | | | R, H | E-MAILS DATED 10/07/2009 BETWEEN BANK EMPLOYEES REGARDING QUESTIONS AS TO WHY RRA HAS BOTH BUSINESS AND TREASURY DIRECT | TD BANK GEN 002596-002608 | | MAY |
| P-74 | | | R, H, UP / COMPOSITE EX. INCOMPLETE | E-MAILS DATED 10/05/2009 BETWEEN SCOTT ROTHSTEIN AND FRANK SPINOSA REQUESTING HELP WITH WIRES IN NEW YORK BRANCH BECAUSE CLIENTS WILL NOT LEAVE UNTIL THEY SEE FUNDS HIT ACCOUNT | TD BANK GEN 002619-002625 | | EXPECT |
| P-75 | | | R, H, UP | E-MAIL DATED 10/02/2009 FROM SPINOSA TO ROTHSTEIN STATING WIRE SHOULD BE IN ACCOUNT | TD BANK GEN 002630 | | EXPECT |
| P-76 | | | R, H, UP | E-MAIL DATED 09/30/2009 FROM CARETSKY TO SPINOSA STATING WIRES ARE SITTING IN QUE WIRE ROOM AND WILL GO OUT TODAY | TD BANK GEN 002631 | | EXPECT |
| P-77 | | | R, H, UP | E-MAILS DATED 09/29/2009 REGARDING OPERATING ACCOUNT OVERDRAWN IN THE AMOUNT OF -$31,678.42 | TD BANK GEN 002632 | | EXPECT |
| P-78 | | | R, H, UP | E-MAIL DATED 09/30/2009 WHERE CARETSKY ADVISES SPINOSA WIRES ARE STILL IN THE QUE ROOM AND THEY WILL GO OUT TODAY | TD BANK GEN 002647-002648 | | EXPECT |
| P-79 | | | R, H | E-MAILS DATED 09/30/2009 REGARDING LOCK LETTER AND SCOTT ROTHSTEIN'S PREFERENCE NOT TO USE A STANDARD APPROVED LETTER | TD BANK GEN 002649-002653 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-80 | | | H | E-MAILS DATED 09/24/2009 BETWEEN ROTHSTEIN, SPINOSA AND LITTERIO REGARDING PREPARING LETTER FOR COQUINA INVESTMENTS PURSUANT TO INSTRUCTIONS FROM FRANK SPINOSA ON 08/17/2009 | TD BANK GEN 002663-002665 | | EXPECT |
| P-81 | | | H | E-MAILS DATED 09/24/2009 FROM FRANK SPINOSA TO SCOTT ROTHSTEIN AND WENDE LITTERIO WHERE HE STATES THAT WILL HAVE GUESTS TOMORROW – BARRIE DAMSON AND KATHLEEN WHITE | TD BANK GEN 002666-002675 | | EXPECT |
| P-82 | | | R, H, UP | E-MAIL DATED 09/30/2009 FROM BRENNAN TO HECTOR ORTIZ REQUESTING INSTRUCTIONS ON HOW TO MAKE FUNDS AVAILABLE ON FIDELITY | TD BANK GEN 002718 | | EXPECT |
| P-83 | | | R, H, UP | E-MAIL DATED 10/01/2009 FROM BILL BROCK REQUESTING TO MAKE DEPOSIT AVAILABLE ASAP JUST MADE AT 17TH STREET STORE | TD BANK GEN 002737 | | EXPECT |
| P-84 | | | R, H, UP INCOMPLETE | E-MAIL DATED 10/19/2009 REGARDING RRA OPERATING ACCOUNT ENDING IN 3456 IS OVERDRAWN $100,502.11 | TD BANK GEN 002781 | | EXPECT |
| P-85 | | | H | E-MAILS DATED 10/14/2009 REQUESTING TO IMPLEMENT ALERTS FOR RRA TRUST 14, RRA COQUINA 11, AND RRA EC-1622 | TD BANK GEN 002809-002814 | | EXPECT |
| P-86 | | | R, H, UP | E-MAIL DATED 10/09/2009 FROM CARETSKY TO WESTON EMPLOYEES REGARDING INSTRUCTIONS FOR OPENING NEW ACCOUNTS FOR RRA | TD BANK GEN 002831 | | MAY |
| P-87 | | | R, H, UP COMPOSITE EX. | E-MAIL DATED 10/01/2009 FROM BILL BROCK STATING HE JUST DEPOSITED $600K IN X5369 AND REQUESTING TO MAKE IT AVAILABLE | TD BANK GEN 002902-002910 | | EXPECT |
| P-88 | | | R, H, UP | E-MAIL DATED 10/22/2009 FROM LITTERIO REQUESTING TO "PLEASE PAY NO CHARGE IN ANY ROTHSTEIN OVERDRAFT" | TD BANK GEN 003096-003098 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-89 | | | R, H, UP | E-MAIL DATED 11/02/2009 FROM STUART ROSENFELDT TO FRANK SPINOSA CONFIRMATION OF REQUEST TO FREEZE ALL ACCOUNTS BUT OPERATING UNTIL FURTHER NOTICE AND OPEN NEW IOTA AND OPERATING ACCOUNT FOR STUART ROSENFELDT AND GRANT SMITH'S SIGNATURE | TD BANK 003099 | | EXPECT |
| P-90 | | | R, H, UP | E-MAIL DATED 10/28/2009 FROM SPINOSA TO ROTHSTEIN REQUESTING INSTRUCTIONS ON HOW TO HANDLE 49 ITEMS OVERDRAWN ON X1274 | TD BANK 003113 | | EXPECT |
| P-91 | | | R, H, UP | E-MAIL X1274 RRA COMMERCIAL PAYMENT DECISIONS SUMMARY DATED 06/30/2009: OVERDRAFTS TRANSACTION DETAIL – OVERDRAFTS GREATER THAN $100 FOR FRANK SPINOSA AS OF 6/30/09 | TDBANK GEN 005821-5823 | | EXPECT |
| P-92 | | | H | E-MAILS DATED 08/17/2009 FROM SPINOSA TO ROTHSTEIN REGARDING X1614 LOCK LETTER AND TO MAKE NOTES ON THIS ACCOUNT TO NOTIFY ROTHSTEIN IN ANYONE ATTEMPTS TO DEBIT | TDBANK GEN 005824-005835 | | EXPECT |
| P-93 | | | R, H, UP COMPOSITE EX. | E-MAIL X1274 RRA COMMERCIAL PAYMENT DECISIONS SUMMARY DATED 09/14/2009: OVERDRAFTS TRANSACTION DETAIL – OVERDRAFTS GREATER THAN $100 FOR FRANK SPINOSA AS OF 9/14/09 | TDBANK GEN 005839-5841 | | MAY |
| P-94 | | | R, H, UP INCOMPLETE | E-MAIL: PAID/RETURNED ITEM MARKET SUMMARY – INTERNAL TRANSFER MADE THIS MORNING | TDBANK GEN 005842 | | MAY |
| P-95 | | | R, H, UP COMPOSITE EX. INCOMPLETE | E-MAIL DATED 09/24/2009 BETWEEN ROTHSTEIN AND SPINOSA REGARDING 09/24/2009 LOCK LETTER SPINOSA REGARDING X6922 | TDBANK GEN 005844-5847 | | MAY |

