UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-60786-CIV-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

_____/

# SECOND SUPPLEMENTAL

# EXPERT WITNESS REPORT OF

# MARIA M. YIP, CPA, CFE, CFF, CIRA

OCTOBER 18, 2011

**INTRODUCTION AND OVERVIEW**

1. Pursuant to Rule 26(a)(2)(B), Federal Rules Civil Procedure, I hereby make the following Second Supplemental written report ("Second Supplemental Report") of the expert testimony that I expect to give on behalf of Plaintiff, Coquina Investments ("Coquina") in Case No: 10-60786-CIV-COOKE/BANDSTRA.

2. I was retained by Mandel and Mandel, LLP ("Mandel and Mandel") on behalf of Coquina, to express an opinion as to:

   a. flow of funds from Rothstein Rosenfeldt Adler ("RRA") and Scott Rothstein ("Rothstein") related accounts maintained at TD Bank,

   b. disbursements from restricted accounts,

   c. evidence of a Ponzi scheme in the TD Bank accounts,

   d. review of fraud alert information produced in litigation, and

   e. damages, if any, sustained by the Plaintiff, assuming the Defendants, Rothstein and TD Bank ("TD Bank") are found liable for damages.

3. I am being compensated for work performed on an hourly basis at my usual and customary hourly rates of $350 for partners, $250 for managers, and $150 for associates.

4. I expect to provide expert testimony on Coquina's damages resulting from acts of Rothstein and TD Bank.

5. In addition, I will provide responses to the Defendants' rebuttal of my report, if any, and to prepare a rebuttal to the Defendants' expert report, if necessary.

**ADDITIONAL DOCUMENTS REVIEWED**

6. As stated in my report filed on May 13, 2011, I reserved the right to supplement my report based on information received after its issuance.

7. Since issuing my supplemental report on May 19, 2011, I have received and reviewed the following documents from Mandel and Mandel LLP:

    a. Settlement Agreement between Herbert Stettin, Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A. ("RRA's Trustee"), and Coquina Investments dated October 17, 2011 ("Settlement Agreement").

    b. copies of invoices from the law firm, Dechert LLP, to Coquina and corresponding check copies from Coquina in payment of these invoices.

    c. copies of invoices from the law firm, Stearns Weaver Miller Weissler, P.A., to Coquina and corresponding check copies from Coquina in payment of these invoices.

    d. copies of invoices from the law firm, Vinson & Elkins, LLP, to Coquina and corresponding check copies from Coquina in payment of these invoices.

    e. copies of correspondence from the law firm, King & Spalding LLP, to Coquina and corresponding check copy from Coquina in payment of these invoices.

8. Based on my review of these documents, I have revised the damages computation to incorporate the settlement between the Trustee and Coquina and its legal expenditures in connection with RRA's Trustee's demand and subsequent Settlement Agreement.

**FINDINGS & OBSERVATIONS**

9. I reviewed the transfers from RRA to Coquina and Coquina's subsequent transfers to RRA ("new value") made during the preference period ("90 days") and applied the different methodologies used to determine preference liability. To be conservative, Coquina's liability for preferential payments under the most favorable methodology to Coquina is $18,577,500.

10. Under more aggressive damage calculation methodologies, Coquina would be liable to RRA's Trustee for an amount of damages up to $28,144,167 and pre-judgment interest of $2,452,012 (total of $30,596,179).

11. On October 17, 2011 Coquina entered into a Settlement Agreement with RRA's Trustee in which Coquina pays $12,500,000 within 48 hours. In addition, Coquina pays RRA's Trustee another $6,000,000 (a total of $18,500,000) from seventy five percent (75%) of Coquina's net recoveries (the total recovery less Coquina's litigation expenses, including without limitations, attorneys' fees in full, and then experts' fees and costs not to exceed 40% of the total recovery) from its litigation against TD Bank[1].

12. Lastly, Coquina incurred and paid $540,259.14 in legal fees in connection with its defense of RRA's Trustee's demand for preferential transfers. We have reviewed both the invoices and the proof of payment pertaining to these fees.

