UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

        Plaintiff,

vs.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

        Defendants.
_____/

## NOTICE OF FILING DEFENDANT TD BANK, N.A.'S TRIAL WITNESS LIST

Pursuant to the Order Setting Civil Jury Trial Date And Pretrial Deadlines [D.E. 42], and Local Rule 16.1, Defendant TD Bank, N.A. ("TD Bank" or the "Bank") by and through its attorneys, hereby files its Witness List:

| | |
|---|---|
| 1. | **Thomas M. Blake  (3 hours for direct; 1 hour for cross)**<br>c/o Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Blake will testify as to the opinions set forth in the May 27, 2011 Expert Report of Thomas M. Blake. |
| 2. | **Matthew Brennan  (1 to 2 hours for direct; 1 hour for  cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Brennan will testify as to facts related to TD Bank's customer banking |

|    |    |
|----|----|
|    | relationship with the law firm Rothstein, Rosenfeldt Adler, P.A. ("RRA") and Scott W. Rothstein ("Rothstein"). |
| 3. | **Stephen Caputi  (2 hours for direct;  1 hour for  cross)**<br>299 East Broward Blvd., 2nd Floor<br>Fort Lauderdale, FL 33319<br><br>Upon information and belief, Mr. Caputi will assert his Fifth Amendment rights at trial in response to questions asked about his role in Rothstein's Ponzi scheme, including impersonating TD Bank employees and impersonating a plaintiff in a lawsuit when Plaintiff alleges Mr. Caputi met with representatives of Plaintiff |
| 4. | **Rosanne Caretsky  (3 to 4 hours for direct; 2 hours for cross)**<br>c/o W. Tucker Craig, Esq.<br>Billing, Cochran, Lyles, Mauro & Ramsey, PA<br>SunTrust Center, Sixth Floor<br>515 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>(954) 764-7150<br><br>Ms. Caretsky will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 5. | **Paolo Casabone  (2 hours for direct; 2 hours for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Casabone will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 6. | **William Corte  (2 hours for direct; 30 minutes for cross)**<br>8184 NW 8 Manor<br>Plantation, Florida 33324<br><br>Upon information and belief, Mr. Corte will assert his Fifth Amendment rights at trial in response to questions asked about his role in Scott Rothstein's Ponzi scheme, including creating a fake TD Bank website at the direction of Scott Rothstein, phony TD Bank account balances and fake TD Bank documents |
| 7. | **Barrie Damson  (4 hours for  direct; 1 full day for cross)**<br>c/o Mandel & Mandel LLP<br>1200 Alfred I. duPont Building<br>169 East Flagler Street |

|   |   |
|---|---|
|   | Miami, FL 33131<br>(305) 374-7771<br><br>Upon information and belief, Mr. Damson will testify as to facts related to Coquina's business relationship with Ira Sochet, Scott Rothstein, RRA and Michael Szafranski; investments made by himself, family members and Coquina in certain structured settlements of sexual harassment and qui tam or "whistleblower" claims (the "Investments"); communications between Coquina and its agents and with Rothstein, RRA, agents of Rothstein and RRA, or others regarding the Investments. |
| 8. | **Carlo A. DiToro  (2 hours direct; 2 hours for  cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas Miami, FL 33131<br>(305) 579-0500<br><br>Mr. DiToro will testify regarding TD Bank's loss prevention systems and bank operations. |
| 9. | **Ivan A. Garces  (1 full day for direct; 4 hours for  cross)**<br>c/o Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Garces will testify as to the opinions set forth in the May 27, 2011 Expert Report prepared by Ivan A. Garces. |
| 10. | **Kevin Gillen  (1 to 2 hours for direct; 90 minutes for  cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500 |

