UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF INTENT TO USE CONFIDENTIAL INFORMATION**

Pursuant to Magistrate Judge Bandstra's Order [DE 528], Coquina Investments hereby provides notice of its intent to use documents at trial that Defendant designated "Confidential." TD Bank designated virtually every piece of paper it produced in this matter as confidential. The specific documents Coquina intends to use are limited to those included on its trial exhibit list, which was itself filed under seal at the Defendant's insistence. Coquina objects to the Defendant's efforts to seal these proceedings off from the public and requests that the confidentiality designations for those documents on the Plaintiff's exhibit list be stricken. This trial should proceed in an open and transparent manner.

                                                    Respectfully submitted,

                                                    MANDEL & MANDEL LLP
                                                    169 East Flagler Street, Suite 1200
                                                    Miami, Florida  33131
                                                    Telephone: 305.374.7771
                                                     Facsimile: 305.374.7776
                                                     dmandel@mandel-law.com

                                        By:    /s/ David S. Mandel
                                                           Davɪᴅ S. Mᴀɴᴅᴇʟ
                                                                Florida Bar No. 38040

                                                      *Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

/s/ David S. Mandel