UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

       Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

## COQUINA INVESTMENT'S TRIAL WITNESS LIST WITH IDENTIFYING INFORMATION FOR THE JURY

Pursuant to this Court's Scheduling Order [D.E. 42], Plaintiff Coquina Investments, by and through undersigned counsel, hereby files its Trial Witness List With Identifying Information for the Jury:

| | |
|---|---|
| 1 | Vincent Auletta<br>TD Bank Employee |
| 2 | Roseanne Caretsky<br>TD Bank Employee |
| 3 | Paolo Casabone<br>TD Bank Employee |
| 4 | Carlo DiToro<br>TD Bank Employee |
| 5 | Kevin Gillen<br>TD Bank Employee |
| 6 | Catherine Ghiglieri<br>Ghiglieri and Company<br>2300 Cypress Point West<br>Austin, Texas 78746 |
| 7 | George Hawn<br>Corpus Christi, Texas |

| 8  | Jennifer Kerstetter<br>TD Bank Employee |
|----|------------------------------------------|
| 9  | Melvyn Klein<br>Corpus Christi, Texas |
| 10 | Frank Spinosa<br>Formerly employed by TD Bank |
| 11 | Thomas te Riele<br>TD Bank Employee |
| 12 | John Tolomer<br>The Westchester Bank<br>2001 Central Park Avenue<br>Yonkers, NY 10710 |
| 13 | Kathleen White<br>Corpus Christi, Texas |
| 14 | J. Michael Woody<br>TD Bank Employee |
| 15 | Maria Yip, CPA<br>Yip & Levi LLC<br>201 Alhambra Circle #501<br>Coral Gables, FL 33134 |
| 16 | David Boden<br>Formerly employed by Rothstein Rosenfeldt & Adler, P.A. |
| 17 | Matthew Brennan<br>TD Bank Employee |
| 18 | Kim Cermignano<br>TD Bank Employee |
| 19 | Paul Ciccotto<br>TD Bank Employee |
| 20 | Barrie Damson<br>Fairfield, Connecticut |
| 21 | George Levin<br>Miami, Florida |
| 22 | Wende Litterio<br>BankUnited Employee |
| 23 | Mark Maroppa<br>TD Bank Employee |

| 24 | Robert McCullough<br>TD Bank Employee |
|----|---------------------------------------|
| 25 | Ricardo Mejia<br>TD Bank Employee |
| 26 | Richard Pearson<br>Ft. Lauderdale, Florida |
| 27 | Jesus Pena<br>Andrews International<br>Miami, Florida 33155 |
| 28 | Hon. Herbert Stettin<br>2 South Biscayne Boulevard<br>Miami, FL 33131 |
| 29 | Ana Tarazona<br>TD Bank Employee |
| 30 | Jessica Truska<br>TD Bank Employee |
| 31 | TD Bank Records Custodian<br>TD Bank Employee |

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com


By:   /s/ David S. Mandel
      DAVID S. MANDEL
         Florida Bar No. 38040

*Attorneys for Coquina Investments*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 18, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

      /s/ David S. Mandel