UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

       Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

**COQUINA'S NOTICE OF FILING TRIAL WITNESS LIST**

Pursuant to this Court's Scheduling Order [D.E. 42], Plaintiff Coquina Investments, by and through undersigned counsel, hereby files its Trial Witness List:

| Name | Duration | Subject of Testimony |
|---|---|---|
| Vincent Auletta<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct – 3 hours<br><br>Cross – 3 hours | Facts related to TD Bank's AML/BSA's Policies and Procedures; SAR Reports; Audit Reports; Wire Transfer Policies and Procedures; and Overdraft Policies. |
| Rosanne Caretsky,<br>c/o Dan Gelber, Esq.<br>1441 Brickell Ave<br>Ste 1420<br>Miami, Florida 33131<br>786.5871066 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Paolo Casabone<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 2 hours<br><br>Cross – 2 hours | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A.; and TD Bank's Cash Management Department Policies and Procedures. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| Carlo DiToro<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 3 hours<br><br>Cross - 3 hours | Facts related to TD Bank's Loss Prevention and Fraud Policies; Audit Reports; Overdraft Policies; Funds Availability Policies; and Wire Transfer Policies and Procedures. |
| Kevin Gillen<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross - 1 hour | Facts related to TD Bank's regional operations; policies and procedures; customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Catherine Ghiglieri<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 4 hours<br><br>Cross - 4 hours | Expert opinions from initial and rebuttal reports. |
| George Hawn<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 2 hours<br><br>Cross - 2 hours | Coquina's investments into structured settlements. |
| Jennifer Kerstetter<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| Melvyn Klein<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 2 hours<br><br>Cross - 4 hours | Coquina's investments into bogus Structured Settlement Agreements. |
| Frank Spinosa<br>c/o Samuel J. Rabin Jr., Esq.<br>SAMUEL J. RABIN JR., P.A.<br>799 Brickell Plaza - Suite 606<br>Miami, FL 33131<br>(305) 358-2808 | Direct - 3 hours<br><br>Cross - 1 hour | Facts related to bogus Structured Settlement Agreements; Purported Lock Letters; Overdraft Policies; Funds Availability Policies; Wire Transfer Policies and Procedures; Scott Rothstein's use of bank conference rooms; TD Bank's fraudulent banking practices and participation in the RICO Enterprise; and facts related to Ponzi scheme. |
| Thomas te Riele<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| John Tolomer, by deposition | Direct - 1 hour<br><br>Cross - 1 hour | Facts related to TD Bank's regional activities; banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Kathleen White<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 4 hours<br><br>Cross - 6 hours | Coquina's investments into bogus Structured Settlement Agreements. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| J. Michael Woody, Jr.<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Maria Yip, CPA<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 3 hours<br><br>Cross - 3 hours | Expert opinions from initial and supplemental reports. |
| David Boden | Direct - 1 hour<br><br>Cross - 2 hours | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise; and facts related to Ponzi scheme. |
| Matthew Brennan<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A.. |
| Kim Cermignano<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross - | Facts related to TD Bank's Wire Room Policies and Procedures. |
| Paul Ciccotto<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross -- | Facts related to TD Bank's Wire Room Policies and Procedures. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| Barrie Damson<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 2 hours<br><br>Cross - 4 hours | Coquina's investments into bogus Structured Settlement Agreements. |
| George Levin<br>c/o Catherine Christie, Esq.<br>William L. Richey, P.A.<br>Two South Biscayne Blvd.<br>Miami, FL 33131 | Direct - 1 hour<br><br>Cross - 4 hours | Banyon's investments in Rothstein's structured settlements; relationship with Scott Rothstein. |
| Wende Litterio<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 2 hours<br><br>Cross - 2 hours | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Mark Maroppa<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross -- | Facts related to TD Bank's Wire Room Policies and Procedures; and facts regarding $16 million wire from Rothstein Rosenfeldt & Adler, P.A. bank account to Morocco. |
| Robert McCullough<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross - 1 hour | Facts regarding TD Bank's Information and Technology Policies and Procedures. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| Ricardo Mejia<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A.; Purported Lock Letters; Letters prepared by TD Bank personnel attaching balance statements; and Scott Rothstein's use of bank conference room. |
| Richard Pearson | Direct - 1 hour<br><br>Cross - 3 hours | Investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise; and facts related to Ponzi scheme. |
| Jesus Pena<br>c/o David S. Mandel, Esq.<br>MANDEL & MANDEL LLP<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>(305) 374-7771 | Direct - 1 hour<br><br>Cross - 2 hours | Facts regarding Information and Technology Issues. |
| Hon. Herbert Stettin<br>c/o Paul S. Bergerman, Esq.<br>Charles H. Lichtman, Esq.<br>BERGER SINGERMAN<br>305 East Las Olas Blvd.<br>Ft. Lauderdale, FL 33301<br>(9540) 525-9900 | Direct - 3 hours<br><br>Cross - 3 hours | Facts related to bankruptcy matter of Rothstein Rosenfeldt & Adler, P.A. |
| Ana Tarazona<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct- 90 minutes<br><br>Cross - 90 minutes | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A.; Purported Lock Letters; Letters prepared by TD Bank personnel attaching balance statements; and Scott Rothstein's use of bank conference room. |

| Name | Duration | Subject of Testimony |
|---|---|---|
| Jessica Truska<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross – | Facts related to TD Bank's Wire Room Policies and Procedures |
| TD Bank, N.A., Custodian of Records<br>c/o Glenn Goldstein, Esq.<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard - Suite 2000<br>Ft. Lauderdale, FL 33301<br>(954) 765-0500 | Direct - 1 hour<br><br>Cross - 1 hour | Facts related to TD Bank's customer banking relationship with Scott Rothstein and Rothstein Rosenfeldt & Adler, P.A. |
| Any additional witnesses necessary to authenticate documents for use at trial. | | |
| Any additional witnesses on TD Bank's Trial Witness List. | | |
| Any additional witnesses necessary for rebuttal or impeachment. | | |

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com


By:    /s/ David S. Mandel
       DAVID S. MANDEL
          Florida Bar No. 38040

*Attorneys for Coquina Investments*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

/s/ David S. Mandel