UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

       Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.
_____/

## COQUINA'S PROPOSED JURY VOIR DIRE QUESTIONS

Plaintiff Coquina Investments ("Coquina"), by and through undersigned counsel, respectfully submits its "proposed voir dire questions specific to the case" pursuant to this Court's *Order Setting Civil Jury Trial Date and Pretrial Deadlines* (DE 42).

### Proposed Questions

Specific Work Experience

1. Have you ever had any training or work experience in banking, finance, investments, stocks or securities?

    If yes, please explain what your duties were and where you worked.

2. Do you own a business or supervise other people?

    If yes, do you think an employer is generally responsible for the actions of their employees while on the job?

3. Have you or anyone close to you ever been accused of fraud or misrepresentation in a business deal?

Investment and Financial Experience

4. Do you read newspapers that focus on business news or watch business shows on television or listen to them on radio or the internet?

   <u>If yes</u>: Which ones?

5. What investments do you presently have?

6. Do you choose your own investments or does someone manage your account?

7. Have you or anyone close to you ever lost money on an investment, property, or retirement account?

   <u>If yes</u>: What were the circumstances?

8. Have you or anyone close to you ever declared bankruptcy?

9. What do you think is the difference between a risky investment versus a fraudulent investment?

View on Wealth

10. Do you think a wealthy investor should be entitled to the same protection under the law as the average investor?

11. Would you have a problem awarding a substantial amount of money, over $100 million, if the evidence warrants it? Is there some amount of money that would just be too large for you to award?

Lawsuit, Parties, and Witnesses

12. Have you ever been involved in a lawsuit? What was the outcome?

13. Have you or any member of your immediate family or close friends ever been employed in the legal field?

14. Do you have any personal relationships with anybody who works at a bank?

    <u>If yes</u>, please describe which bank and the nature of the relationship.

15. Do you do any business with a bank?

    <u>If yes</u>, what type of business do you transact?

MANDEL & MANDEL LLP
1200 Alfred I. duPont Building   ·   169 East Flagler Street   ·   Miami, Florida   ·   Telephone 305.374.7771

16. Do you have any money deposited at TD Bank?

17. Do you have any loans from TD Bank?

18. Do you make any investments with TD Ameritrade?

19. Have you ever heard anything, read anything, or know somebody has worked for the following:

    i.   A law firm named Rothstein, Rosenfeldt & Adler?
    ii.  A person named Scott Rothstein?
    iii. A person named Frank Spinosa?
    iv.  A person named Rosanne Caretsky?

Dated:  October 17, 2011

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By:   /s/ Jason B. Savitz
      DAVID S. MANDEL
         Florida Bar No. 38040
      NINA STILLMAN MANDEL
         Florida Bar No.: 843016
      JASON B. SAVITZ
         Florida Bar No. 36444

*Attorneys for Coquina Investments*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2011, a true and correct copy of the foregoing was electronically filed with the clerk of the Court using CM/ECF.

/s/ Jason B. Savitz