UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.

## TD BANK, N.A.'S PROPOSED ORAL VOIR DIRE QUESTIONS

1) Have you ever taken any courses or received any specialized training in the fields of banking, investing, or finance?  If so, please describe.

2) Have you or anyone in your immediate family ever worked in the fields of banking, investing, or finance?  If so, please describe.

3) Have you, or anyone in your immediate family, ever been defrauded by someone?  If so, please describe.

4) Have you, or anyone in your immediate family, ever been cheated regarding an investment?  If so, please describe.

5) Have you, or anyone in your immediate family, ever suffered a serious loss on an investment and this loss was someone else's fault?  If so, please describe.

6) You will be instructed that the Plaintiff has the burden to prove its allegations against TD Bank.  Do you think that it is unfair for the Plaintiff to have the burden of proof?

7) Do you believe that today, lawsuits only make it to trial if the party filing the lawsuit has a legitimate claim?

8) Do you think that if the plaintiff in a lawsuit is unable to prove its case, it should still get some financial compensation for the time and effort involved in bringing the case to trial?

9) Do you think that the damages awarded in lawsuits in which one company sues another company are generally too low?

10) Do you hold any strong negative feelings toward large banks?

11) Do you think that most bank executives would act illegally to make more money for themselves or their bank?

12) Do you agree that if a bank's customer has used his or her bank account to engage in illegal activity, the bank must have known about the activity?

13) Do you agree that if a bank's customer uses his or her bank account to engage in financial wrongdoing, the bank should always be held responsible for this wrongdoing?

14) Do you think that there is a huge problem these days with corporations not taking responsibility for their employees' actions?

15) Do you feel that if an employee is involved in fraudulent activity while on the job, the employer is always responsible for this activity, even if the employer did not know about the fraudulent activity?

16) Do you agree that investors have a right to expect they will be compensated when their investments suffer a dramatic drop in value?

17) Do you believe that sophisticated investors have no more responsibility to research investments before putting money into them than do unsophisticated investors?

18) Had you previously heard of any civil cases brought against TD Bank and Scott Rothstein by a group of investors?  If so, what have you heard? Do you think you could be fair and impartial in this case?

19) Have you or a family member owned property that a bank has foreclosed on?

CASE NO. 10-60786-Civ-Cooke/Bandstra

Respectfully submitted this 18th day of October, 2011.

GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

/s/ *Holly R. Skolnick*
HOLLY R. SKOLNICK
Florida Bar No. 390860
*skolnickh@gtlaw.com*
MARK P. SCHNAPP
Florida Bar No. 501689
*schnappm@gtlaw.com*


GREENBERG TRAURIG, P.A.
GLENN E. GOLDSTEIN
Florida Bar No. 435260
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

and

GREENBERG TRAURIG, LLP
DONNA M. EVANS
Massachusetts Bar No. 554613
(admitted *pro hac vice*)
One International Center
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

***Attorneys for TD Bank, N.A.***

CASE NO. 10-60786-Civ-Cooke/Bandstra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/  Holly R. Skolnick
HOLLY R. SKOLNICK

## SERVICE LIST

David Scott Mandel, Esq.
Nina Stillman Mandel, Esq.
Jason Brent Savitz, Esq.
Mandel & Mandel LLP
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida  33131
Telephone:  (305) 374-7771
Facsimile:  (305) 374-7776
*dmandel@mandel-law.com*
*nsmandel@mandel-law.com*
*jsavitz@mandel-law.com*

*Counsel for Plaintiff*