UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

**ORDER GRANTING DEFENDANT TD BANK, N.A.'S UNOPPOSED MOTION
TO USE ELECTRONIC PRESENTATION EQUIPMENT IN THE COURTROOM**

THIS MATTER is before me on Defendant TD Bank, N.A.'s ("TD Bank") Unopposed Motion to Use Electronic Presentation Equipment in the Courtroom (ECF No. 510). The Court having considered the Motion and being otherwise duly advised in the premises, **ORDERS AND ADJUDGES** that TD Bank's Motion is **GRANTED**, as follows:

    1.    Pending inspection and approval by the U.S. Marshal Service, TD Bank's counsel and technological consultants, Direct Vision, may bring the following electronic items into the Courthouse, for use at trial in Courtroom 11-2, which is set to begin on October 24, 2011: Wolfvision Visualizer VZ-8 Plus; VGA Capture Box (USB); Inline 6in x 1out VGA Switch IN3566; Extron VGA Switch (2-in, 2-out); HP Laserjet 1320 printer; toner for HP Laserjet; tech table with skirt; electrical extension cords; LCD projectors; video cables and connectors; rolls of gaffers tape; loudspeakers; computer cart; touch screen display; computer laptops and input devices; flat panel desktop monitors; 17'' LCD monitor; VHS video player; DVD player; speakers; sound mixer; Elmo; and projector.

3. TD Bank's counsel and technological consultants, Direct Vision, are permitted to enter Courtroom 11-2 before the trial commences on October 24, 2011, for purposes of setting up this electronic equipment.

**DONE and ORDERED** in Chambers, Miami, Florida, this 19th day of October 2011.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*