UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR ELECTRONIC EQUIPMENT ACCESS DURING TRIAL**

THIS MATTER is before me on Plaintiff Coquina Investment's Unopposed Motion for Electronic Equipment Access During Trial. (ECF No. 511). The Court having considered the Motion and being otherwise advised fully in the premises, **ORDERS AND ADJUDGES** that Plaintiff's Motion is **GRANTED**, as follows:

    1.    Pending inspection and approval by the U.S. Marshal Service, members of the law firm of Mandel & Mandel LLP, as well as Brian Cummins of Champion Legal Graphics, may bring the following electronic items into the Courthouse, for use at trial in Courtroom 11-2, which is set to begin on October 24, 2011:

    a.    Laptop computers and associated peripherals such as video, audio and power cables;

    b.    Portable copier/printer; and

    c.      Cellular telephones and Blackberries necessary for coordination of witness appearances, exhibit transportation and logistics, and for the coordination of exhibits and technical issues.

**DONE and ORDERED** in Chambers, Miami, Florida, this 19th day of October 2011.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*