UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING COQUINA'S
## INITIAL DISCLOSURES SERVED JULY 13, 2010

Plaintiff, Coquina Investments, hereby provides notice of filing Coquina's Rule 26(A)(1) Initial Disclosures, served on the Defendant on July 13, 2010, attached hereto.

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By:   /s/ David S. Mandel
      DAVID S. MANDEL
        Florida Bar No. 38040

*Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

/s/ David S. Mandel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

## COQUINA'S RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Coquina Investments ("Coquina"), by and through its attorneys, hereby makes the following initial disclosures.

## INTRODUCTION

1. These disclosures are made solely for the purpose of this civil action.

2. Each disclosure is subject to any and all objections regarding relevancy, the attorney-client privilege, the attorney work product doctrine, other applicable privilege, or any other grounds that would require the exclusion of any statement or document. All grounds for objections are hereby expressly reserved and may be interposed at or before the time of trial.

3. These disclosures are based on Coquina's knowledge, information, and belief reasonably available to it at this time. Coquina's disclosures are made without the benefit of any discovery and prior to Defendants' answers. At this early stage of the litigation, it is impossible for Coquina to know definitively which witnesses and documents Coquina may use to support its claims or defenses. Therefore, Coquina expressly reserves the right to amend or supplement

these Initial Disclosures in accordance with Rule 26(e)(1) upon further discovery, trial preparation, analysis, and its continuing investigation in this matter.

4.      Coquina, by reference, incorporates these reserved rights in each of its good faith disclosures below.

## DISCLOSURES

A.      **Individuals**

Subject to the above-reserved rights, Coquina discloses:

the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

Fed. R. Civ. P. 26(a)(1)(A)(i).

Many of the individuals listed below are or will be represented by legal counsel and should be contacted through counsel only. Accordingly, where appropriate, the addresses and telephone numbers provided correspond to each entity or individual's attorney.

| Name | Address | Telephone No. | Subject(s) of Information |
|---|---|---|---|
| Alexa Funding | Carlos L. de Zayas, Esq.<br>Lydecker Diaz<br>1201 Brickell Avenue<br>Fifth Floor<br>Miami, FL 33131 | (305) 416-3180 | Coquina's investments into bogus Structured Settlement Agreements. |
| David Boden | Todd Payne, Esq.<br>Zebersky & Payne, P.A.<br>4000 Hollywood Boulevard<br>Suite 675 South<br>Hollywood, FL 33021 | (954) 989-6333 | Coquina's investments into bogus Structured Settlement Agreements. |

| Name | Address | Telephone No. | Subject(s) of Information |
|---|---|---|---|
| William Boockvor | Unknown | Unknown | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Matthew Brennan | Unknown | Unknown | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Steven Caputi | Unknown | Unknown | Coquina's investment into a bogus Structured Settlement Agreement. |
| Rosanne Caretsky | W. Tucker Craig, Esq. Billing Cochran Lyles Mauro & Ramsey Suntrust Center Sixth Floor 515 East Las Olas Boulevard Fort Lauderdale, FL 33301 | (954) 764-7150 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Barrie Damson, Esq. | Mandel & Mandel LLP 1200 Alfred I. duPont Building 169 East Flagler Street Miami, FL 33131 | (305) 374-7771 | Coquina's investments into Structured Settlement Agreements. |
| Jennifer Kerstetter | Steven A. Lessne, Esq. Gray Robinson 401 East Las Olas Boulevard Suite 1850 Fort Lauderdale, FL 33301 | (954) 761-8111 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Melvyn Klein, Esq. | Mandel & Mandel LLP 1200 Alfred I. duPont Building 169 East Flagler Street Miami, FL 33131 | (305) 374-7771 | Coquina's investments into Structured Settlement Agreements. |

