UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

### PLAINTIFF'S NOTICE REGARDING ADDITIONAL WITNESSES TO BE DEPOSED BASED ON DEFENDANT'S LATE DISCOVERY

Plaintiff Coquina Investments ("Coquina"), by and through undersigned counsel, hereby notifies the Court and the Defendant of the following witnesses, current and/or former TD Bank employees, to be deposed based on the Defendant's late discovery in this matter:

Todd Caraway - Saturday, December 3, 2011, at 9:30 a.m.; at the law offices of Kozyak, Tropin & Throckmorton, Coral Gables.

Jane Pope; Saturday, December 3, 2011, at 11 a.m.; at the law offices of Kozyak, Tropin & Throckmorton, Coral Gables.

Paul Ciccotto; time and place to be determined.

Christina Siconolfi; time and place to be determined.

Joseph Ercolino; time and place to be determined.

Sarah Pinkus; time and place to be determined.

Arlene Murphy; time and place to be determined.

Kathy Wong; time and place to be determined.

Jennifer Berenato; time and place to be determined.

James McWilliams; time and place to be determined.

Gilda Petrane; time and place to be determined.

Jennifer Wirtz; time and place to be determined.

Amanda Spencer; time and place to be determined.

Based on the additional production of 420 documents at 6 pm on November 29, 2011, plus 430 documents today, Nov. 30, 2011, at 11:45 a.m., in addition to the 150-page production on November 23, 2011, Plaintiff reserves the right to identify additional witnesses to be produced by TD Bank on or before December 2, 2011.

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
nsmandel@mandel-law.com

By   */s/ Nina Stillman Mandel*
_____
DAVID S. MANDEL
   Florida Bar No. 38040
NINA STILLMAN MANDEL
   Florida Bar No.: 843016
JASON B. SAVITZ
   Florida Bar No. 36444

*Attorneys for Coquina Investments*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2011, a true and correct copy of the foregoing was electronically filed via CM/ECF.

*/s/ Nina Stillman Mandel*