UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.

**COQUINA'S OBJECTIONS TO THE COURT'S JURY INSTRUCTIONS
REGARDING WAIVER AND JOINT AND SEVERAL LIABILITY**

Plaintiff Coquina Investments ("Coquina"), by and through undersigned counsel, respectfully objects to the Court's intended jury instructions regarding (1) TD Bank's "waiver" defense and (2) "joint and several" liability.

**Waiver Instruction**

While Coquina has no objections to the Court's modified language concerning Coquina's "actual" knowledge, Coquina objects to an instruction regarding "imputed" knowledge for two reasons. First, in the parties' joint submission of jury instructions, neither party suggested an instruction concerning Coquina's "'imputed knowledge' of Rothstein's fraudulent activity." Second, Coquina respectfully believes that there should not be an instruction that "imputes" Rothstein's conduct to Coquina.

**Joint and Several Liability Instruction**

Coquina objects to the absence of any instruction to the jury concerning the applicability of "joint and several" liability in this case. Coquina had understood that, in the absence of agreement between the parties, the Court might fashion a modified instruction. Coquina believes

an instruction regarding "joint and several liability" is particularly appropriate where it appears the Court has deleted several references in the jury instructions to "Defendant Rothstein and Defendant TD Bank" and replaced it with only "Defendant TD Bank."  Coquina Investments had understood from this Court's January 13, 2012, charge conference that references to "Defendants" would be replaced with "Defendant Rothstein and Defendant TD Bank" where joint and several liability applies.

**Conclusion**

As Coquina is not presently aware of the circumstances that prompted the Court to make the above changes, and given the Court will be holding a status conference with respect to the jury instructions, Coquina respectfully requests clarification regarding the above and the opportunity to be heard further on these issues.

Dated:  January 17, 2012

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By:  /s/ David S. Mandel_____
DAVID S. MANDEL
   Florida Bar No. 38040
NINA STILLMAN MANDEL
   Florida Bar No.: 843016
JASON B. SAVITZ
   Florida Bar No. 36444

*Attorneys for Coquina Investments*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2012, a true and correct copy of the foregoing was electronically filed with the clerk of the Court using CM/ECF.

/s/ David S. Mandel_____