UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.

_____/

**VERDICT FORM AND SPECIAL INTERROGATORIES**

We, the jury return the following verdict:

## COUNT I

Do you find, by a preponderance of the evidence presented, that:

1. A TD Bank employee or employees made one or more misrepresentations or omissions to Coquina, acting within the scope of his or her employment?

   Answer Yes or No: __Yes__

2. The misrepresentation or omission related to a material existing fact?

   Answer Yes or No: __Yes__

3. TD Bank knew at the time it made the misrepresentation or omission that it was false or acted with reckless disregard for its truth or falsity or that the omission made other statements materially misleading?

   Answer Yes or No: __Yes__

4. TD Bank intended to induce Coquina to rely and act upon the misrepresentation or omission?

   Answer Yes or No: __Yes__

5. Coquina relied upon the misrepresentation or omission?

   Answer Yes or No: __Yes__

6. TD Bank's misrepresentations or omissions were not known or obvious to Coquina?

   Answer Yes or No: __Yes__

7. Coquina suffered injury or damage as a result?

   Answer Yes or No: __Yes__

   Note: If you answered "no," to any of the preceding questions, please skip all remaining questions and have the Foreperson sign below.

2

8. Coquina should be awarded the following compensatory damages:

$ __16 mm__ .

9. Do you find, by clear and convincing evidence, that:
   a. There was intentional misconduct against Coquina by at least one TD Bank employee.

   Answer Yes or No: __Yes__

   If you answered "no," you may not award punitive damages.
   If you answered "yes," please proceed to the next question.

   b. And you find at least one of the following:

   (1). TD Bank actively and knowingly participated in such conduct of its employees; or

   (2). The officers, directors, or managers of TD Bank knowingly condoned, ratified, or consented to such conduct of its employees.

   Answer Yes or No: __Yes__

   If you answered "no," you may not award punitive damages.
   If you answered "yes," please proceed to the next question.

   c. Coquina should be awarded the following punitive damages:

   $ __17.5__ .

So say we all, this __18__ day of January, 2012.

_____
Foreperson

3

## **COUNT II**

Do you find, by a preponderance of the evidence presented, that:

1. The existence of the underlying Rothstein fraud against Coquina;

    Answer Yes or No: __Yes__

2. TD Bank had knowledge of the fraudulent representations Rothstein made to perpetrate the fraud against Coquina;

    Answer Yes or No: __Yes__

3. TD Bank provided substantial assistance to advance the commission of the fraud against Coquina; and

    Answer Yes or No: __Yes__

4. Coquina was injured in its business or property as a proximate result of TD Bank's substantial assistance in Rothstein's fraud against Coquina.

    Answer Yes or No: __Yes__

Note: If you answered "no," to any of the preceding questions, please skip all remaining questions and have the Foreperson sign below.

5. Coquina should be awarded the following compensatory damages:

    $ __16 mm.__

6. Do you find, by clear and convincing evidence, that:
    a. There was intentional misconduct against Coquina by at least one TD Bank employee.

    Answer Yes or No: __Yes__

    If you answered "no," you may not award punitive damages.
    If you answered "yes," please proceed to the next question.

4

b. And you find at least one of the following:

(1). TD Bank actively and knowingly participated in such conduct of its employees; or

(2). The officers, directors, or managers of TD Bank knowingly condoned, ratified, or consented to such conduct of its employees.

Answer Yes or No: __Yes__

If you answered "no," you may not award punitive damages.
If you answered "yes," please proceed to the next question.

c. Coquina should be awarded the following punitive damages:

$ __17.5 mm__

So say we all, this __18__ day of January, 2012.

_____
Foreperson

5

## AFFIRMATIVE DEFENSE

Proceed to the following question <u>only</u> if you have found for Coquina on one or more of the Counts above. If you have not found for Coquina on one or more of the counts above, please skip the following question and proceed to the end of this form.

Do you find, by a preponderance of the evidence presented, that Coquina through its own conduct voluntarily and intentionally waived its right to recover in this action?

Answer Yes or No: __No.__