UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and TD BANK, N.A.,

    Defendants.
_____/

## OMNIBUS ORDER ON MOTIONS TO SEAL

THIS CASE is before me on Plaintiff's Motions to file documents under seal (ECF Nos. 54, 75, 90, 128, 140, 144, 190, 204, 226, 239, 246, 251, 259, 268, 270, 272, 274, 284, 315, 323, 325, 358, 367, 384, 387, 389, 391, 411, 413, 414, 416, 428, 430, 432, 469, and 471) and Defendants' Motions to file documents under seal (ECF Nos. 213, 221, 288, 295, 309, 310, 317, 365, 378, 381, 403, 423, 426, 490, and 750). On July 29, 2011, I entered an Order directing the parties to identify every exhibit of document that the Protective Order covers and should be maintained under seal. (ECF No. 395). All other motions, memoranda, and exhibits not identified will be released for public view. I have reviewed the parties' joint response to my Order, the individual motions to file under Seal, the record, and the relevant legal authorities. In considering what items should remain under seal, I took into account what materials and information were made public during trial, and are now part of the record in this case. To the extent certain materials and information are now part of the public record as a result of trial, I do not find any purpose would be served in maintaining those documents under seal.

It is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's Motion to file documents under seal (ECF No. 54) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 54, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing. Docket entry 55, including exhibits, shall remain under seal.

2. Plaintiff's Motion to file documents under seal (ECF No. 75) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 75, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing. Docket entry 76, including exhibits, shall remain under seal.

3. Plaintiff's Motion to file documents under seal (ECF No. 90) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 90, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing. Docket entry 91, including exhibits, shall remain under seal.

4. Plaintiff's Motion to file documents under seal (ECF No. 128) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entries 128 and 129, including all exhibits thereto, except for entry 129-3, which shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

5. Plaintiff's Motion to file documents under seal (ECF No. 140) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 140 and 141, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

6. Plaintiff's Motion to file documents under seal (ECF No. 144) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entries 144, 145, and

146, including all exhibits thereto except for entry 146-3, which shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

  7. Plaintiff's Motion to file documents under seal (ECF No. 190) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 190 and 191, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

  8. Plaintiff's Motion to file documents under seal (ECF No. 204) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 204 and 205, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

  9. Defendant's Motion to file documents under seal (ECF No. 213) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 212 and 213, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

  10. Defendant's Motion to file documents under seal (ECF No. 221) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 221, 222, 223, 224, and 225, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filing.

  11. Plaintiff's Motion to file documents under seal (ECF No. 226) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entries 226, 227, and 228, including all exhibits thereto, except for entries 228-6, 228-8, and 228-9, which shall remain under seal.  The Clerk is directed to destroy any copies of the unsealed filings.

  12. Plaintiff's Motion to file documents under seal (ECF No. 239) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entry 239, 240, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed

filings. Docket entry 241, including all exhibits thereto, shall remain under seal.

13. Plaintiff's Motion to file documents under seal (ECF No. 246) is **DENIED**. The Clerk is directed to **UNSEAL** docket entry 246, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

14. Plaintiff's Motion to file documents under seal (ECF No. 251) is **DENIED**. The Clerk is directed to **UNSEAL** docket entry 251, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

15. Plaintiff's Motion to file documents under seal (ECF No. 259) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 259 and 260, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

16. Plaintiff's Motion to file documents under seal (ECF No. 268) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 268, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 269, but shall maintain all exhibits thereto under seal. The Clerk is directed to destroy any copies of the unsealed filing.

17. Plaintiff's Motion to file documents under seal (ECF No. 270) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 270 and 271, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

18. Plaintiff's Motion to file documents under seal (ECF No. 272) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 272 and 273, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filing.

19. Plaintiff's Motion to file documents under seal (ECF No. 274) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 274 and 275, including all

exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filing.

20. Plaintiff's Motion to file documents under seal (ECF No. 284) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entries 284, 285, 286, including all exhibits thereto, if any.  The Clerk is further directed to **UNSEAL** docket entry 287, including exhibits, except that entries 287-4, 287-10, 287-11, 287-12, 287-13, 287-15, 287-18, 287-19, 287-20, and 287-21 shall remain under seal.  The Clerk is directed to destroy any copies of the unsealed filings.

