```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
                         CASE NO. 10-60786-CIV-COOKE


COQUINA INVESTMENTS,

              Plaintiff,
     vs.                                Friday, January 13, 2012
                                             10:38 a.m.
SCOTT W. ROTHSTEIN and                       Miami, Florida
T.D. BANK, N.A.,
                                             VOLUME XXII
              Defendants.                    Pages 1 - 253



                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE MARCIA G. COOKE
                   UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff:      NINA MANDEL, ESQ.
                        DAVID MANDEL, ESQ.
                        CARMELLIA NORIEGA, ESQ.
                        JASON SAVITZ, ESQ.
                        Mandel & Mandel, LLP
                        1200 Alfred I. duPont Building
                        169 East Flagler Street
                        Miami, Florida  33131
                        305.374.7771


For Defendant TD Bank:  MARK P. SCHNAPP, ESQ.
                        HOLLY R. SKOLNICK, ESQ.
                        GLENN GOLDSTEIN, ESQ.
                        DONNA M. EVANS, ESQ.
                        DANIELLE GARNO, ESQ.
                        Greenberg Traurig, LLP
                        333 Avenue of the Americas
                        Miami, Florida  33131
                        305.579.0541
```

```
 1  Reported By:         DIANE M. MILLER, RMR, CRR
                         Official United States Court Reporter
 2                       400 N. Miami Avenue, Room 11-2
                         Miami, Florida  33128
 3                       305.523.5152      (fax) 305.523.5159
                         diane_miller@flsd.gov
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  about right now.
 2          May I address for you the -- this particular
 3  instance.  Ms. Amanda Spencer testified to a SIP document.
 4  And we immediately went back to the bank and said, we don't
 5  know of this document, does such a document exist?  And what I
 6  want to let you know, and what I want Mr. Mandel to know,
 7  because he seems to have created a document that doesn't
 8  exist, there is no document called "standard investigative
 9  protocol."
10          THE COURT:  Well, he didn't -- your witness said that
11  in her deposition.
12          MS. EVANS:  It appears she did.  And --
13          THE COURT:  Okay.  But when you say "created the
14  name," it was called that by your witness.
15          MS. EVANS:  It was.  And she was wrong.  We went
16  back, we found the document in the shared file -- in the file
17  that she had mentioned and it is the document we produced.
18  And the name was wrong.  She remembered it wrong.  It is
19  called "standard investigative tools."
20          THE COURT:  But that isn't Mr. Mandel's fault, is it?
21          MS. EVANS:  No, no.  I wasn't trying to blame him for
22  that, except that he seems to think after having produced the
23  document and explained that this is the document that exists,
24  that still some document exists.  It does not.  We provided
25  you with two affidavits.  We have talked continuously with the
```

Firday, January 3th, 2012

```
 1  bank.  No such document exists.
 2          Mr. Mandel said, well, the TD Bank would like you to
 3  think that there are just snippets of information here and
 4  there, and they're AML/BSA policies, and that that's what the
 5  protocol is.  Well, in fact, in some ways, Your Honor, that is
 6  what the protocol is.  And I don't have copies, because I
 7  didn't know he was going to say that, but if I may approach
 8  the bench?
 9          THE COURT:  Hand them to Miss Casey, please.
10     (Tendered).
11          MS. EVANS:  What I gave Your Honor is called SAS
12  Alert Review Procedures which are the AML and BSA policies.
13  These are the kind of snippets that we produced.  In other
14  words, the procedures and the protocols are in the documents
15  that we produced.  We produced them all.  They are there.
16          At these depositions of the three individuals, he
17  didn't bring out these documents and ask them about it, which
18  detail every single protocol.  These documents even, and I
19  won't hand them all up to you, but I have the box back here,
20  frankly, list all the media procedures, list all the Lexis
21  procedures.
22          And if you look at this -- Mr. Mandel suggested and I
23  think we should, look at the document that I handed to you.
24  If you look at the top -- each one of these, not each one of
25  them, but like Lexis, Media have their own procedures that we
```

Firday, January 3th, 2012