UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-COOKE/BANDSTRA



FILED by _____ D.C.

APR 2 5 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

COQUINA INVESTMENTS,

      Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

      Defendants.

---

## DEFENDANT TD BANK'S EMERGENCY MOTION TO STAY

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Rule 7.1(e), and for good cause shown, Defendant, TD Bank, N.A. ("TD Bank"), by and through its newly retained undersigned counsel, hereby moves this Court, on an emergency basis, to stay for 30 days all further activity in this matter, including but not limited to all activity on the post-trial motions filed by TD Bank and Plaintiff's Fourth Motion for Sanctions, and in support thereof, respectfully states:

1.      Within the past few days, during the course of working to complete its discovery obligations in another case pending in this Court, *Emess Capital, LLC v. Scott W. Rothstein and TD Bank, N.A.*, Case No. 10-60882-Civ-Lenard/O'Sullivan, TD Bank discovered that a conflict may exist between or among its counsel, Greenberg Traurig P.A., TD Bank, and one or more of TD Bank's employees relating to the production of documents in this case and in the *Emess* case. These documents relate to discovery issues previously raised in this case and certain statements that were made during this case about such documents.

2.      As a result of this conflict, TD Bank has retained the undersigned firms to represent TD Bank in this matter.  Attorneys R. Eric Bilik and Jeffrey S. York of the law firm of McGuireWoods LLP filed Notices of Appearances in this action on April 24, 2012 (D.E. 823 & 824).  In addition, attorney Marcos Daniel Jiménez of the law firm of Kasowitz, Benson, Torres & Friedman LLP filed a Notice of Appearance in this action on April 24, 2012 (D.E. 827).  With the Court's permission, Greenberg Traurig P.A. will withdraw as counsel of record for TD Bank and McGuireWoods LLP and Kasowitz, Benson, Torres & Friedman LLP will be substituted as counsel of record for TD Bank.

3.      TD Bank is currently considering the circumstances surrounding the document production issue which is the subject of Plaintiff's Fourth Motion for Sanctions, and the circumstances surrounding the document attached to the Notice of Production filed by Greenberg Traurig today.    Undersigned counsel anticipate that TD Bank's inquiry will require approximately 30-45 days to complete.  Upon completion of the inquiry, TD Bank will make a further report to the Court.

4.      In light of the unexpected but necessary substitution of the undersigned counsel to represent TD Bank in this action and the potential that the documents issues described above could impact the various motions currently pending in this action, TD Bank submits that it will be to the detriment of the parties, as well as the Court, if the case were to continue without a brief stay.

5.      To TD Bank's knowledge there will be no prejudice to any parties or the Court as a result of the stay requested herein.

6.      This Court has the inherent authority and discretion to stay this proceeding and TB Bank respectfully submits that good cause exists for the requested stay.

7.      Undersigned counsel does not lightly ask the Court on an emergency basis for this requested stay.  However, we are compelled to do so because of the recent developments referred to herein.

WHEREFORE, TD Bank respectfully requests this Court grant this Emergency Motion to Stay all further proceedings in this action for 30 days.

### CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1.A.3

Undersigned counsel certify that they have conferred with counsel for Coquina Investments regarding its recent engagement and the relief requested in the Motion. Undersigned counsel has discussed this motion at some length with counsel for the Plaintiff, and Plaintiff's counsel is unable to agree to the request.

### CERTIFICATION OF EMERGENCY

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.  I further certify that the necessity for an emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case.  The issues presented by this matter have not been submitted to the District Judge assigned to this case or any other District Judge or Magistrate Judge of the Southern District of Florida prior hereto.  I further certify that we have made a bona fide effort to resolve this matter without the necessity of emergency action.

Respectfully submitted this 25th day of April, 2012.

Marcos Daniel Jiménez
(Fla. Bar No. 0441503)
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1047
Facsimile: (305) 377-1664
mjimenez@kasowitz.com

R. Eric Bilik (Fla. Bar No. 0987840)
ebilik@mcguirewoods.com
Jeffrey S. York (Fla. Bar No. 0987069)
jyork@mcguirewoods.com
McGuireWoods LLP
50 North Laura Street
Jacksonville, FL 32202
Telephone: (904) 798-2685
Facsimile: (904) 360-6304

Peter J. Covington (*pro hac vice* pending)
pcovington@mcguirewoods.com
Mark W. Kinghorn (*pro hac vice* pending)
mkinghorn@mcguirewoods.com
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300

Howard C. Vick, Jr. (*pro hac vice* pending)
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
tvick@mcguirewoods.com

4

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by e-mail and

U.S. Mail on April 25, 2012 on all counsel or parties of record on the Service List below.

Marcos Daniel Jiménez

## SERVICE LIST

Camellia Noriega, Esq.
Mandel & Mandel LLP
169 E. Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
cnoriega@mandel-law.com

Glenn E. Goldstein, Esq.
Greenberg Traurig, P.A.
401 E Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
(954) 765-0500
(954) 765-1477 (fax)
goldsteing@gtlaw.com

Nina Stillman Mandel, Esq.
Mandel & Mandel LLP
169 E Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
nsmandel@mandel-law.com

Jason Brent Savitz, Esq.
Mandel & Mandel LLP
169 E. Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
jsavitz@mandel-law.com

Holly Robin Skolnick, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
(305) 579-0717 (fax)
skolnickh@gtlaw.com

Donna M. Evans, Esq.
Greenberg Traurig, P.A.
One International Place
Boston, MA 02110
(617) 310-6000
(617) 310-6001 (fax)
evansd@gtlaw.com

David Scott Mandel, Esq.
Mandel & Mandel LLP
169 E Flagler Street, Suite 1200
Miami, FL 33131
(305) 374-7771
(305) 374-7776 (fax)
dmandel@mandel-law.com

Michael L. Cotzen, Esq.
Schlesinger & Cotzen, P.L.
799 Brickell Avenue, Suite 700
Miami, FL 33131
(305) 373-8993
(305) 373-8098 (fax)
mc@scflalaw.com

Mark Paul Schnapp, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
(305) 579-0717 (fax)
schnappm@gtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

      Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

      Defendants.

## ORDER GRANTING DEFENDANT TD BANK'S EMERGENCY MOTION TO STAY

**THIS CAUSE** came before the Court upon the Defendant TD Bank's Emergency Motion to Stay. The Court having considered the Motion and the pertinent portions of the record, and being otherwise fully advised on the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2012.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record