UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

    Plaintiff,
v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Harvey W. Gurland, Jr., P.A., from the law firm of Duane Morris LLP files his appearance as Counsel of Record for AMANDA SPENCER and requests that copies of all notices, pleadings, motions, orders and other documents filed in these proceedings be sent to the undersigned.

| | |
|---|---|
| Alexander Bono, Esq.<br>*(Pro Hac Vice Motion to be filed)*<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>Telephone:  (215) 979-1000<br>Facsimile:  (215) 689-4472 | **DUANE MORRIS LLP**<br><br>By: /s/ Harvey W. Gurland, Jr., P.A.<br>Harvey W. Gurland, Jr., P.A.<br>Florida Bar No.:  284033<br>hwgurland@duanemorris.com<br>200 South Biscayne Boulevard<br>Suite 3400<br>Miami, Florida  33131<br>Telephone:  (305) 960-2200<br>Facsimile:  (305) 397-1874 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been filed with the Clerk of the Court this 3rd day of May, 2012, by using the CM/ECF system which will send a notice of the electronic filing to the following:

**Camillia Noriega, Esq.**
**David Scott Mandel, Esq.**
**Nina Stillman Mandel, Esq.**
**Jason Brent Savitz, Esq.**
Mandel & Mandel LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
*Counsel for Plaintiff Coquina Investments*

**Jason D. Evans, Esq.**
**Mark W. Kinghorn, Esq.**
**Peter J. Covington, Esq.**
**William O.L. Hutchinson, Esq.**
McGuire Woods, LLP
201 North Tryon Street, Suite 3000
Charlotte, NC  28202
*Counsel for TD Bank, N.A*

**Audrey M. Pumariega, Esq.**
**Scott Brian Cosgrove, Esq.**
**Marcos Daniel Jimenez, Esq.**
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida  33131
*Counsel for TD Bank, N.A*

**Danielle N. Garno, Esq.**
**Holly Robin Skolnick, Esq.**
**Mark Paul Schnapp, Esq.**
Greenberg Traurig
333 Avenue of the Americas, Suite 44
Miami, Florida  33131
*Counsel for TD Bank, N.A*

**Donna M. Evans, Esq.**
Greenberg Traurig LLP
One International Place
Boston, MA  02110
*Counsel for TD Bank, N.A*

**Jeffrey Scott York, Esq.**
**Robert Eric Bilik, Esq.**
McGuire Woods
50 North Laura Street, Suite 3300
P.O. Box 4099
Jacksonville, Florida  32201
*Counsel for TD Bank, N.A*

**Glenn E. Goldstein, Esq.**
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301
*Counsel for TD Bank, N.A*

By: /s/ Harvey W. Gurland, Jr.
Harvey W. Gurland, Jr.

DM1\3313040.1

2