UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60786-CIV-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.,

    Defendants.
_____

### NOTICE OF APPEARANCE OF BUCHANAN INGERSOLL & ROONEY, PC

Richard A. Morgan, Esquire, Jennifer Olmedo-Rodriguez, Esquire, and Kelly A. McGovern, Esq. of the law firm of Buchanan Ingersoll & Rooney, Professional Corporation, hereby file their appearance on behalf of Non-Party, Vincent J. Auletta, and hereby requests that they be served with copies of all pleadings, notices and motions.

Date: May 8, 2012.

    Respectfully submitted,
    **BUCHANAN INGERSOLL & ROONEY, P.C.**
    Miami Tower
    100 S.E. 2nd Street, Suite 3500
    Miami, Florida 33131
    Phone: (305) 347-4080
    Fax: (305) 347-4089

    s/ Jennifer Olmedo-Rodriguez
    Richard A. Morgan
    Fla. Bar No.: 836869
    richard.morgan@bipc.com
    Jennifer Olmedo-Rodriguez
    Fla. Bar No.: 605158
    jennifer.olmedo-rodriguez@bipc.com
    Kelly A. McGovern
    Fla. Bar No. 28121
    kelly.mcgovern@bipc.com
    Attorneys for Non-Party, Vincent J. Auletta

CASE NO.  10-cv-60789-MGC
Notice of  Appearance

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of May, 2012, I electronically filed the foregoing using the Court's CM/ECF system.  I further certify that I have served the foregoing via U.S. mail to the following counsel of record:

| | |
|---|---|
| **David Scott Mandel, Esq.**<br>**Nina Stillman Mandel, Esq.**<br>**Camellia Noriega, Esq.**<br>**Jason Brent Savitz, Esq.**<br>Mandel & Mandel, LLP<br>169 East Flagler Street<br>Miami, FL 33131 | **Audrey M. Pumariega, Esq.**<br>**Scott Brian Cosgrove, Esq.**<br>**Marcos Daniel Jimenez, Esq.**<br>Kasowitz Benson Torres & Friedman<br>1441 Brickell Avenue, Suite 1420<br>Miami, Fl 33131 |
| **Mark Paul Schnapp, Esq.**<br>**Danielle N. Garno, Esq.**<br>**Holly Robin Skolnick, Esq.**<br>Greenberg Traurig, P.A.<br>333 SE 2nd Avenue, Suite 4400<br>Miami, FL 33131 | **Glenn E. Goldstein, Esq.**<br>Greenberg Traurig<br>401 E Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301 |
| **Jason D. Evans, Esq.**<br>**Mark W. Kinghorn, Esq.**<br>**Peter J. Covington, Esq.**<br>**William O. L. Hutchinson, Esq.**<br>McGuire Woods, LLP<br>201 North Tryon Street, Suite 3000<br>Charlotte, NC 28202 | **Jeffrey Scott York, Esq.**<br>**Robert Eric Bilik, Esq.**<br>McGuire Woods<br>50 N Laura Street, Suite 3300<br>Jacksonville, FL 32201-4099 |
| **Michael L. Cotzen, Esq.**<br>Schlesinger & Cotzen, PL<br>799 Brickell Plaza, Suite 700<br>Miami, FL 33131 | **Donna M. Evans, Esq.**<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 |
| **Alexander Bono, Esq.**<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | **Harvey W. Gurland, Jr., Esq.**<br>DUANE MORRIS LLP<br>200 South Biscayne Blvd, Suite 3400<br>Miami, Florida 33131 |

s/Jennifer Olmedo-Rodriguez
JENNIFER OLMEDO-RODRIGUEZ, ESQ.
Fla. Bar No.: 605158
jennifer.olmdeo-rodriguez@bipc.com