UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-Cooke/Bandstra

COQUINA INVESTMENTS,

       Plaintiff,

v.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

       Defendants.

_____/

## PLAINTIFF'S HEARING MEMORANDUM

      Plaintiff Coquina Investments ("Coquina"), respectfully files this memorandum in connection with the hearing set on May 17, 2012 [DE 834].   The following is a chronology of relevant events, submitted to assist the Court during the hearing.

| Date | Event | Comment/Result |
|------|-------|----------------|
| 10/22/10 | Plaintiff's First Request for Production [Req. Nos. 1, 3, 13, 16, 17, 24, 26] | Standard Investigative Protocol, Customer Due Diligence (CDD) Forms and alerts requested. |
| 2/7/11 | Plaintiff's Motion to Compel Production of Documents In Response to First Production Request [DE 95] | |
| 2/24/11 | Defendant's Response to Motion to Compel and related Notice including detailed correspondence [D.E. 113, 114] | Defendant claimed had produced all responsive documents **FALSE** |
| 3/10/11 | Order Granting Plaintiff's Motion to Compel and Requiring completion of document production by March 19, 2011 [DE 133]. | |

| | | |
|---|---|---|
| 3/18/11 | Defendant moved for limited extension of time to complete production as to only 4 requests, claiming production otherwise complete. D.E. 137 | **FALSE** |
| 3/21/11 | Defendant produced RRA Customer CDD (P-702) (blacked out version), pursuant to Order D.E. 133 | No alerts produced, no Standard Investigative Protocol. |
| 3/28/11 | Plaintiff's Motion to Compel Defendant to Produce Responsive Documents and Testimony Relating to Nonparty Bank Customers [D.E. 151] | |
| 4/7/11 | Deposition of Sr. VP of Global AML Vincent Auletta [30(b)(6)]; testified there were no AML alerts for RRA until late September 2009, and less than 5 alerts thereafter. | **FALSE** |
| 4/8/11 | Deposition of Carlo DiToro, Sr. V. P. Fraud Management [30(b)(6)] testified there were no fraud alerts for RRA. | **FALSE** |
| 4/8/11 | Defendant produced approximately 50 AML alerts for October/November 2009 | |
| 4/11/11 | Discovery Cut-Off | |
| 4/15/11 | DiToro Declaration – 21 RRA fraud alerts identified. | |
| 4/20/11 | Order Granting Plaintiff's Motion to Compel production Relating to Non-Party Bank Customers [D.E.182] | |
| 10/19/11 | Court relied in part on Auletta's false deposition testimony in granting summary judgment against Coquina on RICO counts [DE 547:11] | |
| 10/30/11 (11:00pm) | Defendant produced 45 pages of AML alerts (From April 2008 – September 2009) | See DE 133 - Order Granting Motion to Compel |
| 11/2/11 | Defendant produced 3 additional pages of AML alerts | |
| 11/8/11 | Trial began | |

MANDEL & MANDEL LLP

1200 Alfred I. duPont Building   ·   169 East Flagler Street   ·   Miami, Florida   ·   Telephone 305.374.7771

| | | |
|---|---|---|
| 11/22/11 (midnight) | Defendant produced 150 pages of new, responsive documents | |
| 11/27/11 | Plaintiff's Second Motion for Sanctions [DE 645] based on untimely discovery | See DE 182 |
| 11/29/11 | Order [D.E. 660] granting Plaintiff's Motion for Sanctions | |
| 12/4/11 | TD Bank's AML supervisor Amanda Spencer deposed and testified regarding Standard Investigative Protocol, including location of document on bank's "share drive"; Plaintiff requests immediate production of document. | |
| 12/7/11 | Defendant introduced P-702 (CDD form) into evidence during cross-examination of Plaintiff's banking expert, C. Ghiglieri. | |
| 1/9/2012 | Defendant presented video depositions of three (3) AML investigators; Plaintiff moved to exclude due to bank's failure to produce Standard Investigative Protocol. Counsel for bank represented to Court that bank had no other documents. [Tr. at 17-23]. | |
| 1/10/2012 | Bank counsel stated to Court that he had been in contact with the bank for more than a month and that the Standard Investigative Protocol did not exist.[Tr. at 125] Bank produced "Standard Investigative Tools" in court. | |
| 1/11/2012 | Plaintiff filed Third Motion for Sanctions [D.E. 717] based on missing Standard Investigative Protocol. | |
| 1/13/2012 | Bank counsel, Donna Evans, stated to Court that Standard Investigative Protocol did not exist, but was contrived by Plaintiff's counsel. [Tr. at 29]. | |
| 1/13/2012 | Bank filed response to Third Sanctions Motion, including Declarations from Sr. V. P. Vincent Auletta and AML supervisor Amanda Spencer, both stating that Standard Investigative Protocol did not exist. | **FALSE** |
| 1/18/2012 | Jury returned verdict in favor of Coquina Investments | |

MANDEL & MANDEL LLP

1200 Alfred I. duPont Building   ·   169 East Flagler Street   ·   Miami, Florida   ·   Telephone 305.374.7771

| | |
|---|---|
| 3/20/2012 | In case of Emess Capital LLC v. TD Bank, bank produced unaltered CDD form for RRA labeled "High Risk" in red. |
| 4/24/2012 | TD Bank produced Standard Investigative Protocol and related documents to Emess Capital LLC (Exhibit 1 – Copy filed under seal). |
| 4/24/2012 | TD Bank filed notice of withdrawal of attorney's statements to Court and witnesses' false declarations relating to Standard Investigative Protocol. |
| 4/24/2012 | Greenberg Traurig replaced as counsel for TD Bank; Donna Evans' employment at Greenberg Traurig terminated. |
| 5/8/2012 | Contradicting the sworn declarations to this Court, TD Bank produced Vincent Auletta email dated August 5, 2009, relating to and attaching Standard Investigative Protocol and related documents (Exhibit 2 - Copy filed under seal). |
| 5/9/2012 | Plaintiff files Fifth Motion for Sanctions under seal relating to Defendant's failure to produce documents pursuant to court order, D.E. 133. |

Respectfully submitted,

MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1200
Miami, Florida  33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By:     /s/ David S. Mandel
        DAVID S. MANDEL
           Florida Bar No. 38040
        NINA STILLMAN MANDEL
           Florida Bar No.: 843016
        JASON B. SAVITZ
           Florida Bar No. 36444

        *Attorneys for Coquina Investments*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 16, 2012, a true and correct copy of the foregoing was electronically filed with the clerk of the Court using CM/ECF.

/s/ David S. Mandel

MANDEL & MANDEL LLP

1200 Alfred I. duPont Building   ·   169 East Flagler Street   ·   Miami, Florida   ·   Telephone 305.374.7771