11

Plaintiff Coquina Investments
Trial Exhibit List Chart

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-96 | | | R, H, UP | E-MAIL DATED 09/30/09 BETWEEN ROTHSTEIN AND SPINOSA ATTACHING LOCK LETTER FOR ACCOUNT X1356 | TDBANK GEN 005850 | | MAY |
| P-97 | | | INCOMPLETE | E-MAIL DATED 10/15/2009 BETWEEN ROTHSTEIN AND SPINOSA REGARDING D3 CAPITAL LOCK LETTER | TDBANK GEN 005853-5854 | | MAY |
| P-98 | | | R, H, UP | E-MAIL DATED 11/01/2007 RE: RRA TO MEET WITH SCOTT ROTHSTEIN TO DISCUSS $10M CREDIT FACILITY AND TRANSITION OF BANKING RELATIONSHIP WITH GIBRALTAR TO COMMERCE | TDBANK GEN 005887-5890 | | MAY |
| P-99 | | | R, H | E-MAIL DATED 11/21/2007 BETWEEN CASABONE AND CARETSKY RE MENTIONING TO IS THAT HE NEEDS 3 YEARS OF AUDITED FINANCIALS | TDBANK GEN 005901-5904 | | MAY |
| P-100 | | | R, H, UP | E-MAIL DATED 05/07/2008 RE SIGNIFICANT BALANCE NET CHANGE X1258 $252,260.20 $712,260.20 + $460.K (REDACTED) | TDBANK GEN 005915 | | MAY |
| P-101 | | | R, H, UP | E-MAIL DATED 06/30/2008 X1258, 1266, 1274, 3489 BALANCES AND ALL OF (REDACTED) ACCOUNTS ARE 0 BALANCES; RRA 4 ACCOUNTS (REDACTED); LOOKING FOR LARGE WIRE TODAY | TDBANK GEN 005921-5922 | | MAY |
| P-102 | | | R, H, UP COMPOSITE EX. | VARIOUS E-MAILS DATED 07/01/2009 RE: 6 MILLION WIREE-MAIL $6M IN RRA DONE | TDBANK GEN 005923-005925 | | MAY |
| P-103 | | | R, H, UP | E-MAIL DATED 07/16/2008 RE SMALL CHARGE WAIVER APPROVED; $3.9 JUST DEPOSITED; SCOTT ROTHSTEIN ASSURED THAT BALANCESWILL NOT FALL BELOW THIS, REFERENCE IOLA AND OPERATING | TDBANK GEN 005928-5929 | | MAY |
| P-104 | | | R, H, UP COMPOSITE EX. | VARIOUS E-MAILS DATED 01/02/2009 BETWEEN BROCK AND BANK EMPLOYEES REQUESTING TO OPEN AN OPERATING ACCOUNT AND REQUESTS BY BANK TO IDENTIFY WHAT TYPE OF BUSINESS THE ACCOUNT IS FOR – POSSIBLY REAL ESTATE | TDBANK GEN 005960-005980 | | MAY |