---

[1] Once Coquina has paid the RRA Trustee a total of $18,500,000, Coquina shall pay the RRA Trustee twenty five percent (25%) of the net recovery, until such time as Coquina has paid the RRA Trustee a total of $31,126,666.65.

13. Based on the information described in the preceding paragraphs, below is a table with a summary of the damages including interest of $26,647,479. Treble damages (including interest) would be $79,942,437.

| Summary of Damages | | | | |
|---|---|---|---|---|
| Confidential Settlement No. | Investment Date | Investment Amount | Receipt from RRA | Investment Due/ (Return on Investment) |
| S13B | 04/29/09 | $ 600,000.00 | $ (900,000.00) | $ (300,000.00) |
| S26 | 06/02/09 | 800,000.00 | (1,050,000.00) | (250,000.00) |
| S31 | 06/23/09 | 1,100,000.00 | (1,450,000.00) | (350,000.00) |
| S32 | 06/22/09 | 1,400,000.00 | (2,000,000.00) | (600,000.00) |
| S39 | 07/02/09 | 2,800,000.00 | (2,760,000.00) | 40,000.00 |
| S43 | 07/16/09 | 600,000.00 | (850,000.00) | (250,000.00) |
| S44 | 07/16/09 | 600,000.00 | (850,000.00) | (250,000.00) |
| S80 | 07/29/09 | 600,000.00 | (566,666.67) | 33,333.33 |
| S81 | 07/29/09 | 600,000.00 | (566,666.66) | 33,333.34 |
| S82 | 07/29/09 | 600,000.00 | (566,666.66) | 33,333.34 |
| S119 | 08/12/09 | 800,000.00 | (680,000.00) | 120,000.00 |
| S120 | 08/12/09 | 800,000.00 | (680,000.00) | 120,000.00 |
| S121 | 08/12/09 | 800,000.00 | (680,000.00) | 120,000.00 |
| S122 | 08/12/09 | 800,000.00 | (680,000.00) | 120,000.00 |
| S123 | 08/12/09 | 800,000.00 | (680,000.00) | 120,000.00 |
| S127 | 08/18/09 | 15,000,000.00 | (14,666,666.66) | 333,333.34 |
| S143 | 09/14/09 | 2,000,000.00 | (750,000.00) | 1,250,000.00 |
| S144 | 09/14/09 | 2,000,000.00 | (750,000.00) | 1,250,000.00 |
| S154 | 09/29/09 | 5,000,000.00 | - | 5,000,000.00 |
| | Totals | $ 37,700,000.00 | $ (31,126,666.65) | $ 6,573,333.35 |
| | | | | |
| | Investment Due to Coquina | | | $ 6,573,333.35 |
| | Plus: Comissions Paid to Szafranski | | | $ 200,000.00 |
| | | | Subtotal | $ 6,773,333.35 |
| | | | | |
| | Plus: Interest for the Period 12/20/09-10/24/11 (trial date) | | | $ 756,386.49 |
| | Subtotal - Damages Prior to Settlement of RRA's Trustee's Demand | | | $ 7,529,719.84 |
| | | | | |
| | Plus: Legal Fees in Defense of RRA's Trustee's Demand Against Coquina | | | $ 540,259.14 |
| | | | | |
| | Plus: Coquina' Damages Resulting from RRA's Trustee's Demand | | | $ 18,577,500.00 |
| | | | | |
| | | | Total | $ 26,647,478.98 |

SUMMARY AND CONCLUSION

14. Coquina invested $37,700,000 and lost $6,773,333 (excluding interest) in the purchase of purported settlement agreements. In addition, Coquina paid legal fees to several law firms totaling more than $540,000 to defend itself against RRA's Trustee's demand. Lastly, Coquina had to pay RRA's Trustee $12,500,000 within 48 hours of signing the Settlement Agreement and a balance of $6,000,000 from Coquina's recovery in its litigation against TD Bank. Once Coquina has paid the Trustee a total of $18,500,000, Coquina shall pay the Trustee twenty five percent (25%) of the net recovery, until such time as Coquina has paid the Trustee a total of $31,126,666.65.

Dated this 18th Day of October 2011

_____
Maria M. Yip, CPA
Yip and Levi, LLC
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
305.569.0550