|     |     |
| --- | --- |
|     | Mr. Gillen will testify as to the regional operations of the bank. |
| 11. | **Jennifer Kerstetter  (1 to 2 hours for direct; 90 minutes for cross)**<br>c/o Howard M. Camerik, Esq.<br>Gray Robinson, P.A.<br>401 East Las Olas Boulevard, Suite 1850<br>Fort Lauderdale, Florida 33301<br>(954) 761-8111<br><br>Ms. Kerstetter will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 12. | **Melvyn Klein  (2 to 3 hours for direct; 1 full day for cross)**<br>c/o Mandel & Mandel LLP<br>1200 Alfred I. duPont Building<br>169 East Flagler Street<br>Miami, FL 33131<br>(305) 374-7771<br><br>Upon information and belief, Mr. Klein will testify as to facts related to Coquina's business relationship with Ira Sochet, Scott Rothstein, RRA and Michael Szafranski;  investments made by himself and Coquina in certain structured settlements of sexual harassment and qui tam or "whistleblower" claims (the "Investments"); communications between Coquina and its agents and with Rothstein, RRA, agents of Rothstein and RRA, or others regarding the Investments. |
| 13. | **Wende Litterio  (1 to 2 hours direct; 1 hour for cross)**<br>c/o Ryan O'Quinn, Esq.<br>O'Quinn Stumphauzer, PL<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 2790<br>Miami, Florida 33131<br><br>Ms. Litterio will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 14. | **Curtis Renie  (2 hours for direct; 30 minutes for cross)**<br>8103 S. Palm Dr., Apt. 506S<br>Pembroke Pines, FL 33025<br><br>Upon information and belief, Mr. Renie will assert his Fifth Amendment rights at trial in response to questions asked about his role in Scott Rothstein's Ponzi scheme, including creating a fake TD Bank website at the direction of Scott Rothstein, phony TD Bank account balances and fake TD Bank documents. |
| 15. | **Stuart Rosenfeldt  (1/2 hour for direct; 30 minutes for cross)**<br>Rosenfeldt and Birken, P.A.<br>100 SE 3rd Ave., Ste 1300<br>Fort Lauderdale, FL 33394<br>(954) 990-4343 |

| | |
|---|---|
| | Upon information and belief, Mr. Rosenfeldt will testify as to the authenticity of and retention of RRA documents in the usual course of business. |
| 16. | **Samuel S. Rubin  (one full day for direct; 1 hour for  cross)**<br>c/o Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Rubin will testify as to the opinions set forth in the June 20, 2011 Interim Expert Report, those exhibits contained therein, and those exhibits in his July 1, 2011 Expert Report that directly relate to the June 20, 2011 Interim Expert Report. |
| 17. | **Ira Sochet  (3 hours for direct;  90 minutes for cross)**<br>c/o Lawrence A. Gordich, Esq.<br>801 Brickell Ave, 9th Floor<br>Miami, FL 33131<br><br>Upon information and belief, Mr. Sochet will testify as to facts related to his business relationship with Coquina and investments in the Rothstein Ponzi scheme. |
| 18. | **Frank Spinosa  (3 hours for  direct; 2 hours cross)**<br>c/o Samuel J. Rabin Jr., Esq.,<br>Samuel J. Rabin Jr., P.A.<br>Eastern National Bank Building<br>799 Brickell Plaza - Suite No. 606<br>Miami, FL 33131-2808<br>(305) 358-1064<br>and<br>Michael J. Schlesinger, Esq.<br>Michael Cotzen, Esq.<br>Schlesinger & Cotzen,<br>799 Brickell Plaza, Suite 700<br>Miami, Florida 33131<br>(305) 373-8993<br><br>Upon information and belief, Mr. Spinosa will assert his Fifth Amendment rights to questions posed to him at trial. |
| 19. | **Herb Stettin, Trustee in Bankruptcy for Rothstein, Rosenfeldt and Adler  (2 to 3 hours for direct; 3 hours for  cross)**<br>c/o Paul S. Bergerman, Esq.<br>Charles H. Lichtman, Esq.<br>Berger Singerman<br>305 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