| Name | Address | Telephone No. | Subject(s) of Information |
|---|---|---|---|
| Ricardo Mejia | Unknown | Unknown | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Onyx Capital Management | Carlos L. de Zayas, Esq.<br>Lydecker Diaz<br>1201 Brickell Avenue<br>Fifth Floor<br>Miami, FL 33131 | (305) 416-3180 | Coquina's investments into bogus Structured Settlement Agreements. |
| Rothstein Rosenfeldt and Adler, P.A. | Theresa Van Vliet, Esq.<br>Genovese, Joblove & Battista, P.A.<br>200 East Broward Boulevard, Suite 1110<br>Fort Lauderdale, FL 33301 | (954) 453-8000 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Stuart Rosenfeldt, Esq. | Bruce Lehr, Esq.<br>Lehr Fischer & Feldman<br>1401 Brickell Avenue<br>Suite 910<br>Miami, Florida 33131 | (305) 377-1777 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Scott Rothstein, Esq. | Mark S. Nurik, Esq.<br>Law Offices of Marc S. Nurik<br>1 East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33301 | (954) 745-5849 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Frank Spinosa | Samuel J. Rabin, Jr., Esq.<br>Law Offices of Samuel J. Rabin, Jr.<br>799 Brickell Plaza<br>Suite 606<br>Miami, FL 33131 | (305) 358-1064 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |

| Name | Address | Telephone No. | Subject(s) of Information |
|---|---|---|---|
| Michael Szafranski | Carlos L. de Zayas, Esq.<br>Lydecker Diaz<br>1201 Brickell Avenue<br>Fifth Floor<br>Miami, FL 33131 | (305) 416-3180 | Coquina's investments into bogus Structured Settlement Agreements. |
| TD Bank, N.A. | Glenn E. Goldstein, Esq.<br>Greenberg Traurig, P.A.<br>401 East Las Olas Boulevard<br>Suite 2000<br>Fort Lauderdale, FL 33301 | (954) 765-0500 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Debra Villegas | Robert W. Stickney, Esq.<br>Robert W. Stickney, P.A.<br>Post Office Box 2448<br>Fort Lauderdale, FL 33303 | (954) 767-8908 | Coquina's investments into bogus Structured Settlement Agreements; TD Bank's fraudulent banking practices and participation in the RICO Enterprise. |
| Kathleen White | Mandel & Mandel LLP<br>1200 Alfred I. duPont Building<br>169 East Flagler Street<br>Miami, FL 33131 | (305) 374-7771 | Coquina's investments into Structured Settlement Agreements. |

**B.   Documents**

Subject to the above-reserved rights, Coquina discloses:

a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

Fed. R. Civ. P. 26(a)(1)(A)(ii).

The following are presently believed to contain discoverable information that Coquina may use to support its claims or defenses and are presently being compiled at the law office of Coquina's counsel, Mandel & Mandel LLP.

(1) Documents relating to the Structured Settlement Agreements.

(2) Correspondence to and from the parties to this action.

(3) Correspondence to and from co-conspirators and members of the RICO Enterprise.

(4) All documents attached to Coquina's Civil RICO Case Statement.

(5) All pleadings and documents filed in the instant action.

(6) All pleadings and documents used or filed in other legal proceedings relating to the instant action.

(7) Subject to and without waiving any objections, and to the extent that they are relevant and otherwise admissible, any other documents that will be produced during discovery in this litigation.

C. **Damages**

Subject to the above-reserved rights, Coquina discloses:

> a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

Fed. R. Civ. P. 26(a)(1)(A)(iii).

Based upon the early stages of litigation and the ongoing accrual of damages suffered by Coquina, a preliminary computation of damages is as follows:

1. Plaintiff Coquina has suffered direct financial losses of at least $6,773,333.

2. Coquina is presently suffering consequential damages, including lost opportunity to invest money in legitimate investments, legal fees in bankruptcy litigation, and legal fees in prosecuting the instant action.

3. ==The RRA bankruptcy trustee has made a demand upon Coquina for in excess of $30 million.==

4. In total, approximately 400 victims of the RICO scheme have suffered total losses in excess of $400 million.

D. **Insurance Agreements**

Subject to the above-reserved rights, Coquina discloses:

for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Fed. R. Civ. P. 26(a)(1)(A)(iv).

Coquina presently has no knowledge of any applicable insurance agreement.

Dated: July 13, 2010

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By: /s/ David S. Mandel

DAVID S. MANDEL
 Florida Bar No. 38040
NINA STILLMAN MANDEL
 Florida Bar No.: 843016
JASON B. SAVITZ
 Florida Bar No. 36444

*Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2010, a true and correct copy of the foregoing was served via U.S. Mail and electronic mail to the following individual:

Glenn E. Goldstein, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301

*Attorneys for T.D. Bank, N.A.*