21. Defendant's Motion to file documents under seal (ECF No. 288) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 288, 289, 290, 291, and 292, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

22. Defendant's Motion to file documents under seal (ECF No. 295) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 295 and 296, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

23. Defendant's Motion to file documents under seal (ECF No. 309) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entry 309, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filing.

24. Defendant's Motion to file documents under seal (ECF No. 310) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entry 310, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filing.

25. Plaintiff's Motion to file documents under seal (ECF No. 315) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 315 and 316, including all

exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

26. Defendant's Motion to file documents under seal (ECF No. 317) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 317 and 318, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

27. Plaintiff's Motion to file documents under seal (ECF No. 323) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entry 323, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.  Docket entry 324 shall remain under seal.

28. Plaintiff's Motion to file documents under seal (ECF No. 325) is **DENIED**.  The Clerk is directed to **UNSEAL** docket entries 325 and 326, including all exhibits thereto, if any.  The Clerk is directed to destroy any copies of the unsealed filings.

29. Defendant's Motion to file documents under seal (ECF No. 358) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entry 358, including exhibits thereto, if any.  The Clerk is further directed to **UNSEAL** 359-1 to 359-4, 359-11 to 359-25, and 359-51 to 359-60.  The Clerk is directed to destroy any copies of the unsealed filings.

30. Defendant's Motion to file documents under seal (ECF No. 365) is **GRANTED in part**.  The Clerk is directed to **UNSEAL** docket entries 365 and 366, including exhibits thereto, except entries 366-1 to 366-3, which shall remain under seal.  The Clerk is directed to destroy any copies of the unsealed filings.

31. Defendant's Motion to file documents under seal (ECF No. 367) is **DENIED**. The Clerk is directed to **UNSEAL** docket entry 367, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

32. Defendant's Motion to file documents under seal (ECF No. 378) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 378, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 379, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

33. Defendant's Motion to file documents under seal (ECF No. 381) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 381, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 382, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

34. Plaintiff's Motion to file documents under seal (ECF No. 384) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 384, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 385, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

35. Plaintiff's Motion to file documents under seal (ECF No. 387) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 387, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 388, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

36. Plaintiff's Motion to file documents under seal (ECF No. 389) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 389, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 390, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

37. Plaintiff's Motion to file documents under seal (ECF No. 391) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 391 and 392, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

38. Defendant's Motion to file documents under seal (ECF No. 403) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entries 403 and 407, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entries 404, 405, and 406, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

39. Defendant's Motion to file documents under seal (ECF No. 411) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 411, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 412, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

40. Plaintiff's Motion to file documents under seal (ECF No. 413) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 413, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

41. Plaintiff's Motion to file documents under seal (ECF No. 414) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 414, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 415, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

42. Plaintiff's Motion to file documents under seal (ECF No. 416) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 416, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 417, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

43. Defendant's Motion to file documents under seal (ECF No. 423) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 423, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 424, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

44. Defendant's Motion to file documents under seal (ECF No. 426) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 426, including all exhibits thereto, if any. The Clerk is further directed to **UNSEAL** docket entry 427, except that all exhibits thereto shall remain under seal. The Clerk is directed to destroy any copies of the unsealed filings.

45. Plaintiff's Motion to file documents under seal (ECF No. 428) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 428 and 429, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed

filings.

46. Plaintiff's Motion to file documents under seal (ECF No. 430) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 430 and 431, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

47. Plaintiff's Motion to file documents under seal (ECF No. 432) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 432 and 433, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

48. Plaintiff's Motion to file documents under seal (ECF No. 469) is **GRANTED in part**. The Clerk is directed to **UNSEAL** docket entry 469, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings. Docket entry 470 and all exhibits thereto shall remain under seal.

49. Plaintiff's Motion to file documents under seal (ECF No. 471) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 471 and 472, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

50. Defendant's Motion to file documents under seal (ECF No. 490) is **DENIED**. The Clerk is directed to **UNSEAL** docket entries 490 and 491, including all exhibits thereto, if any. The Clerk is directed to destroy any copies of the unsealed filings.

51. Defendant's Motion to file documents under seal (ECF No. 750) is **GRANTED**. Docket entries 750 and 751, including all exhibits thereto, shall remain

under seal.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of January 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*