12

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-105 | | | R, H, UP | E-MAIL DATED 01/16/2009 WHERE RRA X0923 HAD A SIGNIGICANT BALANCE CHANGE T +$6,300,000 | TDBANK GEN 005991-5993 | | MAY |
| P-106 | | | R, H, UP | E-MAIL DATED 03/05/2009 WHERE BROCK REQUESTS A TRANSFER – $30K FROM X1274 TO (REDACTED) – AND CARETSKY CONFIRMS IT HAS BEEN PROCESSED | TDBANK GEN 005999-6000 | | MAY |
| P-107 | | | R, H, UP | E-MAIL DATED 03/03/2009 BETTWEN CARETSKY, KERSTTER, AND BROCK RE: (REDACTED); X1274 OVERDRAWN $-2,249.46 FROM CHECK FOR $12,874.46 | TDBANK GEN 006007-6008 AND 006012-006014 | | EXPECT |
| P-108 | | | R, H, UP | E-MAIL DATED 04/15/2009 BETWEEN BANK EMPLOYEES RE SIGNIFICANT BALANCE CHANGES DEPOSITS $21,343,386, LOANS 4903,552, (REDACTED), X3489 RRA $-1,070,000.00 | TDBANK GEN 006033 | | EXPECT |
| P-109 | | | R, H, UP | E-MAIL DATED 04/14/2009 BETWEEN BANK EMPLOYEES RE SIGNIFICANT BALANCE C-CHANGES DEPOSITS $25,980,439, LOANS $903,842 SIGNIFICANT BALANCE CHANGES (REDACTED), X3489 $1,048,757; X9146 $-4,361,000 | TDBANK GEN 006034 | | EXPECT |
| P-110 | | | R, H, UP | E-MAIL DATED 05/04/2009 BETWEEN WNEDE LITTERIO AND CREDIT FILE TEAM RE LIST OF ALL RRA ACCOUNT– HERE IS THE LISTING X1258, 1266, 1274, 0923, 3489, 9146, 5104, 5112, 5328, 5344, 5369, 6906, 6922, 6930; IS IT POSSIBLE TO HAVE SERVICING OFFICER FOR THESE CHANGED TO FAS: X1258, 1266, 1274, 0923, 3489, 9146, 5104, 5112, 5328, 5344, 5369, 6906, 6922, 6930 | TDBANK GEN 006045-6047 | | EXPECT |
| P-111 | | | R, H, UP | E-MAIL DATED 03/05/2009 TO MEIIA, KERSTTER, AND CARETSKY FROM BROCK REQUESTING CHECKS TO CLEAR ASAP IN X5369, $100K, $350K, $960K, $90K | TDBANK GEN 006048 AND 006051-006053 | | EXPECT |
| P-112 | | | R, H, UP | E-MAIL DATED 06/12/2009 FROM CARETSKY TO BROCK REGARDING (REDACTED) IS OVERDRAWN $3,917.68; (REDACTED) OVERDRAWN $10,430.95 | TDBANK GEN 006085 | | EXPECT |
| P-113 | | | R, H, UP | E-MAIL DATED 06/05/2009 RE: SUBJECT (REDACTED); (REDACTED) ACCOUNT XXXX (REDACTED) OVERDRAWN $5,031.28 | TDBANK GEN 006096 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-114 | | | R, H, UP | E-MAIL DATED 08/12/2009 BETWEEN BROCK AND MEJIA RE FOUND ACCOUNT (REDACTED) OVERDRAWN DUE TO CHECK 100 FOR 4933 AND AUTHORIZED PAY NT | TDBANK GEN 006112 | | EXPECT |
| P-115 | | | R, H, UP | E-MAIL BETWEEN SPINOSA, ROTHSTEIN, AND LITTERIO REGARDING 08/25/2009 LOCK LETTER RE X1556 – IRA SOCHETRE INTER VIVOS | TDBANK GEN 006142-6143 | | MAY |
| P-116 | | | R, H, UP | E-MAIL SUBJECT (REDACTED) (REDACTED) WAS NEGATIVE $-464.12 DUE TO CHECK FOR $6,350.53; ITEM PAID AND CLEARED | TDBANK GEN 006144 | | EXPECT |
| P-117 | | | R, H, UP | E-MAIL LETTER RE X1622 RE FUNDS IN ACCOUNT ONLY TO BE DISTRIBUTED UPON HIS INSTRUCTIONS AND ONLYTO E SS CAPITAL (REDACTED), ACCOUNT NUMBER (REDACTED) | TDBANK GEN 006145 | | EXPECT |
| P-118 | | | R, H, UP | E-MAIL LETTER X6922 PURSUANT TO HIS WRITTEN INSTRUCTIONS, ACCOUNT SHALL ONLY BE DISTRIBUTED UPON HIS OR SCOTT ROTHSTEIN'S INSTRUCTIONS | TDBANK GEN 006150 | | MAY |
| P-119 | | | R, H, UP INCOMPLETE | E-MAIL LETTER LOCK LETTER) BUT CHANGE TO X1356; ATTACHING LETTER RE RRA (REDACTED) PURSUANT TO HIS WRITTEN INSTRUCTIONS, ACCOUNT SHALL ONLY BE DISTRIBUTED UPON HIS OR STUART ROSENFELDT'S INSTRUCTIONS | TDBANK GEN 006151-6152 | | MAY |
| P-120 | | | R, H, UP INCOMPLETE | E-MAIL LETTER X6922 PURSUANT TO HIS WRITTEN INSTRUCTIONS, ACCOUNT SHALL ONLY BE DISTRIBUTED UPON HIS OR STUART ROSENFELDT'S INSTRUCTIONS | TDBANK GEN 006153 | | MAY |
| P-121 | | | R, H, UP INCOMPLETE | E-MAIL ANOTHER LOCK LETTER RE X1614, SHALL ONLY BE DISTRIBUTED TO COQUINA INVEST NTS, AT (REDACTED) ACCOUNT (REDACTED) CONVEYANCES FROM THIS ACCOUNT TO THE COQUINA ACCOUNT AT (REDACTED) | TDBANK GEN 006154-6155 | | EXPECT |
| P-122 | | | R, H, UP INCOMPLETE | E-MAIL LOCK LETTER RE X1556 RE FUNDS IN ACCOUNT ONLY TO BE DISTRIBUTED UPON HIS OR STUART ROSENFELDT'S INSTRUCTIONS FOR IRA SOCHET INTER VIVOS TRUST ACCOUNT | TDBANK GEN 006156 | | MAY |