|     |     |
| --- | --- |
|     | (945) 525-9900 <br> and <br> John H. Genovese, Esq. <br> Genovese Joblove & Battista <br> Bank of America Tower at International Place <br> 100 S.E. 2d St., Suite 4400 <br> Miami, FL 33131 <br> (305)349-2300 <br><br> Upon information and belief, Judge Stettin will testify as to facts relating to document or data authentication for documents and data produced to TD Bank by the Trustee. |
| 20. | **Michael Szafranski  (4 to 5 hours for direct; 45 minutes for  cross)** <br> c/o Howard Srebnick, Esq. <br> Black, Srebnick, Kornspan, Stumpf, P.A. <br> 201 South Biscayne Boulevard, Suite 1300 <br> Miami, FL 33131 <br> Phone: (305) 371-6421 <br><br> Upon information and belief, Mr. Szafranksi will assert his Fifth Amendment rights at trial to questions posed to him at trial about his role as an agent of Coquina in "verifying" purported settlement deals and bank account balances on RRA's fake TD Bank website, and his other acts taken in Rothstein's Ponzi scheme. |
| 21. | **Thomas J. te Riele  (1 to 2 hours direct; 90 minutes for  cross)** <br> c/o Glenn E. Goldstein, Esq. <br> Greenberg Traurig, P.A. <br> 401 East Las Olas Boulevard, Suite 2000 <br> Fort Lauderdale, FL 33301 <br> (954) 765-0500 <br> and <br> Holly R. Skolnick, Esq. <br> Greenberg Traurig, P.A. <br> 333 Avenue of the Americas <br> Miami, FL 33131 <br> (305) 579-0500 <br><br> Mr. te Riele will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 22. | **Debra Villegas  (by video deposition) (TD Bank est. 2 hours; Plaintiff est. 30 minutes)** <br> c/o Robert W. Stickney, P.A. <br> One Financial Plaza Suite 2510 <br> 100 SE 3rd Avenue <br> Fort Lauderdale, FL 33394 <br> (954) 767-8908 |

|     |     |
| --- | --- |
|     | Ms. Villegas will testify to falsification of TD Bank documents, and as to some question regarding her role in Scott Rothstein's Ponzi scheme, she will assert her Fifth Amendment privilege. |
| 23. | **Kathleen M. White (4 to 6 hours for direct; 4-5 hours cross)** <br> c/o Mandel & Mandel LLP <br> 1200 Alfred I. duPont Building <br> 169 East Flagler Street <br> Miami, FL 33131 <br> (305) 374-7771 <br><br> Upon information and belief, Ms. White will testify as to facts related to Coquina's business relationship with Ira Sochet, Scott Rothstein, RRA and Michael Szafranski; investments made by herself and Coquina in certain structured settlements of sexual harassment and qui tam or "whistleblower" claims (the "Investments"); communications between Coquina and its agents and with Rothstein, RRA, agents of Rothstein and RRA, or others regarding the Investments. |
| 24. | **Custodian of Records for Trustee in Bankruptcy for Rothstein, Rosenfeldt and Adler (1 hour for direct; 1 hour for cross)** <br> c/o Paul S. Bergerman, Esq. <br> Charles H. Lichtman, Esq. <br> Berger Singerman <br> 305 East Las Olas Boulevard <br> Fort Lauderdale, FL 33301 <br> (945) 525-9900 <br> and <br> John H. Genovese, Esq. <br> Genovese Joblove & Battista <br> Bank of America Tower at International Place <br> 100 S.E. 2d St., Suite 4400 Miami, FL 33131 <br> (305) 349-2300 <br><br> The Custodian of Records for Trustee in Bankruptcy for RRA will testify as to facts relating to document or data authentication for documents and data produced to TD Bank by the Trustee. |
| 25. | **Custodian of Records for Coquina Investments (1 hour direct; 30 minutes for cross)** <br> c/o Mandel & Mandel LLP <br> 1200 Alfred I. duPont Building <br> 169 East Flagler Street <br> Miami, FL 33131 <br> (305) 374-7771 <br><br> The Custodian of Records for Coquina Investments will testify as to facts relating to document or data authentication for documents and data produced to |