14

Plaintiff Coquina Investments
Trial Exhibit List Chart

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[2] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-123 | | | R, H, UP | E-MAIL PREPARE LETTER X6922 "SHALL ONLY BE DISBURSED TO (REDACTED) ACCOUNT (REDACTED) T (REDACTED) ROUTING NU R (REDACTED); EXPECTING $250M NEXT WEEK | TDBANK GEN 006157-6159 | | MAY |
| P-124 | | | R, H, UP INCOMPLETE | E-MAIL GOT CALL FROM FRANK SPINOSA' ASSISTANT (REDACTED) IS OVERDRAWN; ACCOUNT ENDING IN (REDACTED) $1,252.15 | TDBANK GEN 006181-006182 | | EXPECT |
| P-125 | | | R, H, UP | E-MAIL RRA OVERDRAFT (REDACTED), RRA OPERATING ACCOUNT (REDACTED) IS OVERDRAWN $100,592 | TDBANK GEN 006197-6200 | | EXPECT |
| P-126 | | | R, H, UP | E-MAIL OPERATING ACCOUNT OVERDRAWN $242,558.92, X5369 IS SHOWING CURRENT NO CHARGE | TDBANK GEN 006201 | | EXPECT |
| P-127 | | | R, H, UP | E-MAIL RRA OVERDRAFT (REDACTED); ACCOUNT (REDACTED) IS OVERDRAWN $100,502. NO CHARGE | TDBANK GEN 006217-6225 | | EXPECT |
| P-128 | | | R, H, UP | E-MAIL – HE MADE A TRANSFER, CHECKS ARE GOOD, X5369 SHOWING $-5,920,190.36 – 2 CHECKS AND BILL WILL LOOK INTO IT | TDBANK GEN 006253-6259 | | EXPECT |
| P-129 | | | R, H, UP | E-MAIL NEED TO FIND OUT ABOUT $6M OVERDRAFT | TDBANK GEN 006263-6270 | | EXPECT |
| P-130 | | | R, H, UP INCOMPLETE COMPOSITE EX. | E-MAIL $650K TRANSFER MADE TODAY; ACCOUNT SHOWING BALANCE OF $154M, X1274 OVERDRAWN $495,799.29 | TDBANK GEN 006277 | | EXPECT |
| P-131 | | | R, H, UP | E-MAIL LAWFIRM WITH A $10M DEPOSIT RELATIONSHIP; APPROVED THIS WIRE ON 9/30/09 FOR CUSTO R (REDACTED) FOR $2, 38,193.12. NEEDS REGIONAL APPROVAL | TDBANK GEN 006282-6284 | | EXPECT |
| P-132 | | | R, H, UP | E-MAIL – NOTIFY BILL BROCK AND GET IT FIXED; X1274 OVERDRAWN $1,690,006.18 | TDBANK GEN 006307 | | EXPECT |
| P-133 | | | R, H, UP | E-MAIL 2 ACCOUNTS ARE OVERDRAWN; (REDACTED) | TDBANK GEN 006328-6331 | | EXPECT |