|  | |
|---|---|
|  | TD Bank by Coquina Investments. |
| 26. | **Regulo Araujo  (1 -2 hours for direct; 1 hour for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Araujo will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 27. | **Vincent Auletta  (1 to 2 hours for direct;  3 hours for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500 and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Auletta will testify as to AML/BSA and compliance procedures at TD Bank. |
| 28. | **David Boden  (3 hours for direct; 90 minutes for cross)**<br>c/o Todd Payne, Esq.<br>Zebersky & Payne LLP<br>Presidential Circle<br>4000 Hollywood Blvd 675-South Hollywood, FL 33021<br>(954) 989-6333<br><br>Upon information and belief, Mr. Boden will testify as to facts related to Rothstein's Ponzi Scheme.. |
| 29. | **N. Blair Damson  (1 hour direct; 30 minutes for  cross)**<br>c/o Mandel & Mandel LLP<br>1200 Alfred I. duPont Building<br>69 East Flagler Street<br>Miami, FL 33131<br>(305) 374-7771<br><br>Upon information and belief, Mr. Damson will testify as to facts related to Coquina's business relationship with Rothstein and RRA and investments made |

8

|  | |
|---|---|
|  | in certain structured settlements of sexual harassment and qui tam or "whistleblower" claims (the "Investments"); communications between Coquina and its agents, investors and Rothstein, RRA, agents of Rothstein and RRA, or others regarding the Investments. |
| 30. | **Corporate Representative for Gibraltar Bank Private Bank & Trust Co. (1 to 2 hours for direct; 1 hour for cross)**<br>c/o C. Thomas Tew, Jr., Esq.<br>1441 Brickell Ave., Suite 1500<br>Miami, FL 33131<br>(305) 536-1112<br><br>Upon information and belief, the Corporate Representative for Gibraltar Bank Private Bank & Trust Co. will testify as to facts related to Gibraltar's customer relationship with RRA |
| 31. | **James Grimmer (1 to 2 hours for direct; 1 hours for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Grimmer will testify as to TD Bank's operations. |
| 32. | **Holly Kruppa (1 to 2 hours for direct; 1 hour for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas Miami, FL 33131<br>(305) 579-0500<br><br>Ms. Kruppa will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein and the Bank's operations. |
| 33. | **Laura and Bruce Lazarus (1 hour direct; 30 minutes for cross)**<br>c/o Mandel & Mandel LLP<br>1200 Alfred I. duPont Building<br>169 East Flagler Street<br>Miami, FL 33131 |

|     |     |
| --- | --- |
|     | (305) 374-7771<br><br>Upon information and belief, Mr. and Mrs. Lazarus will testify as to facts related to Coquina's business relationship with Rothstein and RRA and investments made in certain structured settlements of sexual harassment and qui tam or "whistleblower" claims (the "Investments"); communications between Coquina and its agents, investors and Rothstein, RRA, agents of Rothstein and RRA, or others regarding the Investments. |
| 34. | **Ricardo Mejia  (2 to 3 hours for direct;  2 hours for cross)**<br>c/o Glenn E Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Mr. Mejia will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 35. | **Ana Tarazona  (1 to 2 hours for direct; 90 minutes for  cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131<br>(305) 579-0500<br><br>Ms. Tarazona will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 36. | **John M. Tolomer  (2 to 3 hours for direct;  90 minutes for  cross)**<br>The Westchester Bank<br>2001 Central Park Ave.<br>Yonkers, NY 10710<br><br>Mr. Tolomer will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein. |
| 37. | **Tracy Weintraub  (1 hour for direct; 30 minutes for  cross)** |