15

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-134 | | | R, H, UP | E-MAIL DOMESTICC WIRE TRANSFER NEEDS REGIONAL APPROVAL; SENT 9/30/09 FOR CUSTOMER (REDACTED) FOR $2,382,193.12 | TDBANK GEN 006586-006588 | | EXPECT |
| P-135 | | | R, H, UP INCOMPLETE | E-MAIL OVERDRAFTS (REDACTED) X4369 IS SHOWING $754,203 AFTER A $1.5M AND 4300M TD TRANSFER MADE | TDBANK GEN 006590 | | EXPECT |
| P-136 | | | R, H, UP | E-MAIL (REDACTED) ARE BOTH OVERDRAWN (RD) $-1675.48 AND $3,122.21 | TDBANK GEN 006623 | | EXPECT |
| P-137 | | | H | E-MAIL NEW ACCOUNT RRA COQUNA 11; SIGNERS SCOTT ROTHSTEIN, DEBRA VILLEGAS, BILL BROCK | TDBANK GEN 006628-006630 | | EXPECT |
| P-138 | | | R, H, UP | E-MAIL WIRE TRANSFER ON 9/25/09 FOR $7,500K APPROVED BY CELIA MONCHOLI | TDBANK GEN 006655 | | EXPECT |
| P-139 | | | R, H, UP COMPOSITE EX. | E-MAIL X1274 OVERDRAWN $305,855.95 | TDBANK GEN 006658-6666 | | EXPECT |
| P-140 | | | R, H, UP | E-MAIL X1274 OVERDRAWN 56,097.42 | TDBANK GEN 006666 | | EXPECT |
| P-141 | | | R, H, UP COMPOSITE EX. | E-MAIL (REDACTED) X1274 OVERDRAWN $564,987.45 | TDBANK GEN 006667-006670 | | EXPECT |
| P-142 | | | R, H | E-MAIL RRA UNDER NO CIRCUMSTNCES SHOULD WE BE GIVING OUT ANY ACCOUNT INFORMATION TO CALLERS. CALL FRANK SPINOSA, RICARDO MEJIA OR MATTHEW BRENNAN | TDBANK GEN 006682-6683 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-143 | | | R, H, UP | E-MAIL WHEN OPENING ACCOUNTS FOR RRA 1 OPEN<br>2 ORDER CHECKS AND WAIVE FEE (AQSK BILL BROCK ABOUT CHECKS)<br>3 SEND SIGNATURE CARDS/CORP RESOLUTION TO BILL BROCK VIA UPS<br>4 SEND PABLO CASABONE AN E-MAIL TO ADD TO TD<br>5 SEND WENDI LITTERIO NEW ACCOUNT # AND ASK HER TO ADD FRANK SPINOSA' INITIALS<br>PLEASE COPY WITH E-MAILS RE RRA | TDBANK GEN 006684 | | MAY |
| P-144 | | | R, H, UP<br><br>COMPOSITE EX. | E-MAIL DATED 09/09/2009 BETWEEN SPINOSA AND ROITHSTEIN RESENDING LETTER FOR SIGNATURE AND SEND BACK – SHOULD READ PURSUANT TO INSTRUCTIONS RECEICED FROM ON 8/17/09, DATE OF LETTER FRANK SPINOSA SIGNED | TDBANK GEN 006699-6701 | | EXPECT |
| P-145 | | | R, H, UP | E-MAIL DATED 05/28/2009 BETWEEN SPINOSA, LITTERIO, AND CARETSKY RE: HOLD FOR $42,209,000 FROM A GIBRALTAR CHECK | TD BANK 006704 | | EXPECT |
| P-146 | | | R, H, UP | E-MAIL DATED 05/28/2009 BETWEEN ROTHSTEIN AND SPINOSA HOLD SHOULD BE TAKEN CARE OF – GIBRALTAR CHECK | TDBANK GEN 006705-6706 | | EXPECT |
| P-147 | | | H | E-MAIL DATED 08/17/2009 BETWEEN SPINOSA AND ROTHSTEIN WHERE SPINOSA IS GIVEN INSTRUCTIONS ON WHAT TO SAY WHEN TELEPHONE CONVERSATION WITH COQUINA -<br>DID YOU RECEIVE LETTER REQUESTING IRREVOCABLE DISBURSE NT INSTRUCTIONS ON NEW ACCOUNT, X1614 COQUINA, HAS THIS BEEN PLACED ON ACCOUNT PERMITTING DISBURSE NT TO COQUINA ONLY; DID YOU SIGN AND E-MAIL BACK; JUST ANSWER YES TO ALL QUESTIONS AND WE ARE DONE | TDBANK GEN 006707-6710 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION[1] | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-148 | | | H | E-MAIL DATED 08/17/2009 BETWEEN SPINOSA AND ROTHSTEIN REGARDING TELEPHONE CONVERSATION WITH COQUINA – WILL EXCUSE MYSELF WHEN YOU CALL; DID YOU RECEIVE LETTER REQUESTING IRREVOCABLE DISBURSE NT INSTRUCTIONS ON NEW ACCOUNT, X1614 COQUINA, HAS THIS BEEN PLACED ON ACCOUNT PERMITTING DISBURSE NT TO COQUINA ONLY; DID YOU SIGN AND E-MAIL BACK; JUST ANSWER YES TO ALL QUESTIONS AND WE ARE DONE | TDBANK GEN 006711-6716 | | EXPECT |
| P-149 | | | H | E-MAIL DATED 08/17/2009 BETWEEN BANK EMPLOYEES STATING - VERY IMPORTANT NEED TO MAKE NOTES TO ACCOUNT TO MAKE SURE IF SCOTT ROTHSTEIN IS NOTIFIED ON ANY ATTEMPTED DEBITS | TDBANK GEN 006717-6719 | | EXPECT |
| P-150 | | | R, H, UP | E-MAIL DATED 09/16/2009 BETWEEN ROSHTEIN AND SPINOSA RE DO YOU HAVE LETTER? | TDBANK GEN 006720 | | MAY |
| P-151 | | | R, H, UP | E-MAIL REQUESTING LETTER AND SCAN AND SEND TO FOR IRA'S OTHER ACCOUNT. ONLY THING TO CHANGE IS RE PORTION OF LETTER X1556; WILL DO | TDBANK GEN 006721-6722 | | MAY |
| P-152 | | | R, H, UP | E-MAIL CALL AND ATTACHING LETTER 9/24/09 RE X6922 FROM TD BANK TO SCOTT ROTHSTEIN PURSUANT TO HIS INSTRUCTIONS, ALL FUNDS SHALL ONLY BE DISTRIBUTED UPON HIS OR STUART ROSENFELDT'S INSTRUCTION AND ONLY TO (REDACTED), ACCOUNT (REDACTED), AT (REDACTED) CONVEYANCES TO IRA SOCHET REVOCABLE INTER VIVOS TRUST | TDBANK GEN 006723-6724 | | MAY |
| P-153 | | | R, H, UP | E-MAIL X1274OVERDRAWN $1,690,006.18 BILL BROCK NEED A DEPOSIT BEFORE 10 THIS MORNING | TDBANK GEN 006756-006757 | | EXPECT |
| P-154 | | | R, H, UP | E-MAIL X0923 HOLD FOR $2,209,000; ON IT | TDBANK GEN 006775 | | EXPECT |
| P-155 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $305,855.95 | TDBANK GEN 006776 | | EXPECT |