|  | |
|---|---|
|  | c/o Jane Moscowitz, Esq.<br>Moscowitz & Moscowitz<br>Mellon Financial Center<br>1111 Brickell Ave., Suite 2050<br>Miami, FL 33131<br>(305) 379-8300<br><br>Upon information and belief, Ms. Weintraub will testify as to facts related to the Rothstein Ponzi Scheme. |
| 38. | **Karen Zuckerberg  (1-2 hours  direct;  1 hour for cross)**<br>c/o Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>(954) 765-0500<br>and<br>Holly. R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Miami, FL 33131     (305) 579-0500<br><br>Ms. Zuckerberg will testify as to facts related to TD Bank's customer banking relationship with RRA and Rothstein and the Bank's operations. |
| 39. | **Stroz Friedberg LLP  (2 hours for direct;  45 minutes for cross)**<br>1925 Century Park East Suite 1350<br>Los Angeles, CA 90067<br><br>Stroz Friedberg LLP will testify as to facts relating to document or data authentication, if necessary, for electronically stored documents and data produced to TD Bank and produced by TD Bank. |
| 40. | **Custodian of Records for ABS Funding   (less than one hour for direct; 30 minutes for  cross)**<br>c/o Michael Szafranski<br>9511 Collins Ave, Apt. 411<br>Surfside, FL 33154<br><br>The Custodian of Records for ABS Funding will testify as to facts relating to document or data authentication for documents and data produced to TD Bank by ABS Funding. |
| 41. | **Custodian of Records for Alexa Funding  (less than one hour for direct; 30 minutes for  cross)**<br>c/o Michael Szafranski<br>9511 Collins Ave, Apt. 411<br>Surfside, FL 33154<br><br>The Custodian of Records for Alexa Funding will testify as to facts relating to |

|     |     |
| --- | --- |
|     | document or data authentication for documents and data produced to TD Bank by Alexa Funding. |
| 42. | **Custodian of Records for Onyx Options Consultants Corp. (less than one hour for direct; 30 minutes for cross)** <br> c/o Michael Szafranski <br> 9511 Collins Ave, Apt. 411 <br> Surfside, FL 33154 <br><br> The Custodian of Records for Onyx Options Consultants Corp. will testify as to facts relating to document or data authentication for documents and data produced to TD Bank by Onyx Options Consultants Corp. |
| 43. | **Custodian of Records for TD Bank, N.A. (1 to 2 hours for direct; 1 hour for cross)** <br> c/o Glenn E. Goldstein, Esq. <br> Greenberg Traurig, P.A. <br> 401 East Las Olas Boulevard, Suite 2000 <br> Fort Lauderdale, FL 33301 <br> (954) 765-0500 <br> and <br> Holly. R. Skolnick, Esq. <br> Greenberg Traurig, P.A. <br> 333 Avenue of the Americas Miami, FL 33131 <br> (305) 579-0500 <br><br> The Custodian of Records for TD Bank, N.A. will testify as to facts relating to document or data authentication for documents and data to be used at trial. |
| 44. | **Any additional witnesses necessary to authenticate documents for use at trial.** |
| 45. | **Any additional witnesses on Coquina's Trial Witness List.** |
| 46. | **Any additional witnesses necessary for rebuttal or impeachment.** |

12

CASE NO. 10-60786-Civ-Cooke/Bandstra

Respectfully submitted this 18th day of October, 2011.

GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*/s/ Mark P. Schnapp*
MARK P. SCHNAPP
Florida Bar No. 501689
*schnappm@gtlaw.com*
HOLLY R. SKOLNICK
Florida Bar No. 390860
*skolnickh@gtlaw.com*

GREENBERG TRAURIG, P.A.
GLENN E. GOLDSTEIN
Florida Bar No. 435260
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

and

GREENBERG TRAURIG, LLP
DONNA M. EVANS
Massachusetts Bar No. 554613
(admitted *pro hac vice*)
One International Center
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

***Attorneys for TD Bank, N.A.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Mark P. Schnapp
MARK P. SCHNAPP

**SERVICE LIST**

David Scott Mandel, Esq.
Nina Stillman Mandel, Esq.
Jason Brent Savitz, Esq.
Mandel & Mandel LLP
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida  33131
Telephone:  (305) 374-7771
Facsimile:  (305) 374-7776
*dmandel@mandel-law.com*
*nsmandel@mandel-law.com*
*jsavitz@mandel-law.com*

*Counsel for Plaintiff*