Plaintiff Coquina Investments
Trial Exhibit List Chart

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-156 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $1,376,510.16; WROTE CHECK FROM WRONG ACCOUNT | TDBANK GEN 006779 | | EXPECT |
| P-157 | | | R, H, UP | E-MAIL – PRINT LOCK LETTER RE X5567 RE IRA SOCHET REVOCABLE INTER VIVOS TRUST | TDBANK GEN 006780-6781 | | MAY |
| P-158 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $31,678.42; WILL LET BILL BROCK KNOW | TDBANK GEN 006782-006784 | | MAY |
| P-159 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $495,799.29 PLEASE VERY TRANSFER TO COVER | TDBANK GEN 006785 | | EXPECT |
| P-160 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $495,799.29, SHOWING $154M; ROSEANNE CARETSKY PLEASE VERIFY | TDBANK GEN 006786-6789 | | EXPECT |
| P-161 | | | R, H, UP | E-MAIL PAY NO CHARGE ON RRA OVERDRAWS | TDBANK GEN 006790-6791-006794 | | EXPECT |
| P-162 | | | R, H, UP | E-MAIL PAY NO CHARGE ON RRA OVERDRAWS; (REDACTED) PAY NOT CHARGE AND LET ROSEANNE CARETSKY AND FRANK SPINOSA KNOW | TDBANK GEN 006792-6794 | | EXPECT |
| P-163 | | | R, H | E-MAIL RE NOTES ON ACCOUNT | TDBANK GEN 006800-6801 | | EXPECT |
| P-164 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $1,376,510.16 COVERED | TDBANK GEN 006802-6805 | | EXPECT |
| | | | COMPOSITE EX. | | | | |
| P-165 | | | R, H, UP | E-MAIL X1274 OVERDRAWN $31,678.42; CALL BILL BROCK? PAY? | TDBANK GEN 006806-6807 | | EXPECT |
| P-166 | | | R, H, UP | E-MAIL RRA IS OVERDRAWN $495,799.29, CAN NOTE TO WAIVE AND PAY | TDBANK GEN 006808 | | EXPECT |
| P-167 | | | R, H, UP | E-MAIL RRA IS OVERDRAWN $495,799.29, CAN NOTE TO WAIVE AND PAY; SHOWING BALANCE OF $154M | TDBANK GEN 006809 | | EXPECT |
| P-168 | | | R, H, UP | E-MAIL (REDACTED) RRA OVERDRAWN FOR $2,249.46 | TDBANK GEN 006833 | | EXPECT |

19

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | DATE MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-169 | | | R, H, UP | E-MAIL SUBJECT (REDACTED) RRA OVERDRAWN FOR $2,249.46 | TDBANK GEN 006834-6835 | | EXPECT |
| P-170 | | | R, H, UP | E-MAIL SUBJECT (REDACTED) RRA IS NEGATIVE $16,166.19 | TDBANK GEN 006836 | | EXPECT |
| P-171 | | | R, H, UP | E-MAIL TRANSFER FROM X1274 TO (REDACTED) $15K AND TO (REDACTED) $6K; UPON TRANSFER FUNDS BECAME AVAILABLE IMMDIATELY | TDBANK GEN 006842-6844 | | EXPECT |
| P-172 | | | R, H, UP | E-MAIL CUSTOMER (REDACTED) REGARDINGH A CHECK ON X274 FOR $810 - RRA OVERDRAWN $4,836.27 | TDBANK GEN 006847 | | EXPECT |
| P-173 | | | R, H, UP | E-MAIL (REDACTED) RRA OVERDRAWN FOR $,249.46 | TDBANK GEN 006848 | | EXPECT |
| P-174 | | | R, H, UP | E-MAIL DATED 01/14/2009 BETWEEN BROCK, KERSTTER, MEJOA AND CARETSKY REQUESTING RE PRINT OUT ON ACCOUNT (REDACTED) | TDBANK GEN 006849-6850 | | EXPECT |
| P-175 | | | R, H, UP | E-MAIL DATED 12/02/2008 BETWEEN TARAZONE, KERSTTER, AND MEJIA RE: CALL IF SEE THESE CLIENTS ON OVERDRAFT REPORT FIRST (REDACTED) | TDBANK GEN 006859-6860 | | EXPECT |
| P-176 | | | COMPOSITE EX. | E-MAIL RE MEJIA ADDED NOTES RE ABSOLUTELY NO ONE CAN DEBIT ACCOUNT WITHOUT SCOTT'S PERMISSION ATTACHING E-MAIL FROM SCOTT ROTHSTEIN TO FRANK SPINOSA RE NEEDING HIM TO VERIFY THAT HE RECEIVED LETTER AND HAS ENACTED AN IRREVOCABLE INSTRUCTION ON THE ACCOUNT THAT ALL FUNDS WILL ONLY BE DISTRIBUTED TO COQUINA AT ACCOUNT INFO IN LETTER DATED 8/17/09 – COQUINA LOCK LETTER | TDBANK GEN 006897-006900 AND 006909-006909 | | EXPECT |
| P-177 | | | H | E-MAIL RE NEW ACCOUNT NEW TRUST RRA COQUINA 11 | TDBANK GEN 006901-006902 | | EXPECT |
| P-178 | | | R, H, UP COMPOSITE EX. | E-MAIL NEW TRUST RRA COQUINA 11 SIGNERS WILL BE SCOTT, DEBRA AND DAVID | TDBANK GEN 006903-006909 | | EXPECT |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION² | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-179 | | | R, H, UP | E-MAIL NEGATIVE BALANCE RRA SPORTS & ENTERTAINMENT ENDING IN X5765 | TDBANK GEN 006918-006920 | | MAY |
| P-180 | | | R, H, UP | E-MAIL LETTER RE X0324 LOCK LETTER RE BFMC INVESTMENT,LLC X4491 | TDBANK GEN 006932 | | MAY |
| P-181 | | | R, H, UP | LETTER RE X1629 LOCK LETTER RE D3 CAPITAL CLUB X8568 | TDBANK GEN 006933 | | MAY |
| P-182 | | | R, H, UP | LETTER RE X1356 LOCK LETTER RE BANYON, USVI C/O RAZORBACK FUNDING, LLC, X6191 | TDBANK GEN 006934 | | MAY |
| P-183 | | | R, H, UP | E-MAIL ATTACHING LETTER FROM RRA TO FRANK SPINOSA RE X1622 EMESS CAPITAL LOCK LETTER | TDBANK GEN 007061-007062 | | EXPECT |
| P-184 | | | R, H, UP | BANYON – POWERPOINT PRESENATION AND ASSOCIATED DOCUMENTS | TD BANK SUPP 000001-000000162 | | EXPECT |
| P-185 | | | R, H, A, UP | HANDWRITTEN NOTES RE DISCOUNTS AND ATTORNEYS FEES AND OTHER ISSUES | TD BANK SUPP 000163-000164 | | EXPECT |
| P-186 | | | R, H, UP INCOMPLETE | BANYON GROUP LEGAL OPINIONS | TD BANK SUPP 000238-000274 | | EXPECT |
| P-187 | | | R, H, UP INCOMPLETE | BANYON INSTITUTIONAL DOCUMENTS – REVOLVING CREDIT FACILITIES TOTALING $280,000,000; LENDER #1 $50K, LENDER #2 $150K, LENDER #3 430K; LENDER #4 $50K; THIS ATTACHES SAMPLE DOCUMENTS REFLECTING THOSE FACILITIES INCLUDING ONE "CORPORATE" OPINION ON THE CREDIT FACILITY. THIS IS BY NO MEANS A COMPLETE DOCUMENT PACKAGE – THAT IS AVAILABLE ON A VERY LIMITED BASIS. | TD BANK SUPP 000276-000309 | | EXPECT |

21

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-188 | | | R, H, UP INCOMPLETE | EXHIBIT "A" TO ACKNOWLEDGMENT OF ASSIGNMENT/PURCHASE OF SETTLEMENT PROCEEDS (EXECUTION COPY) BY RRA FOR THE BENEFIT OF BANYON CAPITAL, LLC DATED 6/12/08; SIGNATURES BLANK; THIS IS FORM OF SALE AND TRANSFER AGREEMENT (PLAINTIFF) BY (REDACTED) AS CURRENT RESIDENT OF (REDACTED), TRANSFEROR AND INDIVIDUAL APPEARING (REDACTED) TRANSFEROR SIGNATURE (REDACTED) | TD BANK SUPP 000310-000317 | | EXPECT |
| P-189 | | | R, H, UP | E-MAIL – PLEASE CALL ME IF YOU EVER SEE THESE CLIENTS ON OVERDRAFT FIRST RRA ALL ACCOUNTS (REDACTED), BANYON FUNDING, BANYON CAPITAL, BANYON RESOURCES, BANYON INVESTMENTS (REDACTED) | TD BANK SUPP 000386-000387 | | EXPECT |
| P-190 | | | R, H, UP | XS104 E-MAIL ALL YOUR VIP CLIENTS (RRA AND BANYON) HAVE BEEN ADDED WITH SUBTITLES AND SPECIAL INSTRUCTIONS | TD BANK SUPP 000388-000389 | | MAY |
| P-191 | | | R, H, UP | SCOTT IS LOOKING FOR $3M MOVING FROM BANYON TO HIS TRUST | TD BANK SUPP 000425 | | EXPECT |
| P-192 | | | R, H, UP | ALL OF BANYON ACCOUNTS AT 0 BALANCES | TD BANK SUPP 000426-000427 | | MAY |
| P-193 | | | R, H, UP | E-MAIL RE ANY WORD/INFORMATION FROM BANYON OR ROTHSTEIN | TD BANK SUPP 00431 | | MAY |
| P-194 | | | R, H, UP | $933K FROM BANYON MONEY WENT TO RRA THEN DEPOSITED TO GIBRALTAR | TD BANK SUPP 000436-000438 | | MAY |
| P-195 | | | R, H, UP INCOMPLETE | E-MAIL RE NEED TO KNOW BALANCES AND ADDRESS ISSUES BROUGHT UP BY SCOTT; USING BUSINESS DIRECT INSTEAD OF TREASURY DIRECT ONLINE; AS FOR WIRE THEY ARE WAITING FOR IT IS COMING FROM BANYON FUNDING BUT INSTRUCTIONS DID NOT HIT COMMERCE UNTIL 4:30 LAST NIGHT AND CHRISTINA SPOKE WITH FRANK; LIMITED SCOTT'S WIRES TO $200K | TD BANK SUPP 000474 | | MAY |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION¹ | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-196 | | | R, H, UP | E-MAIL RE WE HAVE DEPOSITED A LOT OF MONEY INTO THE BANK AND THE SERVICE AND AMENITIES ARE SEVERELY LACKING; THEY LIMITED MY WIRES TO $200K; HOW DO I HANDLE CLOSING REAL ESTATE AND BUSINESS | TD BANK SUPP 000475-000476 | | MAY |
| P-197 | | | R, H, UP INCOMPLETE | E-MAIL RE THANKS FOR EFFORTS ON GETTING BANYON INVESTMENTS/PLATINUM SET UP; THERE SHOULD BE A FAXED TRANSFER FROM CENTURION FOR $6,060,924.99 INTO THE RRA ACCOUNT | TD BANK SUPP 000481 | | MAY |
| P-198 | | | R, H, UP | BUSINESS CARD FOR DEAN KRETSCHMAN OF CLOCKWORK CAPITAL ADVISORS | TD BANK SUPP 004650-004651 | | MAY |
| P-199 | | | R, H, UP | BUSINESS CARD FOR CHRISTOPHER PODARAS AS PARTNER OF CLOCKWORK CAPITAL ADVISORS | TD BANK SUPP 004652-004653 | | MAY |
| P-200 | | | R, H, UP | LIST OF ACCOUNTS AT TD BANK, X1258, 3489, 0923, 9146, 5104, 5344, 5869, 5112, 6906, 6922, 6930, 7714, 7193, 1614, 1556, 1622, 5567, 1348,1364, 1629, 0324, 1274, 5328, 1266, 0332, 5781, 5450, 5419, 5757, 5765, 5773, 2200, 4081, 5500, 7706, 5518 | TD BANK SUPP 004600-004661 | | MAY |
| P-201 | | | R, H, UP | CASH MANAGEMENT REP – CHRISTINA SICONOLFI MENTIONS JENNIFER KERSTETTER, ROSEANNE CARETSKY, ANTHONY SCARETTA WHERE SIGNATURES DO NOT MATCH SIGNATURE CARD | TD BANK SUPP 004663-004664 | | MAY |
| P-202 | | | R, UP | STATEMENTOF ACCOUNT FOR RRA GOAL LINE MANAGEMENT LLC X5419 | TD BANK SUPP 004912-004917004913 | | MAY |
| P-203 | | | R, UP | STATEMENTOF ACCOUNT FOR RRA GOAL LINE MANAGEMENT PAYROLL X5450 | TD BANK SUPP 004918-004940 | | MAY |
| P-204 | | | R, UP | STATEMENTOF ACCOUNT FOR RRA GOAL LINE OPERATING ACCOUNT X5781 | TD BANK SUPP 004941-004966 | | MAY |
| P-205 | | | R, UP | STATEMENTOF ACCOUNT FOR RRA SPORTS & ENTERTAINMENT OPERATING X5757 | TD BANK SUPP 004967-4990 | | MAY |
| P-206 | | | R, UP | STATEMENTOF ACCOUNT FOR RRA SPORTS & ENTERTAINMENT X5765 | TD BANK SUPP 004991-005010 | | MAY |

*Plaintiff Coquina Investments*
*Trial Exhibit List Chart*

| PLF. NO. | DATE OFFERED | MARKED | OBJECTION | SHORTHAND ID | SOURCE (BATES NO.) | ADMITTED | EXPECT OR MAY |
|---|---|---|---|---|---|---|---|
| P-207 | | | R, UP | STATEMENT OF ACCOUNT FOR RRA SPORTS & ENTERTAINMENT X5773 | TD BANK SUPP 005011-005026 | | MAY |
| P-208 | | | R, H, UP | NEW ACCOUNT CHECKLIST FOR RRA GOAL LINE MANAGEMENT OPERATING X5450 (ASSOCIATE RICARDO MEIJA) | TD BANK SUPP 005145-005146 | | MAY |
| P-209 | | | R, H, UP | BUSINESS SIGNATURE CARD X5765 RRA SPORTS & ENTERTAINMENT, LLC SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS WITH PORTIONS REDACTED | TD BANK SUPP 005147-005148 | | MAY |
| P-210 | | | R, H, UP | CERTIFICATE OF AUTHORITY FOR LIMITED LIABILITY COMPANY FOR RRA SPORTS & ENTERTAINMENT, LLC X5765 SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS | TD BANK SUPP 005149-005154 | | MAY |
| P-211 | | | R, H, UP | NEW ACCOUNT CHECKLIST FOR RRA SPORTS & ENTERTAINMENT X5765 (ASSOCIATE RICARDO MEIJA) | TD BANK SUPP 005155 | | MAY |
| P-212 | | | R, H, UP | BUSINESS SIGNATURE CARD X5757 SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS WITH PORTIONS REDACTED | TD BANK SUPP 005156-005157 | | MAY |
| P-213 | | | R, H, UP | CERTIFICATE OF AUTHORITY FOR LIMITED LIABILITY COMPANY FOR RRA SPORTS & ENTERTAINMENT, LLC X5757 SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS | TD BANK SUPP 005158-005163 | | MAY |
| P-214 | | | R, H, UP | NEW ACCOUNT CHECKLIST FOR RRA SPORTS & ENTERTAINMENT LLC OPERATING X5757 (ASSOCIATE RICARDO MEIJA) | TD BANK SUPP 005164-005165 | | MAY |
| P-215 | | | R, H, UP | BUSINESS SIGNATURE CARD X5773 RRA SPORTS & ENTERTAINMENT, LLC SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS WITH PORTIONS REDACTED | TD BANK SUPP 005166-005167 | | MAY |
| P-216 | | | R, H, UP | CERTIFICATE OF AUTHORITY FOR LIMITED LIABILITY COMPANY FOR RRA SPORTS & ENTERTAINMENT, LLC X5773 SIGNED BY ROTHSTEIN AND ROSENFELDT, BOOCKVOR, STAY, VILLEGAS | TD BANK SUPP 005168-005173 | | MAY |